

# Get Involved!
# Student Organizations at SF State

*Student organizations are at the center of activity at San Francisco State University, providing events, educational programs and service to the campus and local community. The Office of Student Programs and Leadership Development welcomes students at SF State to get involved in student life on campus through the over 200 student organizations registered each academic year.*

### Join a Student Organization
SF State offers a wide variety of student organizations on campus. To find and participate in an existing organization, locate a current organization at http://www.sfsu.edu/~ospld/html/organization/org_list.htm and contact via email or visit the OSPLD (105 Student Services Building). If your specific interest is not represented with the current organizations listed, you may be able to establish your own student organization (see *Start a New Student Organization*).

### Start a New Student Organization
OSPLD warmly welcomes students wishing to submit a proposal for creating a new student organization at SF State. Developing and establishing a new student organization on campus assists in developing life-long leadership skills. You will want to become familiar with the OSPLD handbook (see *Steps to Create a New Student Organization*) in order to complete the process for possible University approval.

### Start a Greek Organization
San Francisco State University provides a unique fraternity/sorority system represented by the Fraternity/Sorority Council (FSC). There are approximately 30 Greek organizations representing a diversity of students and interests. These include both national and local organizations. If your interest is not currently represented within the Greek community, you may consider establishing a Greek organization. To start the process, you will need to meet with the Fraternity/Sorority Council, and provide a proposal of intent to the Director of OSPLD. For more information regarding the Fraternity/Sorority Council, email fsc@sfsu.edu. Questions regarding the University process for Greek organizations can also be directed to the Director of OSPLD, 105 SSB or ospld@sfsu.edu.

### Steps to Create a New Student Organization

1. Set up a meeting with an OSPLD advisor (see page 2 for advisor information) to discuss your proposed organization and the student organization recognition process.

2. Become familiar with University guidelines for all student organizations (see page 6).

3. Carefully complete the new student organization registration forms and return to OSPLD for review. If you have any questions about filling out the forms, please visit OSPLD and your OSPLD advisor will be happy to assist you.

4. Complete a student organization constitution to be handed in with the registration form. Constitution guidelines are available online at http://www.sfsu.edu/~ospld/html/faq/con_guideline.htm.

5. A minimum of 2 officers, the president and financial officer, will need to attend an orientation session to complete the process. For an orientation schedule, please see http://www.sfsu.edu/~ospld/html/resources/org_date.htm.

6. Submit all completed forms to OSPLD (SSB 105). If there are any corrections or changes required, you will need to make the changes and re-submit the documentation. Incomplete paperwork may delay the recognition of your student organization, so please be sure all information is complete.

7. When your paperwork is complete and the group has met all University requirements and expectations, you will be notified by OSPLD regarding your status.

   Please Note: Filling out a registration form does not guarantee the organization will automatically be recognized.

### Re-Registering Your Student Organization
All student organizations are required to re-register with the University each fall semester by September 30, in order to be recognized as a student organization at San Francisco State University. Meeting the deadline allows you to also meet the Associated Students Incorporated funding schedule. Student organizations' registration is valid for one calendar year, ending September 30. Registration is an extensive process and may require some time for forms to be processed, so please plan accordingly. For registration materials please fill out the online form at http://www.sfsu.edu/~ospld/registration, or simply visit OSPLD at SSB 105 for assistance.

Please Note: Registration does not imply that the University endorses positions or points of view espoused, privately or publicly.

### Student Organization Benefits
Besides the opportunity to develop personal leadership skills, recognized student organizations receive additional benefits:

- Use of the University facilities at low to no cost basis (see page 17).
- OSPLD professional services (see page 3).
- Participation in OSPLD leadership training initiatives (see http://www.sfsu.edu/~ospld).
- Participation in the Student Activities Fair each semester (see http://www.sfsu.edu/~ospld/fundraising/activities_fair.htm).
- Use of audio visual and technical support.
- Right to request financial subsidy and other services from Associated Students Incorporated (ASI) (see page 29).
- Utilization of publicity resources on campus (see page 22).
- SF State Web/Email account for the organization at no cost (see page 24).
- Opportunity to open an organization bank account at Cal State 9 Credit Union on campus (see page 31).
- Conduct fundraising events on campus (see page 30).
- Exposed to leadership & networking opportunities.
- Use of an on-campus mailbox (see page 25).

### Notify OSPLD of Organization Changes
Student organizations are required to update registration status each time new officers are elected. OSPLD requires written and signed documentation by the student organization president in order to implement the following changes:

- Change of officers' names.
- Name of the organization.
- Changes to the constitution.
- Email/Web account changes.
- Adding/Deleting organization information.



*continued on pg. 8*

## Avoid Common Mistakes

- Officers must have a 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The student organization is responsible for finding a faculty/staff advisor. Advisors can be part-time/full-time faculty or staff. Select an advisor who has a genuine interest in your organization and is familiar with the operation of the University.

- Each organization must have a minimum of five members, including two officers (a president and financial officer). The president and financial officer must attend a Student Leader Orientation in order to be recognized. For the Student Leader Orientation dates please visit http://www.sfsu.edu/~ospld.

CRSFSUvA_Compl_Ex_A_0004