

# Guidelines
## for All
## Student Organizations





*OSPLD's goal is to help you enrich your University experience through student organizations, leadership development and event planning, while also ensuring the health and safety of your members and the SF State community. To assist in ensuring student organization success, the following guidelines must be followed by all student organizations:*

- Student organizations must abide by all University policies, and local, state and federal laws.

- The organization must have a clear purpose. The purpose must fall within federal and state law, as well as University policy and Risk Management expectations.

- Title 5, section 41500 of the California Code of Regulations and SF State University policy require student organizations' voting membership be open only to registered students of San Francisco State University. SF State faculty, staff and administrators may participate in student organization activities, but are not considered voting members.

- Consult early and often with OSPLD and University partners when planning major, unusual or potentially risky events.

- The name of the University, abbreviation or logo may not be used as part of a student organization's name or logo. For exception to this policy a request must be provided in writing to the OSPLD Director's attention. Student Organizations may indicate that their respective organization resides at San Francisco State University, i.e. Culinary Club at SF State. The name should reflect the type of student organization and clearly differentiate the club as a student organization and not a University department or program. The choice of language within the name should remain reflective of the University's mission.

- Student organizations may not use the name of the University off-campus.

- Student organizations must manage organization funds wisely and ethically.

- A student organization must have a core group of five SF State students to start an organization. These individuals serve as the authorized representatives of the organization, bearing ultimate responsibility for the organization and its activities. They accept responsibility of staying informed about, following, and disseminating University policies, guidelines, and procedures.

- Organizations must have a minimum of 2 officers, a President and Financial Officer. Please note that the President and Financial Officer cannot be the same individual.

- All officers must have a minimum 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The president and financial officer must attend an orientation in order for the organization to be recognized. Only officers who are listed on the form and attend an orientation will be able to do University business in the name of the organization. It is the responsibility of the student organization officers to disseminate the information to

their membership. For an orientation schedule see http://www.sfsu.edu/~ospld.

- Student organizations must notify OSPLD regarding leadership transitions. Ensure smooth officer transition through training and keeping good records.

- Student organizations must provide OSPLD with a current electronic and hard copy of the organization's constitution at time of registration (see http://www.sfsu.edu/~ospld/html/faq/con_guideline.htm). Groups affiliated with a national organization must also submit the national constitution/bylaws.

- Student organizations must have a faculty/staff advisor. Advisors can be part-time/full-time faculty/staff. Select an advisor who is familiar with the operation of the University. OSPLD and auxiliary staff cannot serve as the faculty/staff advisor.

- Faculty and staff advisors must attend or complete an online orientation (http://www.sfsu.edu/~ospld/advisors/) in order for the student organization to be registered.

- Student organizations must read and agree to points 1-10 on the registration form (see http://www.sfsu.edu/~ospld/registration).

### Additional Guidelines for New Organizations
- A student organization needs to demonstrate benefit to the campus community, not duplicating services of another registered student organization and identify how they will achieve sustainability over time.

### Additional Guidelines for Greek Organizations
- All Greek organizations, including the Fraternity/Sorority Council (FSC), are to abide by the same policies, procedures and guidelines as all student organizations. All Greek organizations are to complete the following additional steps for recognition status:

- Pay membership dues to the Fraternity/Sorority Council each semester.

- Attend scheduled FSC meetings.

- Provide a constitution and bylaws to FSC and OSPLD, as well as a copy of their affiliate national organization's constitution and bylaws for approval.

CRSFSUvA_Compl_Ex_A_0005