8

get involved

### Faculty/Staff Advisors

Advisors serve an integral role in the development of student leaders, establishing a partnership and building a positive relationship with the student organizations at San Francisco State University. Considering their expertise and experience, the faculty/staff advisor can often provide significant insights regarding student organization issues (for example, goal setting, program ideas, conflict resolution, feedback, continuity and student organization advocacy). One of their most important contributions is advising about organizational and interpersonal effectiveness, communication, and personal growth. It is through the aid of the advisors that individual students develop their true potential as leaders.

The faculty/staff advisor is selected by the student organization. OSPLD and auxilliary staff cannot serve as faculty/staff advisors. The role of an advisor varies, but it is always an important one. The advisor is a non-voting member and serves in an advisory role. The scope of the student organization's activities, the effectiveness of officers, the time commitments of the advisor and several other factors determine the level of involvement the advisor will have with the student organization.

*Advisors Orientation*
Faculty/staff advisors are required to complete a mandatory orientation to assist them in their new role. Until the advisor completes the orientation, the student organization will not be recognized/registered. In order to accommodate faculty/staff advisors' schedules, OSPLD has designed an online orientation that can be completed at http://www.sfsu.edu/~ospld/advisors/. OSPLD also provides several Faculty/Staff Advisor orientations in person throughout the semester. For a calendar of scheduled orientations, please visit the OSPLD website at http://www.sfsu.edu/~ospld.

### Advisors Website and Resources

OSPLD has designed an advisor's website at http://www.sfsu.edu/~ospld/advisors/ as a resource for all student organization advisors. Please be sure to visit the site often. The faculty/staff advisor is encouraged to contact OSPLD at ospld@sfsu.edu or 338-3888 for answers to any questions or concerns. OSPLD is always available to assist in any way possible. OSPLD and the University are grateful for the work faculty/staff advisors do for student organizations at SF State.



9

conduct

# Conduct

*As members of the San Francisco State University community, students are expected to act as good citizens, being held accountable for their actions as individuals and/or organizations. Students should become familiar with all University policies and expectations, and federal, state and local laws, to best serve the campus community and uphold strong individual and group conduct.*

### Policies

**Standards for Student Conduct Title V, 41301**
The University is committed to maintaining a safe and healthy living and learning environment for students, faculty, and staff. Each member of the campus community must choose behaviors that contribute toward this end. Student behavior that is not consistent with the Student Conduct Code is addressed through an educational process that is designed to promote safety and good citizenship and, when necessary, impose appropriate consequences.

*Student Responsibilities*
Students are expected to be good citizens and to engage in responsible behaviors that reflect well upon their university, to be civil to one another and to others in the campus community, and contribute positively to student and university life.

Students or applicants for admission, who display inappropriate conduct, including cheating and plagiarism, may be subject to disciplinary action as provided in Title 5, California Code of Regulations. Any student may be expelled, suspended, placed on probation or given a lesser sanction for discipline problems. The Student Judicial Affairs Office, housed in the Vice President for Student Affairs Office, is responsible for administering the Student Disciplinary Procedures for the California State University and should be contacted for further information at 415-338-2032. (For additional information visit http://www.sfsu.edu/~ospld/conduct/policies.htm).

### Non-Discrimination

As a condition of recognition, all student organizations must comply with the California State University's Non-Discrimination Policy:

The California State University complies with the requirements of Title VI and Title VII of the Civil Rights Act of 1964 as amended and the regulations adopted. No person shall, on the basis of race, color, national origin, sexual orientation, or disability, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination in any program of the California State University.

### Hazing

The State of California and San Francisco State University have expressly and repeatedly asserted their opposition to hazing and pre–initiation activities which do not contribute to the positive development and welfare of new members. Whether on or off campus, planned or spontaneous, California law makes it a criminal offense for anyone to participate in hazing. Students are entitled to be treated with consideration and respect. No individual shall perform an act that is

