10

conduct



likely to cause physical, psychological or social harm to any other person within the University community on or off campus.

The following actions are expressly forbidden: (a) physical abuse, commonly known as hazing, including, but not limited to, paddling, slapping, kicking, choking, scratching, exposure to extreme water temperatures (i.e. cold or hot showers), and consumption and/or ingestion of any substance or beverages that are of such a type or in such quantity as to be harmful; (b) excessive mental stress, including, but not limited to, placing of prospective members of a group or organization in ambiguous situations which lead to confusion and emotional stress; and (c) verbal abuse, including, but not limited to, shouting, screaming, or use of derogatory, profane or obscene language.

*Defining Hazing and Consequences*
- SEC 3.245.6
  (a) This section shall be known and may be cited as "Matt's Law" in memory of Matthew William Carrington, who died on February 2, 2005 as a result of hazing.
  (b) As used in this section "hazing" or "haze" is conduct which causes, or is likely to cause, bodily danger, physical harm, or personal degradation or disgrace resulting in physical or mental harm to another person in the course of the other person's preinitiation into, initiation into, affiliation with, holding office in, or maintaining membership in any organization. The terms "hazing" or "haze" do not include customary athletic, fire department, police department, military, or quasi-military training, conditioning, or similar events or activities.
  (c) Any person who hazes or conspires to participate in hazing is guilty of a misdemeanor punishable by a fine of not less than one hundred dollars ($100), nor more than five thousand dollars ($5,000), or imprisonment in the county jail not to exceed one year, or by both fine and imprisonment.
  (d) Any person who hazes or conspires to participate in hazing which results in death, great bodily injury, or great psychological injury is guilty of a felony punishable by imprisonment in the state prison.
  (e) An organization is guilty of violating subdivisions (b) or (c) if the organization's agents, directors, trustees, managers, or officers authorized, requested, commanded, encouraged, participated in, ratified, or tolerated the hazing.
  (f) The implied or expressed consent of the person or persons against whom the hazing was directed shall not be a defense to any action brought under this section.
  (g) This section does not apply to the person against whom the hazing was directed.
  (h) This section shall not, in any manner, limit or exclude prosecution or punishment for any other crime or any civil remedy.
  (i) The person against whom the hazing is directed may commence a civil action for injury or damages, including mental and physical pain and suffering that results from the hazing. The action may be brought against any participants in the hazing, or any organization whose agents, directors, trustees, managers, or officers authorized, requested, commanded, encouraged, participated in, ratified, or tolerated the hazing. If the organization is a corporation, whether for profit or not, the individual directors of the corporation maybe held individually liable for damages.

- **University Consequences for Hazing**
  Should the university become aware of such abuses on the part of the student organization or any of its members, the University will immediately suspend the organization indefinitely pending the results of the University's internal investigation. The organization/group will also be referred to the District Attorney's Office. In the event the charges are substantiated, the University will invoke appropriate corrective action against the individuals as well as the individual group or organization involved.

  For addtional information, visit http://www.sfsu.edu/~ospld/conduct/policies.htm#hazing

**Alcohol and Illegal Drugs**
San Francisco State University expects the campus community as well as external groups to be aware of all state and local laws with reference to possession, serving and consuming of alcohol; to inform decisions about alcohol and drug use; and to be responsible for the consequences of those decisions.

*Current California Law-Alcohol*
Every person who sells, furnishes, gives or causes to be sold, furnished or given away, any alcoholic beverage to any person under the age of twenty-one years is guilty of a misdemeanor. (California Business and Professions Code, 25658)

Every person who sells, furnishes, gives, or causes to be sold, furnished or given away, any alcohol beverage to any habitual or obviously intoxicated person is guilty of a misdemeanor. (California Business and Professions Code, 25602)

*Student Organization Sponsored On-Campus Events*
Alcohol service is not permitted at student organization sponsored events on the SF State campus or any related properties.

*Off-Campus Events*
Student organizations should not serve alcohol at events off campus. However, if students choose to attend events where alcohol may be present, please visit http://www.sfsu.edu/~ospld/eventplanning/safety_tips.htm) for safety tips.

*Illegal Drugs*
The sale, manufacture, distribution, use, or possession of illegal drugs is against San Francisco State University policy. This policy applies equally to all administrators, faculty, staff and students.

*University Administrative Sanctions for Violation of the Illegal Drug Policy*
The manufacture, use or possession of illegal drugs by a member of the University community will normally result in either probation, suspension from, or severance of, the relationship with the University. Sale or distribution thereof will normally result in severance of the relationship with the University. This policy applies within or upon the grounds, buildings or any other facilities of the University or at University sponsored activities off-campus. Penalties for possession off-campus at a non-University sponsored activity will be considered, if the amount of possession is considered sufficient for intent to sell. 25602)

*Organization Accountability*
Violations of the alcohol and drug policies may result in student organization privileges being revoked, including their recognition. Any alleged violation will



**Campus Resources**

It is also the intent of this policy to encourage the use of campus counseling resources. Students should be referred to the following:

Counseling and Psychological Services, SSB 208, 338-2208

CEASE, SSB 205, 338-1203

Student Health Center, 338-2754





be reviewed and based on initial investigation, forwarded to the Student Organization Hearing Panel for review and possible sanctioning. Written documentation will be placed in the student organization's file and notification will be forwarded to Judicial Affairs.

