30

fundraising

## General Fundraising Policies

The following guidelines pertain to all fundraising programs sponsored by student organizations:

- Funds raised on campus shall not be used for any illegal purpose or personal gain.
- All on-campus fundraising activities, regardless of location, must be approved by OSPLD.
- The intended use of funds raised must be posted at the event and be consistent with the stated purpose of the sponsoring student organization.
- Student organizations are to inform OSPLD of the amount of funds raised within one week of the fundraising activity to best assist organizations with future fundraising events.
- All accounts are subject to audit by the university.

### Fundraising Events

Many groups hold events to raise money for their organizations. A successful fundraising event can do much more than raise money for an organization. The event can commemorate an important day or week, build unity and cohesion in the group, give event planning experience to new group members and it can add wide-range campus and community visibility to the organization.

### Fundraiser Tabling

Student organizations may set-up a fundraising table in designated areas on campus. Steps to receive approval for a fundraising table include:

- Visit OSPLD to request a tabling permit. OSPLD works only with current organization officers listed on the student organization registration form who have attended a Student Leader Orientation.
- Meet with OSPLD advisor.
- Complete the OSPLD tabling permit.
- Complete OSPLD food permit (if food is to be sold or distributed as part of fundraiser).
- Complete OSPLD fundraiser planning form outlining the following:
  – Purpose of the fundraiser.
  – Items to be sold or given away.
  – How the funds collected will be utilized.



### Food Sales

Student organizations may schedule and obtain both a tabling permit and a food sale permit through OSPLD. Only one permit per student organization will be provided. All food sales and giveaways must be in compliance with the Food Sale Sanitation Regulations available through the Environmental Health and Occupational Safety Office (http://www.sfsu.

edu/%7Eriskmgmt/ehos/ehosstaff.html). Student organizations must have both permits at their table and a sign identifying the sponsoring student organization. Sales may not be set up earlier then 7:30 am each day. Student organizations selling cooked food can use only one grill per organization. The grill must be placed on the cement to avoid any damage to the campus lawn and only in Zone 3. Student organizations must adhere to sanitation requirements at all times, including:

- Food handlers are required to wear latex gloves.
- Food handlers are not to handle money at anytime.
- Access to running water.
- Proper clean up procedures.

### Vendor Sponsorship

OSPLD maintains a Vendor program as a service to SF State registered student organizations to assist in fundraising efforts. Student organizations may sponsor and conduct vendor fundraising activities during the fall and spring semester on campus, at designated areas and at specific times. The vendor program can assist student organizations in fundraising for:

- Conferences
- Commencement Celebrations
- Special Events
- Club Activities

The vending program provides assistance in matching student organizations with potential businesses or merchants to become a student group sponsored vendor on campus. Student organization leaders are responsible for all transactions and for monitoring any sponsored vendors. Find out more about the process and expectations by visiting the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/vendor_program.htm.

### Career Center Events Grant

The Career Center Events Grants were created to encourage SF State student organizations to plan or assist with career-related programs in collaboration with the Career Center. A limited number of grants are awarded during the fall and spring semesters. For additional information regarding the career grants, including selection criteria, deadlines and application process, please visit http://www.sfsu.edu/~ospld/fundraising/career_event.htm.

### Department Assistance/Co-Sponsorship

Student organizations sometimes request help from various University offices and departments. Requests should be made at least 2-4 months in advance, since a department may need three to four weeks to make a decision on a funding request. You should have all funds transferred into your account prior to any actual expenditures.

### Requesting Tips

Although each department has its own procedures for reviewing funding requests, the following tips may be helpful:

- Projects should be initiated and planned by SF State students. Although proposals must be submitted by students, it is possible (and often desirable) that ideas for projects be developed in collaboration with other student organizations, faculty and staff.
- Projects should not duplicate current programs at SF State.
- Requests to academic departments should be for programs that are academic/intellectual in nature and consistent with a field of expertise within that department. Requests of administrative departments should have a direct relationship to the role and mission of that department.
- Projects should have an impact on a sizable number of people. Contributors want to put their money where it's likely to do the most good and naturally prefer projects which will benefit a large number of people.
- A significant number of students should be involved. Commitment of a group of active students demonstrates general interest in the project.
- Funding proposals should demonstrate careful pre-planning. Funders want to make sure that the project will be high quality. They should be able to examine the budget to see that all expenses have been anticipated and that the least expensive alternatives have been chosen.
- Show a well-planned budget and ask for a specific amount. Don't inflate your budget.
- Proposals should include evidence of financial commitment from other sources.

