# San Francisco State University Bulletin



The on-line versions of SFSU *Bulletins* listed below are derived from the printed versions so that students with "*Bulletin* rights" to earlier *Bulletins* can have access to the appropriate information. Students are advised to check with their advisers for help in determining *Bulletin* rights.

When changes are approved after the printed version has gone to press, they will be published as updates with links shown on this page.

**Search the 2006-07 Bulletin**

## 2006-07 Bulletin Table of Contents

**Preface**
**How To Use This Bulletin**
**The California State University**
**San Francisco State University**
**The University Curriculum: Index of Academic Programs**
**Degree Program Summary**
**University Calendar**
**SFSU Administrative Officers**
**College Profiles**
**Undergraduate Admissions**
**Student Fees and Financial Aid**
**University Policies and Procedures**
**Undergraduate Education**
**Graduate Admissions and Graduate Studies**
**University Resources and Support Services**
**Course Descriptions**
    Course Descriptions, Symbols, and Terms
**Directory of Instructional Faculty, Academic Administrators, Librarians, and Student Services Professionals**
    Emeritus/Emerita Faculty
**Supplemental Regulations and Procedures**
    Requests for Exceptions to Academic Policies

Older (Archived) Versions of the Bulletin

 SFSU   Bulletin   Search

Last modified June 08, 2007 by bulletin@sfsu.edu

# REGULATIONS AND PROCEDURES - ADDITIONAL

Information in this section is presented under the following headings:

**About this Catalog**
Changes in Rules and Policies

**Additional Information for Students**
Faculty Statement Of Course Requirements
Student Complaints about Actions Taken on Behalf of San Francisco State University
Grievance Procedures for Students
Opportunities for Prospective Teachers
Opportunities for Athletes
Student Success and Graduation Rates

**Privacy Rights of Students in Education Records**
Requirement and Use of Social Security Number
University Identification Number
Career Placement: Data On Former Students

**Cost Of Education**
Average Annual Cost of Education and Sources of Funds per Full-Time Equivalent Student
Availability of Institutional and Financial Assistance Information
Procedure for the Establishment or Abolishment of a Student Body Fee

**Residence**
Determination of Residence for Nonresident Tuition Purposes
Immigration Requirements For Licensure

**Nondiscrimination Policy**
HIV/AIDS Policy

**Campus Safety And Security**
Computer Security
What You Need To Know About Drugs And Alcohol At San Francisco State University
Sexual Assault
Sexual Harassment Policy And Procedures
Student Conduct

**Federal Military Selective Service**

# ABOUT THIS CATALOG

### CHANGES IN RULES AND POLICIES

CRSFSUvA_Compl_Ex_C_0027

Although every effort has been made to assure the accuracy of the information in this catalog, students and others who use this catalog should note that laws, rules, and policies change from time to time and that these changes may alter the information contained in this publication. Changes may come in the form of statutes enacted by the Legislature, rules and policies adopted by the Board of Trustees of the California State University, by the chancellor or designee of the California State University, or by the president or designee of the campus. It is not possible in a publication of this size to include all of the rules, policies, and other information that pertain to students, the institution, and the California State University. More current or complete information may be obtained from the appropriate department, college, or administrative office.

Nothing in this catalog shall be construed as, operate as, or have the effect of an abridgement or a limitation of any rights, powers, or privileges of the Board of Trustees of the California State University, the chancellor of the California State University, or the president of the campus. The Trustees, the chancellor, and the president are authorized by law to adopt, amend, or repeal rules and policies which apply to students. This catalog does not constitute a contract or the terms and conditions of a contract between the student and the institution or the California State University. The relationship of the student to the institution is one governed by statute, rules, and policy adopted by the Legislature, the Trustees, the chancellor, the president, and their duly authorized designees.

Additional Information for Students

## FACULTY STATEMENT OF COURSE REQUIREMENTS

Because students and their instructors share a common goal of a semester of learning in the best possible environment, students shall receive in writing, in the first or second meeting of a class:

- a statement of scope, content, and expected learning outcomes of the course;
- a list of texts and materials to be used throughout the course, including any additional fees or costs;
- a description of grading policy and practices;
- a description of teaching style (for example, fixed outline, lecture, discussion, class-directed, or evolutionary);
- a description of any substantive departure from the content published in the university Bulletin or Class Schedule.

Should budgetary demands require it, one posted document will suffice. During the semester, students shall be notified in writing of any substantive changes in the faculty statement of course requirements.

## STUDENT COMPLAINTS ABOUT ACTIONS TAKEN ON BEHALF OF SAN FRANCISCO STATE UNIVERSITY

Information concerning grievance procedures for students who feel aggrieved in their relationships with the university; its policies, practices, and procedures; or its faculty and staff may be obtained from the following persons. Undergraduate students should contact the associate dean, Undergraduate Studies, in the Advising Center, (415) 338-2841. Graduate students should contact the dean of the Division of Graduate Studies, in the Graduate Studies Office, (415) 338-2232. Evelyn Hooker, special assistant to the dean of students, is also available in the Dean of Students Office, (415) 338-6053.

## GRIEVANCE PROCEDURES, STUDENT

1.1 GENERAL PROVISIONS. These procedures are to be used for the processing of student complaints about actions (with the exception of grade appeals and admission decisions) taken on behalf of San Francisco State University.

A grievance must be filed within six months of the date the wrong occurred, regardless of the date of discovery. Formal procedures shall normally be initiated no later than five weeks before the first day of finals in the semester to allow sufficient time for a possible hearing. Compliance with this limitation on filing shall be determined by the coordinator of student grievance, and that determination shall be final. Grievances not meeting this time limit, complaints and grievances previously resolved by informal means, and grievances arising out of previous grievances shall not be processed under these procedures.

A student may not utilize these procedures if a remedy is being sought by any other means for all or any part of the matter grieved.

1.2 DEFINITIONS

1.2.1. "Attorney" means a person admitted to the practice of law before any state or federal court.

1.2.2. "Grievance" means a written complaint by a student arising from an action taken on behalf of San Francisco State University by one or more members of the faculty, administration, or staff which allegedly affects the student adversely and which allegedly is either unreasonable or violates a university regulation or policy.

1.2.3. "Grievant" means a student presently enrolled at San Francisco State University or one who has been enrolled there within the preceding six months who has filed a grievance.

1.2.4. "Instructional day(s)" means any day(s) on which regularly scheduled classes or examinations are held at San Francisco State University.

1.2.5. "President" means the president of San Francisco State University or any person designated by the President.

1.2.6. "Respondent" means the university administrator, faculty, or staff member (or designee as determined by the coordinator) most directly responsible for the alleged official action(s) which caused the complaint.

1.2.7. "Shall" is mandatory and "may" is permissive.

1.3 INFORMAL PROCEDURES

1.3.1. Before a student may invoke the formal grievance procedures specified in Section 1.4, the following requirements must be satisfied:

1. The student shall meet first with the grievance coordinator and then with the San Francisco State University administrator, faculty, or staff member whom the student feels is most directly responsible for the official action(s) which caused the complaint and attempt to settle the matter informally. If, in the opinion of the grievance coordinator, the person chosen by the student is not the person most directly responsible for the official action(s) which caused the complaint, or is not available, in the interest of reaching an informal settlement the coordinator may require that the student additionally meet with the San Francisco State University representative whom the coordinator feels is most directly responsible. The coordinator has the authority to deviate from the following procedures if circumstances dictate.
2. If, after satisfying Section a. (above), the matter remains unsettled to the satisfaction of the student, the student shall meet with the appropriate unit head and attempt to settle the matter informally.
3. If, after satisfying Sections a. and b. (above), the matter remains unsettled to the satisfaction of the student, the student shall discuss the matter with the appropriate supervising administrator. The appropriate person for these purposes shall be determined by the coordinator.
4. If the supervising administrator is unable to informally settle the matter to the satisfaction of the student, the student may then invoke the formal grievance procedures in Section 1.4 (below).

