10/26/2006

To: Mister Greenwell, OSPLD Director

From: Brian Gallagher, SFSU Student
c.c : Penny Saffold, Kevin Bowmen, ASI Board

I, Brian Gallagher, a concerned member of the San Francisco State University community, in pursuant to the OSPLD Procedures for Alleged Violations of University Policies, am officially submitting a letter of complaint against the College Republican student organization as a direct result of actions which were carried forthwith by the aforementioned student organization.

On October 17, 2006, a student organization, The College Republicans, held an event on the stage area in Malcolm X Plaza. During the proceedings of this event, the College Republicans publicly and very evidently walked over and trekked over a banner with Arabic script. That Arabic script represented the word "Allah", otherwise known as the name of God in Arabic. This fact was made evident to College Republican members who were on the stage area. Members of the San Francisco State University community, representing more than one religious faith, tried to make known, to College Republican members, of the disrespectful and offensive nature of such acts. They were met with taunts and folly arguments of free speech.

This student organization, The College Republicans, have completely debased and violated the following principles in which this university proclaims to be its standards. Why has a group of college students chosen to pursue such actions of incivility? I am at a loss for words and continue in my state of bewilderment as to why this route of intolerance and stupidity was chosen. Such actions do nothing but foment incivility and discourage critical analysis.

This student organization, The College Republicans, also has contributed to the creation of a hostile environment for students here at San Francisco State University with their show of outright disrespect and religious intolerance. The actions of this student organization have contributed to the creation of an environment where violence and hostility were facilitated rather then the promotion of an academic arena where thoughtful and positive dialogue could grow. These actions have also done nothing but incite violence and hostility toward a group of students here at San Francisco State University. In the October 19, 2006 edition of the *Golden Gate Express* Leigh Wolf, press informations officer for the College Republicans, was quoted as saying the following words, *"I definitely expected people to be upset."* I find this to be only clearly evident of premeditating efforts to incite violence and create an environment of hostility and hate.

I will close with the following words, which were stated by the current President of San Francisco State University, Robert A. Corrigan, in an open letter to the community dated October 11, 2001.

*"...free speech, is complimented by another of our highest values: respect for the views, feelings, and human dignity of others."*

Thank you for the time and attention to this letter of complaint and I hope this matter will be promptly dealt with in a judicious manner where justice will be served and wrongs made right.

P.S. I have also included sections from the SFSU Catalog in regards to Student Conduct and the way in which to conduct themselves here at San Francisco State University.

Thank you,

Brian Gallagher, SFSU Student

*[signature: Brian Gallagher]*

## STUDENT CONDUCT

§ 41301. Standards for Student Conduct

The university is committed to maintaining a safe and healthy living and learning environment for students, faculty, and staff. Each member of the campus community must choose behaviors that contribute toward this end. Student behavior that is not consistent with the Student Conduct Code is addressed through an educational process that is designed to promote safety and good citizenship and, when necessary, impose appropriate consequences.

a. Student Responsibilities: Students are expected to be good citizens and to engage in responsible behaviors that reflect well upon their university, to be civil to one another and to others in the campus community, and contribute positively to student and university life