Brian, 11/2/06 6:18 PM -0800, Fwd: letter of complaint                                    1

```
Date: Thu, 2 Nov 2006 18:18:35 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Fwd: letter of complaint
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AgAAALg0SkVEjscph2dsb2JhbACCcogbgTwBAQkOKg
X-SFSU-VirusScanner: Found to be clean

ASI Officers,

    My name is Brian Gallagher.  I have been collecting letters of complaint, eyewitness accounts and
public outcry over actions taken by the College Republicans on October 17, 2006.   I submit it for
your consideration.

    Thank you for the time and attention,

Brian Gallagher, SFSU Student
```

*Ruben Uribe <ruribe2006@yahoo.com> wrote:*

> Date: Sun, 29 Oct 2006 22:53:15 -0800 (PST)
> From: Ruben Uribe <ruribe2006@yahoo.com>
> Subject: letter of complaint
> To: usmonroedoctrine@sbcglobal.net
>
> Here you go Brian, hope this will help. if you need anymore of my info, just contact me.
> ---
> Cheap Talk? Check out Yahoo! Messenger's low PC-to-Phone call rates.

```
Content-Type: application/msword; name="To whom it may concern.doc"
Content-Disposition: attachment; filename="To whom it may concern.doc"
```

Printed for Joey Greenwell <joey@sfsu.edu>                                                 1

Brian, 11/2/06 6:18 PM -0800, Fwd: letter of complaint                                                             2

Content-Description: pat670127175

📄 To whom it may concern.doc

To whom it may concern

About a week and a half ago, the republicans at SFSU made a rally on the war on terror and support of the war, this was not an issue, but the fact is they had two flags. One of the flags had the word of Allah. They were stepping on the flags and making a mockery of students who approach them and tried to change the meaning of what was written on the flags by stomping on them while talking to the students. They weren't just attacking the terrorist but all of the Christianity religion and I personally felt offended and angry. They didn't organize the rally correct because no research was done to prevent this. As in the X press article, Wolf said he knew students would get angry. But preventing violence doesn't make the university safe for those who were there. I ask of you to approach this group and prevent this from happing again.

Sincerely, SFSU student

Ruben Uribe

Brian, 11/2/06 6:22 PM -0800, Fwd: Conflict letter yesterdays rally (Complaint #2)                               1

```
Date: Thu, 2 Nov 2006 18:22:43 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Fwd: Conflict letter yesterdays rally (Complaint #2)
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: Ao8CALg0SkVEjsd3h2dsb2JhbACCOjiIG4E8AQEJDio
X-SFSU-VirusScanner: Found to be clean
```

ASI Officers,

   My name is Brian Gallagher.   I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006.   I submit it for your consideration.

   Thank you for the time and attention,

Brian Gallagher, SFSU Student


ahmad rahimi <frahimi68@yahoo.com> wrote:

    Date: Wed, 18 Oct 2006 15:26:51 -0700 (PDT)
    From: ahmad rahimi <frahimi68@yahoo.com>
    Subject: Conflict letter yesterdays rally
    To: usmonroedoctrine@sbcglobal.net
    CC: alnajjar@sfsu.edu

    Hi Brian Gallagher here is the letter that you asked
    me to write. Sorry i did not have that much time to
    write and i would really like a response from Maire
    Fowler. Thank You and feel free to contact me
    regarding this issue.

Brian, 11/2/06 6:22 PM -0800, Fwd: Conflict letter yesterdays rally (Complaint #2)    2

Farhad Rahimi

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Content-Type: application/msword; name="Conflict.doc"
Content-Disposition: attachment; filename="Conflict.doc"
Content-Description: pat2075622992

Conflict.doc

10/18/2006

ASI President
Maire Fowler

Dear Maire Fowler,

My name is Farhad Rahimi and I am a student at SFSU. I am writing this letter in response to the rally yesterday 10/17/06 by the College Republicans. I feel that this group was very racist toward Muslims. I was outraged and disturbed with there actions to the point where I felt to stop them, because no one else was including police.

I believe the group was having an Anti-Terrorism rally. I was walking by and stopped to listen to the program. It was a political rally and they were discussing current conflicts around the world. One of the speakers was stepping on some posters that were on the ground. I wanted to see what they were stepping on, so I went closer for a better view. I asked one of the people on stage what they were stepping on. He replied, "These are banners of Hamaz and Hezbollah, two Terrorist organizations." I was very upset to see on one of the banners Islamic writing. The poster had Allah written in Arabic very large in the middle.

