Dear Mr Clark,

I am writing to you as President of the College Republicans to follow-up with you regarding the letter of complaint that was received by the Office of Student Programs and Leadership Development on Thursday, October 26, 2006, notifying the office of alleged violations of University policy.  The complaint is in regards to alleged actions at a College Republican sponsored event, "Anti Terrorism Rally," that occurred in Malcolm X Plaza from 12-2 PM on October 17, 2006.  The complaint describes alleged actions of walking on a banner with the word "Allah" written in Arabic script.

I am writing to inform you that the Office of Student Programs and Leadership Development has concluded its investigation into the events that occurred on October, 17, 2006 in Malcolm X Plaza.  The investigation was put in place to review the following alleged violations of University Policy as were addressed in the written complaint:

1. Allegations of attempts to incite violence and create a hostile environment 2. Allegations of actions of incivility (Standards for Student Conduct Title V, 41301)

Resources presented by interviewees during interview process for review include:
1. Standards for Student Conduct Title V, 41301 2. CUSP II Strategic Plan 3. California penal code

The Investigative report has been forwarded to the Student Organization Hearing Panel for review.  The chair of SOHP, D.J.
Morales, is your contact person should you have specific questions regarding this review.  Her email is dmorales@sfsu.edu.  (I have cc her on this message).  She will also be in contact with you regarding any questions and specifics regarding the review. You may continue to contact me regarding any general questions regarding the SOHP process.  You can find the process online at
http://www.sfsu.edu/~ospld/conduct/hearing_panel.htm.  For a copy of the Code of Conduct, please see http://www.sfsu.edu/~ospld/conduct/policies.htm. I have also attached a word copy of these documents, to this email for your convenience.
To review CUSP II, please see
http://academic.sfsu.edu/apee/planning/plan05-10.php.

Please keep in mind Carl that you as a student organization have the right to have a representative at any stage of possible disciplinary proceedings.  However, attorneys are not permitted as representatives in this process.

Sincerely,
Joey Greenwell

--
Joey D. Greenwell, Director

CRSFSUvA_Compl_Ex_H_0078

Office of Student Programs and Leadership Development Student Services Building, Suite 105 San Francisco State University 1600 Holloway Ave San Francisco, CA 94132

415-338-3885 (Direct)
415-338-3888 (Assistant)
415-338-2172 (Fax)
http://www.sfsu.edu/~ospld

Empowering students to succeed as academic scholars, community leaders and conscientious citizens at SFSU and beyond.

CRSFSUvA_Compl_Ex_H_0079