BENJAMIN W. BULL (AZ Bar No. 009940)
TRAVIS C. BARHAM* (AZ Bar No. 024867)
Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028—facsimile
bbull@telladf.org
tbarham@telladf.org

DAVID A. FRENCH* (TN Bar No. 16692; KY Bar No. 86986)
Alliance Defense Fund
7141 Old Zion Road
Columbia, Tennessee 38401
(931) 490-0591
(931) 490-7989—facsimile
dfrench@telladf.org

DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 932-2850
(916) 932-2851—facsimile
dhacker@telladf.org

* *Pro hac vice* applications pending

Attorneys for Plaintiffs College Republicans at San Francisco State University, Leigh Wolf and Trent Downes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, an unincorporated student organization; **LEIGH WOLF**, an individual; **TRENT DOWNES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERTA ACHTENBERG, JEFFREY L. BLEICH, HERBERT L. CARTER, CAROL R. CHANDLER, DEBRA S.** | Case No. _____<br><br>**CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

FARAR, KENNETH FONG, GEORGE GOWGANI, MELINDA GUZMAN, WILLIAM HAUCK, RAYMOND HOLDSWORTH, JR., RICARDO F. ICAZA, ANDREW LaFLAMME, A. ROBERT LINSCHEID, PETER G. MEHAS, LOU MONVILLE, JENNIFER REIMER, CRAIG R. SMITH, GLEN O. TONEY, and KYRIAKOS TSAKOPOULOS, in their official capacities as members of the Board of Trustees of the California State University; ARNOLD SCHWARZENEGGER, Governor of California, JOHN GARAMENDI, Lieutenant Governor of California, FABIAN NUNEZ, Speaker of the California State Assembly, and JACK O'CONNELL, California State Superintendent of Public Education, all in their official capacities as ex-officio members of the Board of Trustees of the California State University; CHARLES B. REED, individually and in his official capacity as Chancellor and ex-officio member of the Board of Trustees of the California State University; ROBERT A. CORRIGAN, in his official capacity as President of San Francisco State University; J. E. SAFFOLD, individually and in her official capacity as Vice President for Student Affairs at San Francisco State University; JOEY GREENWELL, individually and in his official capacity as Director of the Office of Student Programs and Leadership Development at San Francisco State University,

Defendants.

Plaintiffs College Republicans at San Francisco State University, Leigh Wolf, and Trent Downes, by and through counsel, and in compliance with Civil L.R. 3-16, hereby state as follows:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - 2

Respectfully submitted this 9th day of July, 2007,

*[signature]*

| | |
|---|---|
| DAVID J. HACKER<br>CA Bar No. 249272<br>IL Bar No. 6283022<br>Alliance Defense Fund<br>101 Parkshore Drive, Suite 100<br>Folsom, California 95630<br>(916) 932-2850<br>(916) 932-2851—facsimile<br>dhacker@telladf.org<br><br>DAVID A. FRENCH*<br>TN Bar No. 16692<br>KY Bar No. 86986<br>Alliance Defense Fund<br>7141 Old Zion Road<br>Columbia, Tennessee 38401<br>(931) 490-0591<br>(931) 490-7989—facsimile<br>dfrench@telladf.org | BENJAMIN W. BULL<br>AZ Bar No. 009940<br>TRAVIS C. BARHAM*<br>AZ Bar No. 024867<br>Alliance Defense Fund<br>15333 N. Pima Road, Suite 165<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028—facsimile<br>bbull@telladf.org<br>tbarham@telladf.org<br><br>Attorneys for Plaintiffs<br><br>*Pro hac vice* applications pending |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS - 3