RECEIVED

07 JUL 11 PM 4:11

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY, et al.

Plaintiff(s),

v.

ROBERTA ACHTENBERG, et al.

Defendant(s).

CASE NO. C07-3542 WDB

(Proposed) WDB
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Travis C. Barham, an active member in good standing of the bar of Arizona whose business address and telephone number (particular court to which applicant is admitted) is

15333 N. Pima Rd., Suite 165, Scottsdale, AZ 85260
(480) 444-0020

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7-13-07

/s/ Wayne D. Brazil
United States Magistrate Judge