**The California State University**
OFFICE OF THE CHANCELLOR

Office of General Counsel
401 Golden Shore, 4th Floor
Long Beach, CA 90802-4210
www.calstate.edu

Deanna L. Thompson
Legal Secretary
Phone (562) 951-4495
Fax (562) 951-4956
dthompson@calstate.edu

August 23, 2007

**Via Electronic Filing**

Clerk of the Court
United States District Court
Northern District
1301 Clay Street, Suite 400S
Oakland, CA  94612-5212

Re: College Republicans at SFSU, et al. v. Roberta Achtenberg, et al.
USDC Northern District Court Case No.: C 07-3542 (WDB)
OGC File No. 07-0909

Dear Court Clerk:

Attached please find the defendant's **Consent To Proceed Before A United States Magistrate Judge** which has been prepared by this office in connection with the above-referenced matter. Please file the original document and return a conformed copy of the face sheets of each document filed to this office via email. The email address for conformed face sheets is dthompson@calstate.edu. A courtesy copy will be sent via overnight mail to "Judge's Chambers"

Sincerely,

Deanna L. Thompson
Legal Secretary

Enclosures

*The California State University is the State of California acting in a higher education capacity. As such, we are exempt from fees pursuant to Government Code § 6103.*

**CSU CAMPUSES**
| | | | |
|---|---|---|---|
| Bakersfield | Fresno | Monterey Bay | San Francisco |
| Channel Islands | Fullerton | Northridge | San José |
| Chico | Humboldt | Pomona | San Luis Obispo |
| Dominguez Hills | Long Beach | Sacramento | San Marcos |
| East Bay | Los Angeles | San Bernardino | Sonoma |
| | Maritime | San Diego | Stanislaus |

```
1   CALIFORNIA STATE UNIVERSITY
    OFFICE OF GENERAL COUNSEL
2   CHRISTINE HELWICK (SBN 057274)
    ANDREA M. GUNN (SBN 212259)
3   401 Golden Shore, Fourth Floor
    Long Beach, CA  90802-4210
4   Telephone:  (562) 951-4500
    Facsimile:   (562) 951-4956 or 4959
5   agunn@calstate.edu

6   Attorneys for Defendants ROBERTA ACHTENBERG, JEFFREY L. BLEICH, HERBERT L.
    CARTER, CAROL R. CHANDLER, DEBRA S. FARAR, KENNETH FONG, GEORGE GOWGANI,
7   MELINDA GUZMAN, WILLIAM HAUCK, RAYMOND HOLDSWORTH, JR., RICARDO F.
    ICAZA, ANDREW LAFLAMME, A. ROBERT LINSCHEID, PETER G. MEHAS, LOU MONVILLE,
8   JENNIFER REIMER, CRAIG R. SMITH, GLEN O. TONEY, KYRIAKOS TSAKOPOULOS,
    ARNOLD SCHWARZENEGGER, JOHN GARAMENDI, FABIAN NUNEZ, JACK O'CONNELL,
9   CHARLES B. REED, ROBERT A. CORRIGAN, J.E. SAFFOLD,
    and JOEY GREENWELL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTA ACHTENBERG, et al.,<br><br>Defendants. | CASE NO.:  C 07 3542 WDB<br><br>CTRM:       4<br>JUDGE:      Honorable Wayne D. Brazil<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Date of Filing:   July 9, 2007<br>Trial Date:        None |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

/ / /

/ / /

/ / /

1

DEFENDANTS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE -- C-07-3542 (WDB)

| | |
|---|---|
| | CALIFORNIA STATE UNIVERSITY<br>OFFICE OF GENERAL COUNSEL |
| DATED: August 22, 2007 | *[signature]*<br>Andrea M. Gunn<br>Attorney for Defendants<br>ROBERTA ACHTENBERG, JEFFREY L. BLEICH, HERBERT L. CARTER, CAROL R. CHANDLER, DEBRA S. FARAR, KENNETH FONG, GEORGE GOWGANI, MELINDA GUZMAN, WILLIAM HAUCK, RAYMOND HOLDSWORTH, JR., RICARDO F. ICAZA, ANDREW LAFLAMME, A. ROBERT LINSCHEID, PETER G. MEHAS, LOU MONVILLE, JENNIFER REIMER, CRAIG R. SMITH, GLEN O. TONEY, KYRIAKOS TSAKOPOULOS, ARNOLD SCHWARZENEGGER, JOHN GARAMENDI, FABIAN NUNEZ, JACK O'CONNELL, CHARLES B. REED, ROBERT A. CORRIGAN, J.E. SAFFOLD, and JOEY GREENWELL |