**Campus Time, Place & Manner Policy–Executive Directive #89-13**
All use of university properties and services by registered student organizations must comply with applicable campus time, place and manner regulations. (For the complete policy visit http://www.sfsu.edu/~ppg/ued/ued89-13amnd.pdf).

Student organization members are expected to follow the Student Conduct Code and all University policies and procedures for student organizations. In situations of collective responsibility, where organization members break policy and/or law, the organization may be held accountable for members' actions.

### Student Group Misconduct

Student organization members are expected to follow the Student Conduct Code and all University policies and procedures for student organizations. In situations of collective responsibility, where organization members break policy and/or law, the organization may be held accountable for members' actions.

**Collective Responsibility**
It is expected that each organization will establish and enforce policies to achieve responsible group governance. While members may be held accountable for their actions individually, corrective actions may also be imposed upon an entire organization for individual members' actions when the behavior is inconsistent with SF State goals, principles and policies. Student organizations may be held accountable if a substantial number of organization members (3 or more) or officers (2 or more) participate in or are aware, in advance, of the intended misconduct and fail to take appropriate steps to prevent it from taking place. Each case will be reviewed by OSPLD and may be forwarded to the Student Organization Hearing Panel. Problems with individual members may also be referred to the University Judicial Affairs Office (SSB 403) for review (see Standards for Student Conduct, page 9).

For more information and examples of Collective Responsibility visit http://www.sfsu.edu/~ospld/conduct/collective.htm.

**Student Organization Hearing Panel**
The Student Organization Hearing Panel (SOHP) was founded to investigate and review allegations of violations of University policy, practices and law by student organizations. SF State is a learning community in which student organizations play a valuable role. As part of this role, student organizations must fully recognize their responsibilities as well as their rights and privileges. SOHP was developed to ensure that matters of student organization conduct are handled consistently and fairly, and that they are resolved in accordance with the educational purpose of the University.

*Filing a Complaint*
Complaints against registered student organizations may be filed by anyone, but must be in writing, signed, dated and submitted to the Director of Student Programs and Leadership Development. These complaints must be submitted within 7 business days of the alleged infraction. Office of Student Programs and Leadership Development staff and University officials may also initiate direct referrals upon witnessing possible violations by student organization representatives.

*Corrective Actions*
Corrective Actions may include, but are not limited to, a letter of warning, censure, probation, suspension, or revocation of the organization's recognition. Each disciplinary measure is dependent on the severity of the violation.

For more information regarding SOHP procedures visit the OSPLD website at http://www.sfsu.edu/~ospld/conduct/hearing_panel.htm.

# Planning Events

*San Francisco State University is a community of over 28,000 students from diverse backgrounds. Student organizations coordinate and provide an array of tevents and programs for the campus. The following information and policies are provided to assist student organizations with successful event coordination and implementation.*

### Event Policies

**Advertising Your Event**
Student organizations may not advertise their event until:

- Approval is given by OSPLD.
- The room reservation is confirmed.

(For publicity resources see page 22)

**Alcohol** – See page 11

**Campaigning**
Campaigning for candidates who are running for city, state or federal political office, whether in person or on leaflet, is prohibited as a part of any classroom activity or other academic program. Time shall not be provided to representatives of any political candidate during regularly scheduled classes or under other circumstances where access to students is made possible by their attendance of regular academic functions.

**Cash Handling**
If your organization is handling cash at your event, please follow these guidelines:

- Use a secured or locking cashbox.
- Always have at least two responsible individuals handling cash.
- Count and deposit money immediately following the event.
- If you are expecting larger sum of cash, contact Department of Public Safety to discuss possible security needs (338-7200).

**Contracts**

- Student organizations cannot enter a contract using SF State's name and/or representing the University.
- Before signing any contract, be sure you have read all its previsions and understand what you and the other party are agreeing too. Your signature on an agreement, even if signed on behalf of a student organization, means that you as an individual could be held personally liable for any legal or financial issues that may arise.
- Seek advice from OSPLD if you are unsure about any term or condition in the agreement.
- Make sure the event is approved and facility reserved prior to signing a contract.
- Do not commit yourself or your organization to an arrangement until the agreement is in writing. (Verbal agreements can be legally binding.)
- Be sure any attachments, exhibits, appendices, etc., mentioned in the contract are attached to the document you sign.
- Do not pay for services or products before they are received.
- Do not pay by cash or personal check.