For additional planning steps please visit the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/depart_asst.htm.

## Banking

A partnership was established between Cal State 9 Credit Union and OSPLD to allow student organizations the convenience and access to financial services on campus. Cal State 9 generously provides their services, but as with all banking, the student organization is responsible for insufficient funds and additional penalty fees of poor financial management. For more details visit Cal State 9 Credit Union (located in the Village behind SSB or at https://www.calstate9.com/web/)

Banking services are provided to registered/recognized student organizations, providing you with:

- A checking account.
- Information on tax identification.
- No cost to student organization for opening the account.

### Specialized Safeguards:

- This account prohibits the use of debit/credit cards, and in-branch cash withdrawals.
- Two officers (President and Financial Officer) are responsible for maintaining and balancing the student organizations bank account.
- Opening and changes to an account require the signature of the Faculty/Staff Advisor.



## Fundraising Planning Stages

The following planning stages are to assist student organizations in hosting a successful fundraising event:

- Start with a specific, targeted fundraising goal.
- Be creative and choose an event idea that is fun and will catch people's attention.
- When you have the particular ideas your collective group would like to pursue, develop a realistic budget of expenses and revenues to be sure that you will make enough money to justify the cost of the event. Set a date for the event and begin the planning and publicity processes. Please remember you must have OSPLD approval prior to publicizing your event.
- Be sure that you have sufficient "up-front" funds to cover costs such as facility charges, advertising, props, etc.
- Plan and execute the event, utilizing publicity to enhance your group's image on campus.

For additional fundraising planning tips and guidelines please visit the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/fund_event.htm.

CRSFSUvA_Compl_Ex_A_0017



32

33

# University Partners

*Student organization events, programs and leadership needs on our
campus are multifaceted. To address specific needs and concerns, OSPLD
works in collaboration with various campus departments and programs
to best support student organizations and students on the SF State campus.*

**Academic Resources**
http://www.sfsu.edu/~acadres/
*Ray Paton*
Academic Facilities

**Advising Center**
http://www.sfsu.edu/~advising/
338-2101

**Associated Students Inc.**
http://www.asisfsu.org/
*A.S. President*
338-3497
president@asisfsu.org
*VP of Internal Affairs*
338-2324
vpia@asisfsu.org
*VP of External Affairs*
335-0477
vpexternal@asisfsu.org
*VP of Finance*
338-2892
vpfinance@asisfsu.org
*A.S. Business Office*
338-2321
SC M102
*Peter Koo, Executive Director*
pkoo@sfsu.edu
338-2321

**Athletics**
http://athletics.sfsu.edu/
*Mike Simpson, Director*
msimpson@sfsu.edu
338-2218

**Cal State 9 Credit Union**
https://www.calstate9.com/web/
*Sonia Lopez*
Banking Services
slopez@calstate9.com
338-3019

**Career Center**
http://www.sfsu.edu/~career/
*Jack Brewer, Director*
careerct@sfsu.edu
338-1761

**C.E.A.S.E. – Prevention
Education Program**
http://www.sfsu.edu/~cease/
*Michael Ritter, Coordinator*
mritter@sfsu.edu
338-7339

**Cesar Chavez Student Center
(CCSC)**
http://www.sfsustudentcenter.com/
*Governing Board*
http://sfsustudentcenter.
com/governingboard/
*Mary Keller, Program Services*
mkeller@sfsu.edu
338-2820
*Aimee Barnes, Program
Developer Officer*
abarnes@sfsu.edu
338-1044
*Noel Morales, Production Services*
noelm@sfsu.edu
338-2730
*Room Reservations*
rooms@sfsustudentcenter.com
338-2416

**College of Business**
http://cob.sfsu.edu/cob/index.cfm
338-2509

**College of Creative Arts**
http://www.collegeofcreativearts.
org/
*Ray Haddox*
haddox@sfsu.edu
338-2020

**College of Humanities**
http://www.sfsu.edu/%7Ecollhum/
*Margaret Boehm,
Humanities Coordinator*
mboehm@sfsu.edu
338-3291