CRSFSUvA_Compl_Ex_C_0029

## 1.4 FORMAL PROCEDURES

1.4.1. At any point in the proceedings, the grievant may move to withdraw the grievance or accept an informal solution.

1.4.2. Initial Steps

1. To invoke grievance procedures, the grievant shall first consult with the coordinator concerning all aspects of pursuing a grievance, including these procedures. To initiate a grievance, the grievant shall deliver the required written complaint to the coordinator who shall transmit sealed copies to the respondent and the respondent's immediate supervisor. This grievance shall specify the following:
   1. That it is a grievance;
   2. The name and current address and telephone number of the grievant;
   3. The name and position of the campus office or employee whom the grievant feels is most directly involved or responsible for the alleged actions which prompted the grievance;
   4. The wrong alleged, the action from which the alleged wrong arises, and the dates of the occurrence, and discovery by the grievant, of that action;
   5. The remedy sought; i.e., what the grievant hopes to attain as the result of the grievance.
2. The coordinator shall inform grievant and respondent of their rights under these procedures and shall initiate the steps necessary for selection of the Grievance Hearing Committee (committee). The coordinator will also notify all other concerned parties that a grievance has been instituted. The selection of the committee shall normally occur within ten instructional days after the coordinator has determined that all informal means for resolving the complaint have been exhausted. The coordinator shall be available to both the grievant and the respondent for instruction in or interpretation of these procedures. Interpretations of specific provisions of the grievance procedures by the coordinator shall be final for all purposes.
3. The respondent shall provide the grievant with a written answer to the grievance, with a copy to the coordinator within five instructional days of receipt of the grievance by the respondent.
4. The respondent and the grievant shall notify the coordinator in writing prior to the drawing for the hearing committee if an open hearing is desired.
5. The grievant and the respondent may each name a representative from the campus to accompany them in the grievance hearing, except that those who are involved in the informal attempts to resolve the grievance may not serve as a representative. The name of the representative must be given to the coordinator prior to the grievance hearing. Normally, attorneys may not appear in the proceedings. However, if either the grievant or the respondent is an attorney, the other party may be represented by an attorney.

1.4.3. Selection of the Grievance Hearing Committee

1. The coordinator shall notify the grievant and the respondent in advance of the date, time and place of the selection of the committee. Both parties may be present at this meeting with or without a representative. At the selection, only the opposing parties and their representatives, if any, and the coordinator shall be present.
2. The committee shall consist of three members; one student, one faculty member and one professional staff member. Those who have first-hand information on, or direct involvement with, the subject of the grievance shall be ineligible to serve on the committee. Determinations of eligibility for the committee shall be made by the coordinator and shall be final for all purposes.
3. The coordinator shall draw three names from the student list. This list will be composed of an annual panel of 40 students willing to serve, selected by the coordinator from 100 students drawn at random from the entire student body.
4. The coordinator shall draw three names from lists composed of faculty, staff and students according to the selection procedures for their respective grievance panels.
5. At the drawing, the coordinator shall provide an opportunity for both the grievant and the respondent to

excuse without cause one person from each group (students, faculty, staff). If more than one name in any group is left, the coordinator will select one name from each group.

6. Similarly, an opportunity shall be provided to both the grievant and the respondent to request that any of the persons drawn be excused for cause. The coordinator shall grant or deny such requests, and these decisions shall be final for all purposes. Those excused shall be replaced by the same method as the original selections.
7. Faculty, staff, or students unable to serve shall be replaced by the same method as the original selections.
8. Hearing shall be closed unless both parties request an open hearing. Whether the hearing will be open will be announced by the coordinator at the drawing for the hearing committee.

1.4.4. Grievance Hearing Procedures

1. Formal grievance hearings shall be held only during the fall and spring semesters unless both the grievant and the respondent, as well as the committee, can be present and witnesses, if any, are available. If the grievance was filed later than five weeks before the first day of finals, the hearing may be held early in the following semester.
2. When the committee has been selected, the coordinator shall inform all parties to the grievance of the time, date and location of the hearing, as well as decisions on other matters which affect the hearings.
3. The committee shall normally convene within ten instructional days of its selection. The committee shall normally be convened by the coordinator of student grievance one-half hour before the hearing to select from among its own members a chair and to discuss hearing procedures.
4. Two of the three members of the committee shall constitute a quorum.
5. At a closed hearing, attendance shall be limited to the grievant and representative, the respondent and representative, witnesses while giving evidence, the coordinator, and members of the committee. The content of the proceedings in a grievance hearing closed to the public and the committee recommendations resulting there from shall not be made public by any participant in the hearing. In the event these matters should become public, however, such public statements as are appropriate may be made by the university. This policy of confidentiality shall not preclude discussion of the case with others as necessary to prepare for the hearing, nor shall it preclude subsequent action following appropriate procedures on the basis of evidence developed at the hearing. At an open hearing, all witnesses except for the grievant, the respondent, and their representatives, if any, shall be excluded except while giving evidence. The chair has the authority to close an open hearing at any time if, in the judgment of the chair, the conduct of the audience or the participants is so disruptive that the only viable means of conducting a fair session is through a closed hearing.
6. Subject to 1.h. (below), both the grievant and the respondent may offer evidence, with the grievant doing so first.
7. Within the guidelines of these procedures, and subject to overrule by the committee, the chair may establish necessary rules for the conduct of the hearing and decide procedural issues presented.
8. The hearing shall not be conducted according to technical rules relating to evidence and witnesses. Any relevant evidence shall be admitted, if it is the sort of evidence on which responsible persons are accustomed to rely in the conduct of serious affairs, except that evidence which is merely repetitious or cumulative shall be excluded.
9. Both parties or their representatives may make an opening statement. The grievant has the burden of persuasion and shall demonstrate by a preponderance of the evidence that the grievant was directly wronged by the action that gave rise to the grievance. After the opening statements, if any, both parties shall answer questions the committee may have regarding the case. Both parties and their representatives may then question each other, as well as all witnesses concerning any aspect of the grievance. Both parties and their representatives shall have access to all documents presented to the committee and may question the other party about those documents.
10. Both parties or their representatives may present a closing statement with the grievant going first and then being allowed the final word. Any closing statements shall be limited to the evidence presented. There shall be no questioning of the parties during or after the closing statements.
11. By majority vote of those present and based only on evidence accepted at the hearing, the committee shall prepare and sign a written report containing findings of fact and recommendations respecting the

grievance. In the event of a tie vote, two reports shall go to the appropriate Vice President. All non-committee members shall be excluded from the deliberations. The committee shall not find for the grievant unless it finds that an official action was taken which was not generally or specifically authorized, or which was unreasonable; i.e., no reasonable person would have taken the action under the circumstances.

12. The committee report, along with the grievance and any written response thereto, shall be presented to the appropriate Vice President for decision, usually within five instructional days of the end of the hearing.

13. Normally, within five instructional days following receipt of the committee report, the Vice President shall furnish a written decision on the grievance to the grievant, the respondent, the coordinator, and to the committee.