I asked them very nicely to remove that poster and not to step on it because it has god's name written in Arabic. They refused to move and same it is a terrorist's group's poster. I felt outraged and angered by their refusal. I kept asking them to remove it and they refused. I was so angered that I told them I will stand there to make sure no one steps on god's and that I would stop anyone from stepping on it by any means necessary. At that time one of the speakers tried to step on it while I am trying to talk to them about the issue. It mad me very angry and as they saw my anger they stopped. The group saw that I will not allow them to disrespect my religion in anyway. One of the group members told me that they will keep this peaceful and remove the poster. I asked them to give me the poster and they did.

I am very upset with the school and ASI for giving groups like this the opportunity disrespect religions. This was a political rally the ASI should have monitored to make sure it stayed a political rally, and that any religious symbols or writings should not have been allowed to be used. It is sad to see that everyone in the administration and student union let this happen, and left it for a Muslim student who is not involved in any political parties or groups stop this hatred from continuing. I hope SFSU and ASI sees to make sure no religion is ever disrespected in this manner ever again. I hope to see change in racism and hatred

I have contacted a few news agencies regarding this matter. I have also emailed a copy of this letter to Brain Gallagher (GUPS) & (Skins) and Sharef Al-Najjar (MSA). I am looking forward to your response to this matter. You could feel free to contact by phone or email. Thank you for taking the time to read this letter.

Farhad Rahimi


Brian, 11/2/06 6:25 PM -0800, Fwd: It's your buddy Sean, hope it isn't to late (Complaint    1

```
Date: Thu, 2 Nov 2006 18:25:49 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Fwd: It's your buddy Sean, hope it isn't to late (Complaint #3)
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AgoXAIg3SkVEjsd8h2dsb2JhbACCOTlyhymBPAEBCQ4q
X-SFSU-VirusScanner: Found to be clean

ASI Officers,

   My name is Brian Gallagher.  I have been collecting letters of complaint, eyewitness accounts and
public outcry over actions taken by the College Republicans on October 17, 2006.  I submit it for
your consideration.

   Thank you for the time and attention,

Brian Gallagher, SFSU Student


Sean Ajayi <raidersean80@hotmail.com> wrote:

    From: "Sean Ajayi" <raidersean80@hotmail.com>
    To: usmonroedoctrine@sbcglobal.net
    Subject: It's your buddy Sean, hope it isn't to late
    Date: Tue, 17 Oct 2006 23:24:29 -0700

    I was there today when you guys were talking about fighting terrorism! As I
    told you before, the reason why a lot of people dislike you guys and attack
    you is the way you present yourselves. You guys appear very volatile and
    speak on issues that you can't relate to. Instead of taking the stage with
    a humble manner telling us how as Republicans you have bettered the
    community surrounding you and illustrating how this explains your "moral
    values". When you have walked in the shoes as an African & Palestinian,
```

then you can relate and defend your views about terrorism and such sensitive matters. I strongly believe that this was a pathos-staged event to throw rhetoric so your organization can acquire more members, probably more money too. The school newspaper was just want you wanted because people will read the gator express and will be left with an impression whether negative or positive. I was truly offended when you attempted to defend the book in the library display, "It's Okay to Leave the Plantation: The New Underground Railroad." I found it highly offensive and very immature, definitely classless and in poor taste. It was ridiculous to hear you guys play some phony rap music that you probably didn't understand just so people would think it was cool to be a Republican. You guys need help! I think one of your fellow Republican leaders said it best when he told me that he didn't like the way your organization is going and that a lot of changes needed to be made. He also admitted to be ashamed by things you guys did at times. I believe in freedom of speech, however I don't believe in freedom of stupidity!

From,
A Concerned Student, Sean

---

Stay in touch with old friends and meet new ones with Windows Live Spaces
http://clk.atdmt.com/MSN/go/msnnkwsp0070000001msn/direct/01/?href=http://spaces.live.com/spacesapi.aspx?wx_action=create&wx_url=/friends.aspx&mkt=en-us

Brian, 11/2/06 6:27 PM -0800, Fwd: letter of complaint (Complaint #4)                                     1

```
Date: Thu, 2 Nov 2006 18:27:46 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Fwd: letter of complaint (Complaint #4)
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: Ao8CAIg3SkVEjsd4h2dsb2JhbACCOTmJVwEBCQ4q
X-SFSU-VirusScanner: Found to be clean
```

ASI Officers,

   My name is Brian Gallagher.   I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006.   I submit it for your consideration.