**DEFENDANTS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE – C-07-3542 (WDB)**

**PROOF OF SERVICE**
<u>**College Republicans at SFSU, et al. v. Roberta Achtenberg, et al.**</u>
**USDC Northern District Case No.: C 07-3542 (WDB)**
**OGC File No. 07-0909**

I, **Deanna L. Thompson**, declare as follows:

I am employed in the County of Los Angeles, State of California. I am at least 18 years old, and not a party to this action. I am an employee of or agent for California State University, Office of General Counsel, whose business address is 401 Golden Shore, 4th Floor, Long Beach, CA 90802-4210.

On **August 23, 2007**, I served the document described as **DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☐ ***BY MAIL—COLLECTION BOX:*** I placed each document in a sealed envelope with postage fully prepaid, in the California State University Office of General Counsel's mail collection box in Long Beach, California, so that following ordinary business practices, the envelope would be collected and mailed on this date. I am readily familiar with this office's business practice for collection and processing of mail. In the ordinary course of business, each document would be deposited with the United States Postal Service on that same day.

☐ ***BY MAIL—PERSONAL DEPOSIT:*** I placed each document in a sealed envelope with postage fully prepaid and then deposited the envelope in a mail box regularly maintained by the United States Postal Service in Long Beach, California.

☒ ***BY ELECTRONIC SERVICE:*** I delivered each document via electronic service to the following electronic mail address attached.

☐ ***BY OVERNIGHT DELIVERY:*** I placed each document in a sealed envelope with delivery fees fully prepaid, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with this office's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of California State University Office of General Counsel's business practice the envelope will be deposited in a box or other facility regularly maintained by Federal Express or delivered to a courier authorized by Federal Express to receive documents on the same date it is placed at California State University Office of General Counsel for collection.

☐ ***BY FACSIMILE:*** By use of facsimile machine number (562) 951-4956 [4959], on **2007**, at Long Beach, California, I served each document on the parties by transmitting each document to each facsimile numbers above, which are the facsimile machine telephone numbers last given by those parties. Each transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy is attached, and shows the actual time of transmission.

Signed on **August 23, 2007**, at Long Beach, California. I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

*/s/ Deanna L. Thompson*
**DEANNA L. THOMPSON**

**PROOF OF SERVICE**

**PROOF OF SERVICE**
<u>College Republicans at SFSU, et al. v. Roberta Achtenberg, et al.</u>
USDC Northern District Case No.:  C 07-3542 (WDB)
OGC File No. 07-0909

**SERVICE LIST**

Benjamin W. Bull
Travis C. Barham
ALLIANCE DEFENSE FUND
15333 N. Pima Road, Suite 165
Scottsdale, Arizona  85260
480-444-0020
480-444-0028  Facsimile
bbull@telladf.org
tbarham@telladf.org

David A. French
ALLIANCE DEFENSE FUND
7141 Old Zion Road
Columbia, Tennessee  38401
931-490-0591
931-490-7989  Facsimile
dfrench@telladf.org

David J. Hacker
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California  95630
916-932-2850
916-932-2851  Facsimile
dhacker@telladf.org

PROOF OF SERVICE