**Counseling &
Psychological Services**
http://www.sfsu.edu/~psyservs/
*Willie Mullins, Clinical Director*
wjmull@sfsu.edu
338-2208

**Department of Public Safety**
http://www.sfsu.edu/%7Edps/
*Captain Tony Duenas, Operations Commander*
aduenas@sfsu.edu
338-2623

**Disability Programs and Resource Center
(DPRC)**
http://www.sfsu.edu/~dprc/welcome.html
*Gene Chelberg, Director,*
dprc@sfsu.edu
Voice/TTY: 415/338-2472

**Division of Information Technology**
http://www.sfsu.edu/~doit/
doit@sfsu.edu
338-1420

**Educational Opportunity Program (EOP)**
http://www.sfsu.edu/~eop/
*Ginger Yamamoto, Director*
ginyam@sfsu.edu
338-1085

**Environmental Health & Occupational Safety**
http://www.sfsu.edu/%7Eriskmgmt/ehos/ehoss-
taff.html
*Robert (Bud) Shearer*
rshearer@sfsu.edu
338-1449

**Facilities & Service Enterprises**
http://www.sfsu.edu/~plantops/
*Phil Evans, Campus Grounds*
pevans@sfsu.edu
338-1845
*Jim Cassin, Campus Grounds*
jcassin@sfsu.edu
338-1845
*Delma Munoz, Campus Support Services*
delma@sfsu.edu
338-6780
*Cristina Maristela, Campus Support Services*
cristy@sfsu.edu
338-7244

**Gymnasium Facilities**
http://chhsweb.sfsu.edu/facilties/group_facili-
ties_use.html
*Peter Johnson, pbjohns@sfsu.edu*
338-3330

**J. Paul Leonard Library**
http://www.library.sfsu.edu/
*Tammie Huynh*
tamhuynh@sfsu.edu
338-7327
*Cydney Hill, Special Collections/Archives*
cyhill@sfsu.edu
405-0309

**Office of Public Affairs & Publications**
http://www.sfsu.edu/~news/
pubcom@sfsu.edu
338-1665

**Office of Safety & Risk Management**
http://www.sfsu.edu/~riskmgmt/
*Maria Garcia, Insurance, Waivers*
mpgarcia@sfsu.edu
338-2362

**Residence Life**
Http://www.sfsu.edu/~housing
*Kevin Kinney, Assistant Director*
kjkinney@sfsu.edu
338-2729

**S.A.F.E. Place**
http://www.sfsu.edu/~safe_plc/
*Nina Jo Smith, Coordinator*
chaya@sfsu.edu
338-2819

**Seven Hills**
http://www.sfsu.edu/%7Emeetings/index.html
*Jim Raney, Conference Services*
jraney@sfsu.edu
338-3972

**Student Health Service**
http://www.sfsu.edu/~shs/
*Dr. Alastair Smith, Medical Director*
aksmith@sfsu.edu
338-1759

**University Advancement**
*Norma Siani, Director, Special Events*
siani@sfsu.edu
338-6141

34

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



# event planning checklist

**Get Ready**
- ❑ Plan Early: We suggest starting your planning at least 2-3 months in advance (some events may need more planning, depending on their scope)
- ❑ Brainstorm event ideas and goals
- ❑ Decide on target audience
- ❑ Select possible dates (keep in mind religious and cultural holidays and major campus events)

**Request Venue**
- ❑ Receive OSPLD approval
- ❑ Return OSPLD event form to venue to confirm reservation
- ❑ Publicize event (make sure event is approved and room confirmed before printing any publicity)

**Secure Funding**
- ❑ Fundraise early and make sure you do not commit any funds before you have them
- ❑ Prepare a detailed and realistic budget, projecting all anticipated income and expenses
- ❑ Consult with OSPLD advisor regarding fundraising options
- ❑ Develop an on-campus possible funding list
- ❑ Check any deadlines for funding sources
- ❑ Check your account to ensure committed funds have been received
- ❑ Ensure funding prior to any verbal or written commitment of funds

**Plan Well**
Make all arrangements early on to give yourself ample time to plan your event. If multiple people are planning the same event, make sure one person is managing the overall coordination.