14. Decisions not implementing the recommendation of the committee shall contain reasons for that lack of implementation.

## 1.5 APPEAL PROCEDURES

1.5.1. Either the grievant or the respondent may appeal the decision of the Vice President.

1.5.2. The party wishing to appeal the decision must deliver a written appeal to the President with copies to the opposing party and to the coordinator. This appeal must be so delivered within five instructional days from the date of the decision of the Vice President.

1.5.3. The appeal shall specify the following:

1. that it is an appeal;
2. the name and current address and telephone number of the appellant;
3. the reasons for the appeal and the fact supporting those reasons.

1.5.4. Within five instructional days of receipt of a copy of the appeal, the coordinator shall cause all grievance materials to be forwarded to the President.

1.5.5. Within five instructional days of receipt of the appeal, the other party may deliver a written response to the appeal to the President, with copies to the appellant and to the coordinator, setting forth the reasons why the appeal should be denied and any facts supporting those reasons.

1.5.6. Normally, within fifteen instructional days of receipt of the appeal, the President shall render a decision thereon which shall be final for all purposes.

1.6 It shall be the responsibility of the coordinator to assist in the implementation of grievance decisions.

## OPPORTUNITIES FOR PROSPECTIVE TEACHERS

Information concerning teacher preparation programs at San Francisco State University, including the pass rate on teacher certification examinations, may be obtained from the Teacher Preparation Center in the College of Education, Burk Hall 244.

## OPPORTUNITIES FOR ATHLETES

Information concerning athletic opportunities available to male and female students and the financial resources and personnel that SFSU dedicates to its men's and women's teams may be obtained from Dr. Michael Simpson, director, Athletics Program, GYM 202, (415) 338-2218.

## STUDENT SUCCESS AND GRADUATION RATES

Information regarding student retention and graduation rates at SFSU and, if available, the number and percentages of students completing the program in which the student is enrolled or has expressed interest may be obtained from the director of university and budget planning, (415) 338-6191.

# PRIVACY RIGHTS OF STUDENTS IN EDUCATION RECORDS

The federal Family Education Rights and Privacy Act of 1974 (20 U.S.C. 1232g) and regulations adopted thereunder (34 C.F.R. 99) set out requirements designed to protect students' privacy in their records maintained by the campus. The statute and regulations govern access to certain student records maintained by the campus, and the release of such records. The law provides that the campus must give students access to records directly related to the student, and must also provide opportunity for a hearing to challenge such records, if the student claims they are inaccurate, misleading, or otherwise inappropriate. The right to a hearing under this law does not include any right to challenge the appropriateness of a grade determined by the instructor. The law generally requires the institution to receive a student's written consent before releasing personally identifiable data about the student. The institution has adopted a set of policies and procedures governing implementation of the statutes and the regulations. Copies of these policies and procedures may be obtained on the web at www.sfsu.edu/~admisrec/reg/ferpa.html or in the Registrar's Office. Among the types of information included in the campus statement of policies and procedures are: (1) the types of student records maintained and the information they contain; (2) the official responsible for maintaining each type of record; (3) the location of access lists indicating persons requesting or receiving information from the record; (4) policies for reviewing and expunging records; (5) student access rights to their records; (6) the procedures for challenging the content of student records; (7) the cost to be charged for reproducing copies of records; and (8) the right of the student to file a complaint with the Department of Education. The Department of Education has established an office and review board to investigate complaints and adjudicate violations. The designated office is: Family Policy Compliance Office, U.S. Department of Education, Washington, D.C. 20202-4605.

The campus is authorized under the Act to release "directory information" concerning students. San Francisco State University policy is more restrictive than the Federal and State Act and limits directory information to the student's name, current enrollment status (e.g., undergraduate or graduate, full-time or part-time), class level, major, degrees earned, semesters of enrollment, and extra-curricular achievements. The above designated information is subject to release by the campus at any time unless the campus has received prior written objection from the student specifying what information the student requests not be released. Written objections should be sent to the registrar.

A student can request that non-directory information (including address) be released to agencies of the State of California when requested for employment recruitment purposes under the provisions of Assembly Bill 771 (Chacon). Written requests to release non-directory information should be directed to the registrar. Forms are available for this purpose at the One Stop Student Services Center.

The campus is authorized to provide access to student records to campus officials and employees who have legitimate educational interests in such access. These persons have responsibilities in the campus' academic, administrative, or service functions and have reason for accessing student records associated with their campus or other related academic responsibilities. Student records may also be disclosed to other persons or organizations under certain conditions (e.g., as part of accreditation or program evaluation; in response to a court order or subpoena; in connection with financial aid; and to other institutions to which the student is transferring).

In addition to those safeguards provided by the Family Education Rights and Privacy Act of 1974, the university's policy allows the release of personally identifiable information to others (except to verify student status) *only* with the student's prior consent or in the case of extreme emergency or where there is clear and imminent danger to the student, to others, or to society.

## REQUIREMENT AND USE OF SOCIAL SECURITY NUMBER

Applicants are required to include their correct social security numbers in designated places on applications for admission pursuant to the authority contained in Section 41201 , Title 5, California Code of Regulations, and Section 6109 of the Internal Revenue Code (26 U.S.C. 6109). The university uses the social security number to identify students and their records including identification for purposes of financial aid eligibility and disbursement and the repayment of financial aid and other debts payable to the institution. Also, the Internal Revenue Service requires the university to file information returns that include the student's social security number and other information such as the amount paid for qualified tuition, related expenses, and interest on educational loans. This information is used by the IRS to help determine whether a student, or a person claiming a student as a dependent, may take a credit or deduction to reduce federal income taxes. The SSN is also required by the Franchise Tax Board for collection of returned checks.

## UNIVERSITY IDENTIFICATION NUMBER

For other records and services, the university uses an assigned University Identification Number (UIN). Students are required to write their UIN on university petitions and forms as well as personal checks submitted for any payment to the University. Payment by personal check is consent by the student for the University to write the student's UIN on the check if it is not referenced.

See the SFSU UIN Policy on the web at http://www.sfsu.edu/~admisrec/reg/ferpa.html

## CAREER PLACEMENT: DATA ON FORMER STUDENTS

The campus may furnish, upon request, information about the employment of students who graduate from programs or courses of study preparing students for a particular career field. Any such data provided must be in a form that does not allow for the identification of any individual student. This information includes data concerning the average starting salary and the percentage of previously enrolled students who obtained employment. The information may include data collected from either graduates of the campus or graduates of all campuses in the California State University.

# COST OF EDUCATION

## AVERAGE SUPPORT COST PER FULL-TIME EQUIVALENT STUDENT AND SOURCES OF FUNDS

The total support cost per full-time equivalent student includes the expenditures for current operations, including payments made to students in the form of financial aid, and all fully reimbursed programs contained in state appropriations. The average support cost is determined by dividing the total cost by the number of full-time equivalent students (FTES). The total CSU 2006/07 final budget amounts were $2,788,910,000 from state General Fund appropriations (not including capital outlay funding), $1,016,931,000 from State University Fee (SUF) revenue, $403,278,000 from other fee revenues and reimbursements for a total of $4,209,119,000. The number of projected 2006/07 full-time equivalent students (FTES) is 348,262. The number of full-time equivalent students is determined by dividing the total academic student load by 15 units per term (the figure used here to define a full-time student's academic load).