   Thank you for the time and attention,

Brian Gallagher, SFSU Student


*Elen Awalom <elenawalom@hotmail.com> wrote:*

    From: "Elen Awalom" <elenawalom@hotmail.com>
    To: usmonroedoctrine@sbcglobal.net
    Subject: letter of complaint
    Date: Tue, 17 Oct 2006 20:26:36 -0700

    To Whom it May Concern:

    This afternoon several hundred SF State students and I had the displeasure
    of hearing the racist, hateful words of members of the campus College
    Republicans. They engaged in red-baiting, calling peaceful students (with
    signs proclaiming that the roots of organizations like Al-Qaeda and
    Hezbollah is Western imperialism and aggression) communists. They called me

and another African-American student "slaves" and people with "slave mentalities" when my fellow student proceeded to address the racist and disgusting book entitled "It's Okay to Leave the Plantation" currently displayed in the College Republican exhibit in the main library. It is not acceptable for racist hate speech to be broadcast and addressed towards individual members of the student body. Their [the College Republicans'] words and behavior today contribute to an overall feeling of fear and disrespect for various ethnic minority groups at SF State, namely Arab, African American and Latino students.

- Elen Awalom

---

All-in-one security and maintenance for your PC. Get a free 90-day trial! http://clk.atdmt.com/MSN/go/msnnkwlo0050000002msn/direct/01/?href=http://www.windowsonecare.com/?sc_cid=msn_hotmail

Brian, 11/2/06 6:38 PM -0800, Complaint Letter concerning Malcolm X Plaza events on 10/    1

```
Date: Thu, 2 Nov 2006 18:38:51 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Complaint Letter concerning Malcolm X Plaza events on 10/17/2006
To: Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>, Sophia Ramirez <sramirez@sfsu.edu>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: Ao8CAHw5SkVEjscph2dsb2JhbACCOzeJVwEBCQ4q
X-SFSU-VirusScanner: Found to be clean
```

Mister Greenwell,

My name is Brian Gallagher. I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006. I submit it for your consideration.

The submittal is the attached file.

Thank you for the time and attention,

Brian Gallagher, SFSU Student


```
Content-Type: application/msword; name="sharef___Republican_event.doc"
Content-Disposition: attachment; filename="sharef___Republican_event.doc"
Content-Description: 2252608743-sharef___Republican_event.doc
```

📄 sharef___Republican_event.doc


Printed for Joey Greenwell <joey@sfsu.edu>    1

October 17, 2006

Dear Maira Fowler,

    I, Sharef Al Najjar, am writing to you as a result of the event that the College Republicans put forth on, October 17, 2006, in Malcolm X Plaza. At the College Republicans event they placed both the Hezballah flag and the Hamas flag on the ground under the podiums, where they would be stepped on by members of the College Republicans. The issue with both flags being placed on the floor and stepped on is that both flags have the name Allah (God in Arabic) written on them. As a Muslim, seeing Gods name being written in Arabic or any other language placed on the floor, is offensive to not only Muslims, as well as to other Religions that believe in God as well. I approached the College Republicans regarding my concerns of how the word Allah being placed on the floor and stepped is very offensive to all Muslims. However, my concerns of the negative repercussions that may come from stepping on Gods name were dismissed, the flags stayed on the floor and was continued to be stepped on by College Republican members, while and after I had talked to them. It was not until numerous offended Muslims approached the stage and asked the College Republicans to remove the Hamas and Hezballah flags from the floor were God was being dishonored. Having the word Allah on the flags was offensive to Muslims as a whole, and also Muslims who don't even support what they are calling "terrorism." By allowing organizations to degrade and offend religions the way in which College Republican did, there may be negative repercussions that affect the College Republicans as well as San Francisco State University as a Muslim hating organization and administration.