_Possible Equipment Needs:_
- ❑ Space (rooms, venue)
- ❑ Microphone and speaker
- ❑ Projector (film, LCD)
- ❑ Sound system
- ❑ Lighting
- ❑ Podium
- ❑ Tables
- ❑ Chairs
- ❑ Stage
- ❑ Fire extinguisher(s)
- ❑ Trash cans
- ❑ Recyclable containers
- ❑ Portable toilets (including accessible)
- ❑ Barricades

_Possible Supply Needs:_
- ❑ Tickets
- ❑ Directional signs
- ❑ Maps
- ❑ Flip charts
- ❑ Markers
- ❑ Adhesives (tape, stapler, etc)
- ❑ Pencils and pens
- ❑ Printed programs
- ❑ Nametags
- ❑ Cash box/change
- ❑ Decorations
- ❑ Trash bags
- ❑ Tablecloths
- ❑ Water for speakers
- ❑ Waivers for performers/speakers /participants

**Speakers and/or Performers Planning:**
- ❑ Brainstorm possible speakers and check availability
- ❑ Negotiate price (remember that verbal contracts are binding)
- ❑ Review final contract with OSPLD advisor for assistance
- ❑ Arrange possible air and ground transportation
- ❑ Arrange for lodging and meals
- ❑ Confirm arrival time in San Francisco
- ❑ Confirm arrival time at event
- ❑ Confirm all arrangements in writing
- ❑ Have outside performers/speakers sign University waiver form

**Other Details**
- ❑ Large events should work closely with OSPLD early on in the event planning process
- ❑ Disability access
- ❑ Security
- ❑ Concessions (requires food permit)
- ❑ Clean-up arranged
- ❑ Parking and Transportation
- ❑ Forms completed and delivered to appropriate offices
- ❑ Insurance (may be required for certain physical activity events with non-SF State invited guests, etc)

planning events

planning events



# event planning checklist

## Working With OSPLD University Partners

**Associated Students Incorporated**
http://www.asisfsu.org/
338-2321

**Cal State 9 Credit Union**
338-3019
Banking Services

**Campus Landscaping & Grounds**
Phil Evans
338-1845

**Cesar Chavez Student Center**
http://sfsustudentcenter.com/
Mary Keller
338-2820

*Program Services*
Noel Morales
338-2730

*Production Services*
Aimee Barnes
338-1044
Richard Oakes Multicultural Center, Program
Developer Officer

**Department of Public Safety**
http://www.sfsu.edu/~dps/
Captain Tony Duenas
aduenas@sfsu.edu
338-2623
Security & Safety

**Environmental Health & Occupational Safety**
Robert (Bud) Shearer
338-1449
Health & Safety

**Risk Management**
http://www.sfsu.edu/~riskmgmt/Insurance
Maria Garcia
338-2362

## Forms

❑ Food Permit (available at OSPLD and sub-mitted for all food sales and giveaways on campus). Signed by Environmental Health & Occupational Safety and OSPLD
❑ Tabling Permit (available at OSPLD and submitted for tabling on campus)
❑ Event Application Form
❑ Demonstration/Counter Demonstration Form
❑ Insurance (Signed by Risk Management)
❑ Liability Waiver Forms
❑ Grounds Request Form
❑ Facilities Operations Form for Tables and Chairs

## Publicize Your Event

❑ Decide your target audience, advertising budget and a detailed publicity plan at least four weeks prior to event to effectively reach your audience.
❑ Flyer/poster
❑ Press Release for Golden Gate [X]press
❑ Press Release off-campus newspaper/magazine
❑ Advertisements Golden Gate [X]press "The Week Ahead" calendar
❑ Website (your own site and links to others)
❑ Banner
❑ OSPLD Indoor Events Calendar
❑ J.Paul Leonard Library Publicity (glass case) Contact 338-7327
❑ Announcements at student organization meetings (with group's approval)
❑ Announcements in classes (with professor's approval)
❑ Distribution plan

## Final Steps

❑ Pay all bills on time
❑ Promptly negotiate any discrepancies and document in writing
❑ Obtain feedback on event
❑ Develop folder for successor with timeline, actual budget, publicity and all correspondence
❑ Send thank you notes/cards

CRSFSUvA_Compl_Ex_A_0020





cspld
office of student programs
& leadership development





Student Affairs

SF STATE

© Office of Student Programs and Leadership Development, SF State, February 2007  design: Michael Trovela

CRSFSUvA_Compl_Ex_A_0021