The 2006/07 average support cost per full-time equivalent student based on General Fund appropriation and State University Fee revenue only is $10,928 and when including all sources as indicated below is $12,086. Of this amount, the average student fee support per FTE is $3,551, which includes all fee revenue in the CSU Operating Fund (e.g. State University Fee, nonresident tuition, application fees, miscellaneous course fees).

**Average Cost**

| 2006/07 | Amount | Average Cost per FTE Student | Percentage |
|---|---|---|---|
| Total Support Cost | $4,209,119,000 | $12,086 | 100% |
| • State Appropriation | 2,788,910,000 | 8,008 | 66% |
| • Student Fee Support[1] | 1,016,931,000 | 2,920 | 24% |
| • Other Income & Reimbursements [2] | 403,278,000 | 1,158 | 10% |

1.  Student fee support represents campus 2006/07 final budget submitted State University Fee revenue.

2.  The other income and reimbursements represent campus other fee 2006/07 final budget revenues submitted, as well as reimbursements in the CSU Operating Fund.

The average CSU 2006/07 academic year, resident, undergraduate student fees required to apply to, enroll in, or attend the university is $3,199. However, the costs paid by individual students will vary depending on campus, program, and whether a student is part-time, full-time, resident, or nonresident.

## AVAILABILITY OF INSTITUTIONAL AND FINANCIAL ASSISTANCE INFORMATION

The following information concerning student financial assistance may be obtained from the Office of Student Financial Aid, (415) . 338-7000.

- A description of the federal, state, institutional, local, and private student financial assistance programs available to students who enroll at San Francisco State University.
- For each aid program, a description of procedures and forms by which students apply for assistance, student eligibility requirements, criteria for selecting recipients from the group of eligible applicants, and criteria for determining the amount of a student's award.
- A description of the rights and responsibilities of students receiving financial assistance, including federal Title IV student assistance programs, and criteria for continued student eligibility under each program.
- The satisfactory academic progress standards that students must maintain for the purpose of receiving financial assistance and criteria by which a student who has failed to maintain satisfactory progress may reestablish eligibility for financial assistance.
- The method by which financial assistance disbursements are made to students and the frequency of those disbursements.
- The terms of any loan received as part of the student's financial aid package, a sample loan repayment schedule, and the necessity for repaying loans.
- The general conditions and terms applicable to any employment provided as part of the student's financial aid package.
- The responsibility of SFSU for providing and collecting exit counseling information for all student borrowers under the federal student loan programs.
- The terms and conditions for deferral of loan payments for qualifying service under the Peace Corps Act, the Domestic Volunteer Service Act of 1973, or comparable volunteer community service.

## PROCEDURE FOR THE ESTABLISHMENT OR ABOLISHMENT OF A STUDENT BODY FEE

The law governing the California State University provides that fees defined as mandatory, such as a *student body association fee* and a *student body center fee*, may be established. A *student body association fee* must be established upon a favorable vote of two-thirds of the students voting in an election held for this purpose (Education Code, Section 89300). A *student body center fee* may be established only after a fee referendum is

held which approves by a two-thirds favorable vote the establishment of the fee (Education Code, Section 89304). The *student body fee* was established at [name of institution] by student referendum in [date]. The campus president may adjust the *student body association fee* only after the fee adjustment has been approved by a majority of students voting in a referendum established for that purpose (Education Code, Section 89300). The required fee shall be subject to referendum at any time upon the presentation of a petition to the campus president containing the signatures of 10 percent of the regularly enrolled students at the University. Once bonds are issued, authority to set and adjust *student body center fees* is governed by provisions of the State University Revenue Bond Act of 1947, including, but not limited to, Education Code, sections 90012, 90027, and 90068. *Student body association fees* support a variety of cultural and recreational programs, childcare centers, and special student support programs.

The process to establish and adjust other campus-based mandatory fees requires consideration by the campus fee advisory committee and a student referendum. The campus president may use alternate consultation mechanisms if he/she determines that a referendum is not the best mechanism to achieve appropriate and meaningful consultation. Results of the referendum and the fee committee review are advisory to the campus president. The president may also request the chancellor to establish the mandatory fee.

For more information or questions , please contact Colleen Nickles, Senior Director of Financing & Treasury in the CSU Chancellor's Office, at (562) 981-4579.

# RESIDENCE

## DETERMINATION OF RESIDENCE FOR NONRESIDENT TUITION PURPOSES

The law governing residence determination for tuition purposes at The California State University is California Education Code Sections 68000-68090, 68120-68134, and 89705-89707.5, and in Title 5 of the California Code of Regulations, Subchapter 5, Article 4, Sections 41900-41916. This material can be viewed on the Internet by accessing the California State University's web site at www.calstate.edu/GC/resources.shtml.

The campus undergraduate and graduate admissions offices are responsible for determining the residence status of all new and returning students based on the Application for Admission, Residency Questionnaire, Reclassification Request Form, and, as necessary, other evidence furnished by the student. A student who fails to submit adequate information to establish eligibility for resident classification will be classified as a nonresident.

Generally, establishing California residence for tuition purposes requires a combination of physical presence and intent to remain indefinitely. An adult who, at least one full year prior to the residence determination date for the term in which enrollment is contemplated, can demonstrate both physical presence in the state combined with evidence of intent to remain in California indefinitely may establish California residence for tuition purposes. A minor normally derives residence from the parent(s) they reside with or most recently resided with.

Evidence demonstrating intent may vary from case to case but will include, and is not limited to, the absence of residential ties to any other state, California voter registration and voting in California elections, maintaining California vehicle registration and driver's license, maintaining active California bank accounts, filing California income tax returns and listing a California address on federal tax returns, owning residential property or occupying or renting an apartment where permanent belongings are kept, maintaining active memberships in California professional or social organizations, and maintaining a permanent military address and home of record in California.

Non-citizens establish residence in the same manner as citizens, unless precluded by the Immigration and Nationality Act from establishing domicile in the United States.

Exceptions to the general residence requirements are contained in *California Education Code* Sections 68070-68084 and *California Code of Regulations, Title 5*, Subchapter 5, Article 4, Sections 41906-41906.5, and include, but are not limited to, members of the military and their dependents, certain credentialed employees of school districts, and most students who have attended three years of high school in California and graduated or attained the equivalent. Whether an exception applies to a particular student cannot be determined before the submission of an application for admission and, as necessary, additional supporting documentation. Because neither campus nor Chancellor's Office staff may give advice on the application of these laws, applicants are strongly urged to review the material for themselves and consult with a legal adviser.

Nonresident students seeking reclassification are required to complete a supplemental questionnaire including questions concerning their financial dependence, which will be considered along with physical presence and intent in determining reclassification.

The residence determination dates are set each term. They are:

| **Quarter Term Campuses** | | **Semester Term Campuses** | |
|---|---|---|---|
| Fall | September 20 | Fall | September 20 |
| Winter | January 5 | Winter* | January 5 |
| Spring | April 1 | Spring | January 25 |
| Summer | July 1 | Summer | June 1 |

*Applies only to winter term at California State University, Stanislaus.

The residence determination dates for the four stages of CalState TEACH are as follows:

| Stage 1 | September 20 |
|---|---|
| Stage 2 | January 5 |
| Stage 3 | June 1 |
| Stage 4 | September 20 |

Students classified as non-residents may appeal a final campus decision within 120 days of notification by the campus. A campus residence classification appeal must be in writing and submitted to:

The California State University
Office of General Counsel
401 Golden Shore, 4th Floor
Long Beach, CA 90802-4210

The Office of General Counsel can either decide the appeal or send the matter back to the campus for further review.