    Thank you for your time,


Sharef Al Najjar
MSA member

Brian, 11/3/06 1:33 PM -0800, Complaint Letter in regard to October 17, 2006 (Complaint    1

```
Date: Fri, 3 Nov 2006 13:33:26 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Complaint Letter in regard to October 17, 2006 (Complaint Letter #5)
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AgAAAFVCS0VEjsd2h2dsb2JhbACCcolYAQEBCA4q
X-SFSU-VirusScanner: Found to be clean
```

ASI Officers,

My name is Brian Gallagher.  I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006.  I submit it for your consideration.

Thank you for the time and attention,

Brian Gallagher, SFSU Student


~~~    Letter of Complaint    ~~~


To Whom It May Concern,

Upon walking onto the campus quad, it was brought to my attention the hipocrasy that was taking place.  The group of college Republicans had shown tremendous disrespect by standing on a piece of paper with Allah's name on it.  What does religion have to do with Terrorism?  This outward show of disrespect is what is further oppressing the Muslim people.  Even as a Catholic Latin-American, I was very ashamed to see what had happened.  No religion should ever be talked down upon or as in this case stomped on.

Michael Diaz

Brian, 11/3/06 1:34 PM -0800, Complaint Letter in regard to October 17, 2006 ( Complaint      1

```
Date: Fri, 3 Nov 2006 13:34:12 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Complaint Letter in regard to October 17, 2006 ( Complaint Letter #6 )
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AgAAAKhES0VEjsconmdsb2JhbACCco1YAQEBAQcOKg
X-SFSU-VirusScanner: Found to be clean
```

ASI Officers,

   My name is Brian Gallagher.   I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006.   I submit it for your consideration.

   Thank you for the time and attention,

Brian Gallagher, SFSU Student


~~~   Letter of Complaint    ~~~

   To Whom It May Concern,

   Today, 10/17/2006, the College of Republicans had a demonstration of anti-terrorism.   During their speech they stepped on the flags of Hizbollah and Hamas.
   In the flags there is "Allah" written, and for them to step on the name of God, as a Muslim, I am offended and feel that my religion was disrespected.   Although the flags represent terrorism to the Republican group, to me, since Allah's name was present, and being stepped on, I feel very, very disrespected.   This is intolerable and goes against the morals and ethics here at S.F.S.U.

   Ali Algarmi
   current Senior at S.F.S.U.

Printed for Joey Greenwell/<joey@sfsu.edu>                                                    1

Brian, 11/6/06 12:20 AM -0800, Fwd: Re: A Concerned Student ( Complaint Letter # 7 )                            1

```
Date: Mon, 6 Nov 2006 00:20:05 -0800 (PST)
From: Brian <usmonroedoctrine@sbcglobal.net>
Subject: Fwd: Re: A Concerned Student ( Complaint Letter # 7 )
To: Zora Aziz <vpfinance@asisfsu.org>, Asella Blood <seniorrep@asisfsu.org>,
    Kimberly Castillo <pituca84@yahoo.com>,
    Faith Cushenberry <humanitiesrep@asisfsu.org>,
    Maire Fowler <porjusticiaylibertad@yahoo.com>,
    Saran Goodson <saranindigo@hotmail.com>, Isidro <ia@sfsu.edu>,
    Hector Jimenez <vpofexternalsf@yahoo.com>,
    Kim Mercado <repatlarge@asisfsu.org>,
    Kevin Mikami <businessrep@asisfsu.org>,
    Christopher Oropeza <creativeartsrep@asisfsu.org>,
    Ramsey <ramsey_qare@yahoo.com>, Zohra Saiyed <sciencerep@asisfsu.org>,
    Joicy Serrano <joicyserrano@yahoo.com>
Cc: Kevin Bowmen <avpofsa@sfsu.edu>, "Ms. Saffold" <psaffold@sfsu.edu>,
    Joey Greenwell <joey@sfsu.edu>, Rafa Martinez <azteca@sfsu.edu>,
    Alberto Olivares <beto@sfsu.edu>, Sophia Ramirez <sramirez@sfsu.edu>,
    Asian Student Union <asu@sfsu.edu>,
    Democracy Matters <dmatters@sfsu.edu>, GUPS <gups@sfsu.edu>,
    International Socialist Organization <iso@sfsu.edu>,
    La Raza <larazasf@sfsu.edu>, MeCha <mecha@sfsu.edu>,
    MSA <msa@sfsu.edu>, Pacific Islander Club <pic@sfsu.edu>,
    SAW <antiwar@sfsu.edu>, SKINS <skins@sfsu.edu>, Amrah <amrah@sfsu.edu>,
    Karen <night_after_sidewalk@yahoo.com>,
    Gerardo Lopez <lopezg@sfsu.edu>,
    paola mejia <paolamejia1982@yahoo.com>,
    Michael <kilgorehoffman@yahoo.com>, Michelle <rubyred517@yahoo.com>,
    Cindy Morales <cmorales@sfsu.edu>, Nadia <sweetrobin517@yahoo.com>,
    Princess <princessrb86@yahoo.com>,
    Victoria Ramirez <victoriar098@yahoo.com>,
    Ramon <musicoloco3@yahoo.com>, David Verdin <David.Verdin@gmail.com>,
    Jose Villalobos <cuco@sfsu.edu>, Vinia <viniaramos@yahoo.com>,
    Autumn Yuriko <ayuriko@sfsu.edu>, Zohra <zohra@sfsu.edu>
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: AgAAAKh9TkVEjsd5h2dsb2JhbACCOjiJWAEBAQgOKg
X-SFSU-VirusScanner: Found to be clean
```