Students incorrectly classified as residents or incorrectly granted an exception from nonresident tuition are subject to reclassification as nonresidents and payment of nonresident tuition in arrears. If incorrect classification results from false or concealed facts, the student is subject to discipline pursuant to Section 41301 of Title 5 of the California Code of Regulations.

Resident students who become nonresidents or who no longer meet the criteria for an exception must immediately notify the Admissions Office. Applications for a change in classification with respect to a previous term are not accepted.

Changes may have been made in the rate of nonresident tuition and in the statutes and regulations governing residence for tuition purposes in California between the time this information is published and the relevant

residence determination date. Students are urged to review the statutes and regulations stated above.

## IMMIGRATION REQUIREMENTS FOR LICENSURE

The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (P.L. 104-193), also known as the Welfare Reform Act, includes provisions to eliminate eligibility for federal and state public benefits for certain categories of lawful immigrants as well as benefits for all illegal immigrants.

Students who will require a professional or commercial license provided by a local, state, or federal government agency in order to engage in an occupation for which the CSU may be training them must meet the immigration requirements of the new Personal Responsibility and Work Opportunity Reconciliation Act to achieve licensure. Information concerning the regulation is available from the Office of International Programs, ADM 450, (415) 338-1293.

# NONDISCRIMINATION POLICY

## Race, Color, National Origin, Sexual Orientation, Religion, or Age

The California State University complies with the requirements of Title VI and Title VII of the Civil Rights Act of 1964, as well as other applicable federal and state laws prohibiting discrimination. No person shall, on the basis of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination in any program of the California State University. Under Title VI, San Francisco State University is obligated to investigate all discrimination complaints, including harassment, in an unbiased, thorough manner. Inquiries regarding compliance can be referred to the Affirmative Action Office at 1600 Holloway Avenue, SSB 109, 415-338-2364 (voice), 415-338-1748 (TTY).

## Disability

The California State University does not discriminate on the basis of disability in admission or access to, or treatment or employment in, its programs and activities. Section s 504 and 508 of the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, and various state laws prohibit such discrimination. The Disability Programs and Resource Center director has been designated to coordinate the efforts of San Francisco State University to comply with all relevant disability laws and in the implementation of these regulations. Inquiries concerning compliance may be addressed to the director at San Francisco State University, 1600 Holloway Avenue, SSB 402, 415-338-2472 (voice/TTY).

## Sex/Gender

The California State University does not discriminate on the basis of sex, gender or sexual orientation in the educational programs or activities it conducts. Title IX of the Education Amendments of 1972 and certain other federal and state laws prohibit discrimination on these bases in education programs and activities operated by San Francisco State University. Such programs and activities include admission of students and employment. The California State University is committed to providing equal opportunities to male and female CSU students in all campus programs, including, but not limited to, intercollegiate athletics. Inquiries concerning the application of these laws to programs and activities of San Francisco State University may be referred to the Office of University Counsel, (415) 338-2998 (voice). Inquiries may also be directed to the regional director of the Office of Civil Rights, Region IX, 50 United Nations Plaza, Room 239, San Francisco, California 94102.

## HIV/AIDS Policy

Students and employees with the Human Immunodeficiency Virus (HIV) shall be afforded unrestricted classroom attendance, working conditions, use of university facilities, and participation in co-curricular and

extra-curricular activities as long as they are physically and psychologically able to do so.

For more information, individuals are encouraged to contact Student Health Services, members on the AIDS Steering and Coordinating Committees, Human Resources Department, Office of Faculty Affairs, or the Dean of Students office.

### Complaints of Discrimination

Inquiries and complaints of discrimination in employment, programs, services, and academic matters based on sex, race, color, national origin, sexual orientation, or disability can be addressed by the Affirmative Action Office. Complaints can include sexual or racial harassment or harassment on any prohibited basis (i.e., disability). Employees or students can contact the director of the Affirmative Action Office: Joe Torres, Director, Affirmative Action and Employment Equity Programs, SSB 109, 1600 Holloway Avenue, 415-338-2364 (voice), 415-338-0937 (fax), 415-338-1748 (TDD).

Services include confidential consultation, information about options, complaint forms, and complaint investigation. Complaint investigations are subject to specific timeframes and include written notification to the complainant and the accused of investigative findings and appeal rights.

# CAMPUS SAFETY AND SECURITY

## CAMPUS SECURITY REPORT

San Francisco State University's annual security report includes statistics for the previous three years concerning reported crimes that occurred on campus, in certain off-campus buildings or property owned or controlled by San Francisco State University, and on public property within, or immediately adjacent to, and accessible from the campus. The report also includes institutional policies concerning campus security, such as policies concerning alcohol and drug use, crime prevention, the reporting of crimes, sexual assault, and other matters. You can obtain a copy of this report by contacting the Department of Public Safety or by accessing the following web site: www.sfsu.edu/~dps.

Information concerning San Francisco State University's policies, procedures, and facilities for students and others to report criminal actions or other emergencies occurring on campus may also be obtained from the Department of Public Safety.

## COMPUTER SECURITY

Legitimate computing for educational uses is encouraged. However, some may be tempted to abuse this privilege but not be aware of the legal aspects of computer crime. If San Francisco State University computers are illegally used, California Penal Code 502 states that the offender may be found guilty of a felony which is punishable by a fine not exceeding $10,000, or by imprisonment for 16, 24, or 36 months, or by both fine and imprisonment. Any student who illegally uses the SFSU computer system may be subject to suspension or expulsion from the university.

Computer security is the responsibility of everyone. All computing users should read the SFSU Computing Services Security Guide which covers policies, procedures, proper uses, and misuses of computing systems. The Computing Services Security Guide is accessible from the World Wide Web at www.sfsu.edu/~helpdesk/docs/rules/security.htm.

## SEXUAL ASSAULT

San Francisco State University does not tolerate acts of sexual assault. All reported instances of sexual assault

CRSFSUvA_Compl_Ex_C_0039

are investigated and appropriate disciplinary, criminal, and/or legal action is taken, with consent of the victim. Appropriate support services are made available to students, faculty, or staff who are victims of sexual assault. For complete text of the statement, please consult www.sfsu.edu/~safe_plc/.

## SEXUAL HARASSMENT POLICY AND PROCEDURES

**University Executive Order #95-18 (Supersedes University Executive Order #85-09)**

**PREAMBLE**

This policy provides a definition of sexual harassment. It specifies pre-disciplinary, pre-grievance procedures for reporting and resolving complaints of sexual harassment and recommends that an education program be initiated. Formal disciplinary and grievance procedures are already defined by existing policies, executive orders, codes, and collective bargaining contracts pertinent to university employees and students. (NOTE: If the physical safety of any university individual is in question, the President will act immediately, within the authority of Title 5, Section 41301, the Education Code Sec. 22505 or the Penal Code Sec. 626.4 to protect the threatened party. Formal proceedings may be initiated immediately by the President in consultation with the Sexual Harassment Officer(s), and the appropriate grievance/disciplinary action officer.)

This Sexual Harassment Policy and Procedures applies to complaints of sexual harassment filed against a faculty member, administrator, staff person, or student. Information regarding where and how to file complaints is available from any Sexual Harassment Adviser or Officer.

No individual shall be subject to reprisal for using this policy, nor shall its use preclude subsequent disciplinary or grievance measures. All units of the campus community are expected to comply with this policy.