ASI Officers,

   My name is Brian Gallagher.   I have been collecting letters of complaint, eyewitness accounts and public outcry over actions taken by the College Republicans on October 17, 2006.   I submit it for your consideration.

   Thank you for the time and attention,

Brian Gallagher, SFSU Student

*Zohra Aziz <z_aziz1@yahoo.com> wrote:*

>   Date: Sun, 5 Nov 2006 15:29:14 -0800 (PST)
>   From: Zohra Aziz <z_aziz1@yahoo.com>
>   Subject: Re: A Concerned Student
>   To: Brian <usmonroedoctrine@sbcglobal.net>
>
>   Hello Brian,
>
>   Attached you will find a letter of complaint regarding
>   the incident of Oct 17th. On behalf of everyone who
>   was impacted by this event I want to personally thank
>   you for taking the lead on this and thank you for all
>   of your concern and hard work.

**Printed for Joey Greenwell <joey@sfsu.edu>**                                                                1

CRSFSUvA_Compl_Ex_F_0070

```
Zora Aziz
VP of Finance
SFSU Associated Students Inc.
```

---

We have the perfect Group for you. Check out the handy changes to Yahoo! Groups
(http://groups.yahoo.com)

```
Content-Type: application/msword; name="complaint_2zoraaziz.doc"
Content-Disposition: attachment; filename="complaint_2zoraaziz.doc"
Content-Description: pat1223771477
```

📄 complaint_2zoraaziz.doc

Dear President Fowler,

This is a letter of complaint regarding the atrocious and defamatory event of the October 17 2006. I and hundreds and perhaps thousands of our fellow students were the unfortunate witnesses to the malicious and offensive actions of the college republicans. We as students of San Francisco state university were dismayed and disheartened to experience such a hatred and flagrant racism that was allowed by the university.

On October 17 2006 the College Republican had center stage at the Caesar Chavez and Malcolm X Plaza was demonstrating what they so called "Freedom of speech" Was down right insulting and offensive. Unfortunately I, amongst many students was faced with the College Republic stepping on a poster with the word "Allah" written in Arabic. It also appeared to me that without the full support and protection of university this event would not have taken place. Even though the rally was a direct attack on Muslims, I feel that by stepping on the words that mean God, the college republicans have bean offensive towards Christen, Catholics, Jews and anyone who practices a religion.

America prides itself for being a melting pot for different cultures, races and religious believes, where everyone is respected and treated equally, or are they? What we have witnessed was the horrific action of this group to be malicious and absolutely un-American, and utterly against what America really stands for.

"Freedom of speech" carries with it duties and responsibilities. There is a line between "freedom of speech" and "freedom to abuse and defame". We as a leading educational institution have the moral obligation to preserve and carry on the true values that the founding fathers of this great country set forth. In no way one in a free and democratic society should be allowed and encouraged to defame or stigmatize others with impunity.

President Corrigan have personally stated that racism will not be tolerated in the university, with that said how and why could a group of students celebrating their culture could be called bigot and another group celebrating racism be allowed to take center stage and call all Muslims terrorists and be excused "as freedom of speech".