Except as needed in processing the complaint, both the Sexual Harassment Advisers and Sexual Harassment Officers are required to maintain confidentiality in dealing with sexual harassment complaints.

**DEFINITION OF SEXUAL HARASSMENT**

Sexual Harassment is one person's distortion of a university relationship by unwelcome conduct which emphasizes another person's sexuality. Sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature are forms of sexual harassment when:

1. submission to such conduct is made an explicit or implicit condition of instruction, employment, or participation in any university activity; or
2. submission to or rejection of such conduct is used as the basis for employment or academic decisions affecting the individual; or
3. such conduct has the purpose or effect of hindering performance by creating or allowing sexually intimidating, hostile, or offensive behavior to occur in the university or in a university-related setting.

Sexual harassment is unethical and unprofessional conduct, illegal, and against San Francisco State University policy. It may occur in written, spoken, physical, and visual forms. The university will act to eliminate sexual harassment within its jurisdiction.

The university will evaluate each incident of alleged sexual harassment and apply appropriate remedies.

The university can dismiss employees or expel students for sexual harassment.

The university recognizes that any member of the campus community might be called upon to listen to a complaint of alleged sexual harassment. The listener should be objective and attentive, while discouraging use of names. No records should be kept, nor should promises for specific action or final decisions be made. The

listener should refer the complainant to a Sexual Harassment Adviser or to a university Sexual Harassment Officer. Complainants may go to the Sexual Harassment Officer without first consulting a Sexual Harassment Adviser and may request an investigation at any time.

## SEXUAL HARASSMENT ADVISERS (SHA)

All SHA's are volunteers. The Sexual Harassment Officers shall arrange for a course for training of advisers. People who have successfully completed the course may serve as SHA's. Advisers will be available to serve as sources of initial information to any individual who has a complaint or who needs information about sexual harassment.

The names of the advisers shall be published at the beginning of each semester and are available in the following offices: Dean of Students, Director of Affirmative Action, and the Office of Graduate Division. Advisers will have information about applicable laws, university policies and procedures, and options available for resolution of complaints. The Advisers shall:

1. Serve as resource persons to individuals with complaints or inquiries which may involve sexual harassment;
2. Advise the complainant regarding applicable university policies and procedures and outline various informal and formal options.
3. Inform the appropriate sexual harassment officer if a complaint is received which is deemed sufficiently serious to warrant further action.

Discussion between complainants and Sexual Harassment Advisers can occur without a written complaint and without identification of the person bringing the complaint and shall not imply guilt or innocence. No written record of specific complaints or actions taken to this point in the procedures shall be kept.

However, a simple tally of the number and type of complaints shall be kept and reported to the appropriate Sexual Harassment Officer at the end of each semester.

If further action is requested by the complainant, the SHA shall refer the complainant to a Sexual Harassment Officer (SHO) and explain the responsibilities and duties of those officers. In addition, SHA's have an obligation to notify SHO's when it appears the university should act, even if the complainant has not requested further action. The SHA is not authorized to notify either the accused or any supervisor of the accused.

## SEXUAL HARASSMENT OFFICERS (SHO)

Sexual Harassment Officers are presidential designees and in that capacity are accountable directly to the President. The SHO's shall be the Dean of Students, Director of Affirmative Action, and the Associate Dean of Graduate Division. SHO's are empowered to hear and evaluate each complaint of alleged sexual harassment and to attempt resolution. SHO's shall observe basic standards of due process and confidentiality in all actions.

The Sexual Harassment Officers shall pursue complaints promptly through the stages outlined below.

Any discussion, investigation, or action taken under these procedures shall not conflict with student grievance procedures, regulations governing student affairs, collective bargaining contracts, and Executive Order 419.

## PRE-FORMAL RESOLUTION OF COMPLAINTS

The complainant may choose to enter into a pre-formal discussion or to request that the SHO conduct an investigation immediately (see Pre-formal Investigation and Reporting below).

### Pre-formal Discussion

Pre-formal discussion or resolution does not require a written complaint. Any SHO will hear complaints, determine the remedy sought, and review options for resolution. The review shall include a discussion of applicable university policies and procedures as well as external options for resolution. The SHO(s) shall aid the complainant in identifying ways in which further harassment might be prevented. university policy requires that the SHO keep written records of all complaints. Such records need not identify complainant or alleged harasser by name nor shall they be part of any individual's official file at this stage of the procedure.

At the request of the complainant, the SHO(s) may attempt to resolve the situation by taking some or all of the following steps:

1. Informing the alleged harasser directly or through an appropriate administrator or supervisor that a problem has been raised concerning that person's conduct.
2. Informing the alleged harasser of university policy regarding sexual harassment.
3. Assisting the alleged harasser in identifying behaviors which might lead to complaints and ways in which that behavior might be changed to avoid further complaints.
4. Recommending that an oral or written warning or reprimand be issued to the alleged harasser.

**Pre-formal Investigation and Reporting**

At the request of the complainant and upon receipt of a written and signed complaint, the appropriate SHO shall initiate an investigation. If the SHO determines that circumstances so warrant, the SHO shall initiate an investigation with or without the consent of the complainant. The SHO shall notify the President, all the appropriate grievance/disciplinary officers for faculty or staff or students and the alleged harasser that an investigation is underway, and give the names of the parties involved.

The appropriate SHO shall conduct a prompt, full, and impartial investigation. The complainant shall have an opportunity to present evidence and a list of relevant and material witnesses.

A complaint for sexual harassment shall be filed within 180 days (six months) from the conduct giving rise to the complaint. The investigation shall generally be completed within 120 days (four months) of the receipt of the complaint. The time period for investigation may be extended by mutual consent of the parties or for good cause, including the complexity of the issues under investigation and the unavailability of relevant witnesses due to semester recess. Both the complainant and the accused will be informed of any extension of the investigation.

At the conclusion of the investigation, the appropriate SHO shall submit a written report to the President. The report shall include a description of the facts, the remedy sought by the complainant, and recommendations for further action if deemed necessary by the SHO. These recommendations shall be based upon the strength of evidence against the accused, the seriousness of action(s) that led to the complaint, and the remedy sought by the complainant. If formal disciplinary action is initiated, copies of the report shall be sent to the appropriate grievance/disciplinary action officer for faculty or staff or students.

If harassment is found, the university will implement such action as is necessary to correct the situation and to prevent it from recurring.

The complainant and the accused will receive written notice of the university's proposed determination regarding whether or not harassment occurred, and of the disposition of the complaint. The complainant or the accused may request reconsideration of the university's proposed determination by submitting additional relevant evidence, identifying errors of fact or of standards applied in the investigation or determination, or showing that further investigation is necessary.

A request for reconsideration of the university's proposed determination must be made to the President in writing within 10 calendar days of receipt of the Notice of Proposed Determination. The request for

CRSFSUvA_Compl_Ex_C_0042

reconsideration must clearly specify the basis for making the request. Within 5 calendar days of receiving a request for reconsideration from either the complainant or the accused, the university will provide written notice to the other party that such a request has been made.

In processing a request for reconsideration, the university will review the information submitted, consider additional relevant evidence, correct errors of fact or of standards applied in the investigation or determination, and/or conduct further investigation if pertinent to the final determination.

If a request for reconsideration has been made, the complainant and the accused shall receive written notice of the university's final determination within 15 calendar days of the request. If there is no request for reconsideration, the complainant and the accused shall receive written notice that the university's proposed determination has become final within 15 calendar days of the Notice of Proposed Determination.