I as one of American Muslim student am appalled to have to experienced this in this day and age, I challenge Mr. Corrigan and the university to condemn in the strongest terms this heinous act ignorant aggression against all Muslims by the Republican group and to prevent it from ever happening in our school.

I am fully aware of the process and procedure of how student organizations plan and carry out their events. And I am deeply concerned with the OSPLD and their lack of concern toward this event that took place. I also witnessed many members of the OSPLD who had attended the event and did nothing to stop the practices of racism and baseless discrimination even though many students were expressing their dissatisfaction with what was being announced on stage.

As a student leader, and member of the board of directors for the Associated Students I have encounter many concerned and disheartened students regarding this matter and I strongly urge the board to take serious actions against the College Republican or any other student organization that promotes racism and baseless prejudice and to prevent future practices of deliberate "bigotry" and "ignorance" on this campus.

Zora Aziz
VP of finance
ASI SFSU

CRSFSUvA_Compl_Ex_F_0073

**John Bergman, 11/13/06 9:40 AM -0800, Flag issue** 1

```
Date: Mon, 13 Nov 2006 09:40:36 -0800
From: "John Bergman" <jmasuo@gmail.com>
To: joey@sfsu.edu
Subject: Flag issue
X-IronPort-Anti-Spam-Filtered: true
X-IronPort-Anti-Spam-Result: Ao8CAB9AWEVA6aa0h2dsb2JhbACMSgIJDio
X-SFSU-VirusScanner: Found to be clean
```

Joey,
I would like to speak to you about the flag stomping and other issues concerning the College Republicans. As you know I brought up the issue of their violent behavior when you were first hired and you said that was the past. Well as you can see the past continues and nothing was done to curb their behavior. Now they want to hide behind Free Speech. Free Speech is limited because of the Supreme Court. They ruled that you cannot sexually harass or create a hostel work environment for your co-workers. You cannot threaten someone with violence, this is criminal assault. You cannot use language to insight a riot. And " YOU CANNOT YELL FIRE IN A CROWDED THEATER." What the College Republicans did was equivalent to yelling fire in a crowded theater and this is my justification to my claim.
In the court of law you must have an understanding of your action, the ability to carry it out, and an intent of your action.

1. The organization has the ability to carry out their action because they have the right to reserve Malcom X plaza.
2. The organization had a full understanding of their action. The organization knew that the stomping of flags could cause violence and they were afraid for their own safety. Having a full appreciation that they could be attacked by a group of angry Muslims, they had the University Police escort them to Malcom X Plaza to protect them.
3. The organization showed the intent of the action by the level of planning that went into their event. They reserved the plaza. They thought of the danger. They hand painted flags with the word Allah painted in english. They brought the police with them for protection. They carried out the planned action. And their leader told the campus newspaper they knew what kind of recaction they could receive.

The fine line between Free Speech and Hate Speech are clear. It is about having a full understanding that your actions can cause violence and you took action to protect yourself form that violence. The true issue here goes beyond free speech. It goes to the safety of the other 30,000 students that attent this university.

Last month the University President denied the painting of a mural because of its content. He cited that the mural contained a key of freedom and that this key would insight a riot. If the university is using the reason of student safety as the fine line that divides Free Speech, then the College Republicans have crossed this line by a mile.

Remember that the U.S Supreme Court ruled in Brown vs the Board of Education, that separate but equal is not equal. Also that Free Speech has several limits, the most important being that "you cannot yell fire in a crowded theater in a convincing way."

No matter what happens with the issue of Free Speech, this issue will end up in court. If no action is taken against the College Republicans, then the issue of the mural is unjust and the backer of the mural can take the issue to court to exercise their Free Speech Rights. If an action it taken against the College Republicans, then the issue of Free Speech will be challenged by the Republicans and the mural backers have the right to join the lawsuit to preserve their

CRSFSUvA_Compl_Ex_F_0074

**John Bergman, 11/13/06 9:40 AM -0800, Flag issue**                                2

right to Free Speech.

I am in favor for the latter for the sole reason that this issue will show the American people that you cannot stereotype Muslims as violent radicals. This University must be extremely proud of the fact that while the Republicans wanted the Muslims student to riot, they chose to open a dialogue and speak to the issue of racism and hatred. The Muslims are Americans and as American they want to be treated with the same respect as every other American.

Thank you
John Bergman