## FORMAL GRIEVANCE AND DISCIPLINARY PROCEDURES

Formal complaint, reprimand, grievance, or disciplinary procedures are governed by the policies, codes, executive orders, or contracts applicable to the bargaining unit or employment category to which the alleged harasser belongs.

Should it become necessary to invoke formal reprimand or disciplinary procedures, sexual harassment will be viewed as unprofessional conduct.

Formal disciplinary procedures will be pursued by the appropriate grievance/disciplinary action officer.

## STUDENT CONDUCT

§ 41301. Standards for Student Conduct

The university is committed to maintaining a safe and healthy living and learning environment for students, faculty, and staff. Each member of the campus community must choose behaviors that contribute toward this end. Student behavior that is not consistent with the Student Conduct Code is addressed through an educational process that is designed to promote safety and good citizenship and, when necessary, impose appropriate consequences.

   a. Student Responsibilities: Students are expected to be good citizens and to engage in responsible behaviors that reflect well upon their university, to be civil to one another and to others in the campus community, and contribute positively to student and university life
   b. Unacceptable Student Behaviors: The following behavior is subject to disciplinary sanctions:
      1. Dishonesty, including:
         A. Cheating, plagiarism, or other forms of academic dishonesty that are intended to gain unfair academic advantage.
         B. Furnishing false information to a university official, faculty member, or campus office.
         C. Forgery, alteration, or misuse of a university document, key, or identification instrument.
         D. Misrepresenting oneself to be an authorized agent of the university or one of its auxiliaries.
      2. Unauthorized entry into, presence in, use of, or misuse of university property.
      3. Willful, material and substantial disruption or obstruction of a university-related activity, or any on-campus activity.
      4. Participating in an activity that substantially and materially disrupts the normal operations of the university, or infringes on the rights of members of the university community.
      5. Willful, material and substantial obstruction of the free flow of pedestrian or other traffic, on or leading to campus property or an off-campus university related activity.
      6. Disorderly, lewd, indecent, or obscene behavior at a university related activity, or directed toward a member of the University community.

CRSFSUvA_Compl_Ex_C_0043

7. Conduct that threatens or endangers the health or safety of any person within or related to the university community, including physical abuse, threats, intimidation, harassment, or sexual misconduct.

8. Hazing, or conspiracy to haze, as defined in Education Code Sections 32050 and 32051: "Hazing" includes any method of initiation or pre-initiation into a student organization, or any pastime or amusement engaged in with respect to such an organization which causes, or is likely to cause, bodily danger, physical harm, or personal degradation or disgrace resulting in physical or mental harm, to any student or other person attending any school, community college, college, university or other educational institution in this state; but the term "hazing" does not include customary athletic events or other similar contests or competitions.
   A group of students acting together may be considered a 'student organization' for purposes of this section whether or not they are officially recognized. Neither the express or implied consent of a victim of hazing, nor the lack of active participation while hazing is going on is a defense. Apathy or acquiescence in the presence of hazing is not a neutral act, and is also a violation of this section.

9. Use, possession, manufacture, or distribution of illegal drugs or drug-related paraphernalia, (except as expressly permitted by law and university regulations) or the misuse of legal pharmaceutical drugs.

10. Use, possession, manufacture, or distribution of alcoholic beverages (except as expressly permitted by law and university regulations), or public intoxication while on campus or at a university related activity.

11. Theft of property or services from the university community, or misappropriation of university resources.

12. Unauthorized destruction, or damage to University property or other property in the university community.

13. Possession or misuse of firearms or guns, replicas, ammunition, explosives, fireworks, knives, other weapons, or dangerous chemicals (without the prior authorization of the campus president) on campus or at a university related activity.

14. Unauthorized recording, dissemination, or publication of academic presentations (including handwritten notes) for a commercial purpose.

15. Misuse of computer facilities or resources, including:
    A. Unauthorized entry into a file, for any purpose.
    B. Unauthorized transfer of a file.
    C. Use of another's identification or password.
    D. Use of computing facilities, campus network, or other resources to interfere with the work of another member of the University Community.
    E. Use of computing facilities and resources to send obscene or intimidating and abusive messages.
    F. Use of computing facilities and resources to interfere with normal University operations.
    G. Use of computing facilities and resources in violation of copyright laws.
    H. Violation of a campus computer use policy.

16. Violation of any published university policy, rule, regulation or presidential order.

17. Failure to comply with directions of, or interference with, any university official or any public safety officer while acting in the performance of his/her duties.

18. Any act chargeable as a violation of a federal, state, or local law that poses a substantial threat to the safety or well-being of members of the university community, to property within the university community or poses a significant threat of disruption or interference with university operations.

19. Violation of the Student Conduct Procedures, including:
    A. Falsification, distortion, or misrepresentation of information related to a student discipline matter.
    B. Disruption or interference with the orderly progress of a student discipline proceeding.
    C. Initiation of a student discipline proceeding in bad faith.
    D. Attempting to discourage another from participating in the student discipline matter.
    E. Attempting to influence the impartiality of any participant in a student discipline matter.
    F. Verbal or physical harassment or intimidation of any participant in a student discipline

CRSFSUvA_Compl_Ex_C_0044

matter.

    G.  Failure to comply with the sanction(s) imposed under a student discipline proceeding.

  20.  Encouraging, permitting, or assisting another to do any act that could subject him or her to discipline.

c.  Application of this Code

Sanctions for the conduct listed above can be imposed on applicants, enrolled students, students between academic terms, graduates awaiting degrees, and students who withdraw from school while a disciplinary matter is pending. Conduct that threatens the safety or security of the campus community, or substantially disrupts the functions or operation of the university is within the jurisdiction of this Article regardless of whether it occurs on or off campus. Nothing in this Code may conflict with Education Code section 66301 that prohibits disciplinary action against students based on behavior protected by the First Amendment.

d.  Procedures for Enforcing this Code

The chancellor shall adopt procedures to ensure students are afforded appropriate notice and an opportunity to be heard before the University imposes any sanction for a violation of the Student Conduct Code.

**41302. Disposition of Fees: Campus Emergency; Interim Suspension.** The president of the campus may place on probation, suspend, or expel a student for one or more of the causes enumerated in Section 41301. No fees or tuition paid by or for such student for the semester, quarter, or summer session in which he or she is suspended or expelled shall be refunded. If the student is readmitted before the close of the semester, quarter, or summer session in which he or she is suspended, no additional tuition or fees shall be required of the student on account of the suspension.

During periods of campus emergency, as determined by the president of the individual campus, the president may, after consultation with the chancellor, place into immediate effect any emergency regulations, procedures, and other measures deemed necessary or appropriate to meet the emergency, safeguard persons and property, and maintain educational activities.

The president may immediately impose an interim suspension in all cases in which there is reasonable cause to believe that such an immediate suspension is required in order to protect lives or property and to insure the maintenance of order. A student so placed on interim suspension shall be given prompt notice of charges and the opportunity for a hearing within 10 days of the imposition of interim suspension. During the period of interim suspension, the student shall not, without prior written permission of the president or designated representative, enter any campus of the California State University other than to attend the hearing. Violation of any condition of interim suspension shall be grounds for expulsion.

## WHAT YOU NEED TO KNOW ABOUT DRUGS AND ALCOHOL AT SAN FRANCISCO STATE UNIVERSITY

San Francisco State University is committed to a safe and healthy environment for the campus community. The use of alcohol and other drugs should not interfere with the university's educational mission.

The university expects every student, faculty member, staff member, and administrator to be aware of and comply with all local, state, and federal laws regarding the unlawful possession, distribution, or use of illegal drugs and alcohol.

It is the policy of San Francisco State University that the unlawful manufacture, distribution, dispensation, possession, or use of illegal drugs on the university campus, or at any university-sponsored event off campus, is prohibited. No one may use illegal substances, or abuse legal substances, including alcohol, in a manner which impairs performance of assigned tasks. A more complete description of these regulations is contained in University Directive #89-12 (The Alcohol and Drug Policy) and University Directive #90-15 (Policy on Substance Abuse in the Workplace) which are available at Human Resources Office, the Office of Faculty Affairs, the Office of the Dean of Students.

CRSFSUvA_Compl_Ex_C_0045

**New State Laws as of 1990**

- An arresting officer can take the license from any driver suspected to be driving under the influence who refuses to take a blood alcohol concentration test.
- Anyone under 21 found in possession of alcohol can have their driver's license taken away, even if the under age person was not drinking, drunk, or driving.

**Disciplinary Action**

STUDENTS: The manufacture, distribution, possession, or use of illegal drugs or illegal use of alcohol will normally result in either probation, suspension, or dismissal from the university.

EMPLOYEES: Those found to be in violation of university policy may be subject to corrective action, up to and including dismissal, or may be required, at the discretion of the university, to participate satisfactorily in an approved counseling or rehabilitation program. All members of the campus may be subject to criminal prosecution for violation of applicable local, state, or federal laws.

**CONSIDER THE FOLLOWING:**

After drinking, have you ever engaged in unplanned sexual activity? All alcohol [beer, wine, and hard liquor] decreases people's ability to use good judgment and act according to their own desires if they've been drinking beyond their capacity. People practice less safe sex when under the influence, more unintended pregnancies occur, more regretted sex and acquaintance rapes occur, and more diseases are transmitted sexually.

Have you ever taken speed or uppers to help you stay awake to meet a deadline? The initial effect of speed is increased alertness, increased sense of well-being, and ability to stay awake. Most uppers are short acting (6-12 hours). As the drug wears off, withdrawal sets in. The user is irritable, disinterested in the tasks at hand, needs sleep, and can be agitated--just around the time you need to be at your best.

How much can I drink and still be legal on the road? Many factors influence your blood alcohol level--such as body weight, gender, amount consumed, amount of food eaten, mood, body temperature, and previous drinking experience. As little as one drink may produce blood levels greater than the legal limit. The safest and smartest approach is to ask a non-drinking friend to drive if you drink, or designate a driver who will not drink.

Do you use cocaine to give you an "edge" in your studies or at work? Most people start using cocaine because it makes them feel "more" something--more confident, more alert, more attractive, more intelligent, more energetic. But these effects of the drug last only a few minutes, and leave the user feeling worse than they felt before. This sets up a cycle of craving the drug to feel good again, and repeated use to avoid feeling bad. Eventually, not only do you lose your "edge," but you can't even stay in the game. Cocaine can cause dramatic changes in blood pressure, as well as heart and breathing rates. One-time, occasional use or using small amounts have all been known to cause breathing to stop, stroke, or death. Crack is an especially addictive form of cocaine.

Do you smoke marijuana to forget problems with your studies or work responsibilities? If your answer is yes, the drug may be working better than you think. Marijuana can disturb both the process of formation and storage of memory. Even occasional use can result in memory impairment. It can also adversely affect your ability to concentrate and pay attention to school and work assignments. With continued use, long-term learning problems can occur as well as a reduction in motivation. This can lead to a further decline in performance of academic and job-related responsibilities. In addition, short term effects include slowed reaction time and increased heart rate. There are over 400 chemicals contained in marijuana. One joint contains 50% more tar than a cigarette.

Do you use steroids to build your muscles faster during weight training? Anabolic steroids are basically

synthetic male hormones that are often used to rapidly increase muscle mass. While steroids can contribute to faster muscle building when combined with weight training, they can also cause atrophy of the testicles and enlargement of the prostrate in men; in women, an increase in body hair and baldness may be seen. There are a number of other toxic side effects of steroid use including liver damage, and there is danger of HIV infection from the sharing of needles used to inject the steroids. The added muscle attributed to steroid use hardly seems worth the dangers.

Has drinking alcohol affected your studies? In a recent study, 14% of SFSU students who drink reported that they had missed a class because of drinking, 19% reported that they had fallen behind in school work, and 19% stated that they had done something that they later regretted. Nation-wide campus statistics suggest that alcohol is involved in:

- 2/3 of all violent behavior
- 1/2 of all physical injuries
- 1/3 of all emotional difficulty among students
- 30% of all academic problems
- 75% of all motor vehicle accidents
- 90% of date rapes on college campuses
- 40% of all diseases transmitted sexually

## WHERE TO GO FOR HELP

### ON-CAMPUS (Confidentiality assured)

For students:

- Prevention Education Programs/C.E.A.S.E., ADM 255, 338-1203 (resources & referrals)
- Counseling & Psychological Services, T-M, 338-2208
- Student Health Center, medical appointments: 338-1719

For everyone:

- Meetings of Alcoholics Anonymous, Narcotics Anonymous. Call C.E.A.S.E. for information regarding on- and off-campus meetings at 338-1203.

### OFF-CAMPUS-- San Francisco

- National Council on Alcoholism, 944 Market Street, 3rd Floor, 296-9900
- Asian American Residential Recovery Services Inc., 2024 Hayes Street, 750-5111
- Bayview-Hunter's Point Foundation for Problem Drinkers, 1625 Carroll, 822-6727
- Haight-Ashbury Free Clinic Drug Treatment Services, 529 Clayton, 565-1908
- Mission Council on Alcohol Abuse for Spanish Speaking, 820 Valencia, 826-6767
- New Leaf (gay/lesbian/bisexual), 1853 Market, 626-7000

### TELEPHONE HOTLINES

Meeting information for support groups:

| | |
|---|---|
| Alcoholics Anonymous | 621-1326 |
| Al-Anon & Al-Ateen | 626-5633 |
| Adult Children of Alcoholics | 641-7373 |
| Narcotics Anonymous | 621-8600 |
| Nar-Anon | (650) 985-5255 |

Co-dependents Anonymous        905-6331
Cocaine Anonymous              821-6155
Overeaters Anonymous           436-0651
Marijuana Anonymous            522-7373
Nicotine Anonymous             995-1938

# FEDERAL MILITARY SELECTIVE SERVICE

The federal Military Selective Service Act (the "Act") requires most males residing in the United States to present themselves for registration with the Selective Service System within thirty days of their eighteenth birthday. Most males between the ages of 18 and 25 must be registered. Males born after December 31, 1959 may be required to submit a statement of compliance with the Act and regulations in order to receive any grant, loan, or work assistance under specified provisions of existing federal law. In California, students subject to the Act who fail to register are also ineligible to receive any need-based student grants funded by the state or a public post-secondary institution.

Selective Service registration forms are available at any U.S. Post Office, and many high schools have a staff member or teacher appointed as a Selective Service registrar. Applicants for financial aid can also request that information provided on the Free Application for Federal Student Aid (FAFSA) be used to register them with the Selective Service. Information on the Selective Service System is available and the registration process may be initiated on-line at www.sss.gov.

---

 SFSU    Bulletin    Search

Last modified June 08, 2007 by bulletin@sfsu.edu