BENJAMIN W. BULL (AZ Bar No. 009940)
TRAVIS C. BARHAM* (AZ Bar No. 024867)
Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028—facsimile
bbull@telladf.org
tbarham@telladf.org

DAVID A. FRENCH* (TN Bar No. 16692; KY Bar No. 86986)
Alliance Defense Fund
12 Public Square
Columbia, Tennessee 38401
(931) 490-0591
(931) 490-7989—facsimile
dfrench@telladf.org

DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 932-2850
(916) 932-2851—facsimile
dhacker@telladf.org

Attorneys for Plaintiffs College Republicans at San Francisco State University, Leigh Wolf and Trent Downes
* *Pro hac vice* admission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERTA ACHTENBERG**, et al.,<br><br>Defendants. | Case No. C-07-3542-WDB<br><br>**Hon. Wayne D. Brazil**<br><br>**STIPULATION AND PROPOSED ORDER RE: FILING FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

STIPULATION AND PROPOSED ORDER; C-07-3542-WDB    - 1

**RECITALS**

A.  On July 9, 2007, Plaintiffs College Republicans at San Francisco State University, Leigh Wolf and Trent Downes filed this action against twenty-seven defendants, including each individual trustee of the Board of Trustees of the California State University System ("CSU"), the Governor of the State of California, the Lieutenant Governor of the State of California, the Speaker of the California State Assembly, the California State Superintendent of Public Education, the CSU Chancellor, the President of San Francisco State University ("SFSU"), as well as two individual employees of SFSU.

B.  The parties subsequently agreed to minimize the time and expense of litigation, based upon defendants' representation through counsel that all relevant SFSU officials and CSU trustees will be bound by any orders issued by this court.

**STIPULATION**

It is hereby stipulated by Plaintiffs and Defendants as follows:

1.  No later than August 31, 2007, Plaintiffs will file a first amended complaint against the following defendants only: **Charles B. Reed**, individually and in his official capacity as Chancellor of the California State University; **Robert A. Corrigan**, individually and in his official capacity as President of San Francisco State University; **J. E. Saffold**, individually and in her official capacity as Vice President for Student Affairs at San Francisco State University; and **Joey Greenwell**, individually and in his official capacity as Director of the Office of Student Programs and Leadership Development at San Francisco State University. The filing of the first amended complaint will, by operation of law, serve to dismiss the remaining defendants without prejudice.

2.  California State University's Office of General Counsel is authorized to and will accept service of process on behalf of these four defendants to be named in the first amended complaint.

3.  By September 12, 2007, the four defendants named in the first amended complaint will file and serve their responsive pleadings to the first amended complaint.

4.  Any orders for injunctive, declaratory, or monetary relief issued by this court against any of these four defendants shall be binding and applicable to the campus or campuses to which the order relates and, as applicable, to the Trustees of the California State University. Chancellor Reed

STIPULATION AND PROPOSED ORDER; C-07-3542-WDB   - 2

and President Corrigan will take all necessary and appropriate steps to implement any such orders of this court. Chancellor Reed and President Corrigan represent that they have the authority to implement any order issued by this court at CSU and SFSU.

    5.    Should discovery reveal that the trustees were personally and directly involved in the facts that gave rise to Plaintiffs' claims in this case, Plaintiffs may amend their complaint as necessary.

    IT IS SO STIPULATED.

|  |  |
|---|---|
|  | ALLIANCE DEFENSE FUND |
| Dated: August 23, 2007 | /s/David J. Hacker<br>David J. Hacker (SBN 249272)<br>Attorneys for Plaintiffs College Republicans at San Francisco State University, Leigh Wolf and Trent Downes |
|  | CALIFORNIA STATE UNIVERSITY<br>OFFICE OF GENERAL COUNSEL |
| Dated: August 23, 2007 | /s/Andrea M. Gunn<br>Andrea M. Gunn (SBN 212259)<br>Attorneys for Defendants Charles B. Reed, Robert A. Corrigan, J. E. Saffold, and Joey Greenwell |

## **ORDER**

Good cause appearing therefor:

    1.    Pursuant to their right to amend under Fed. R. Civ. P. 15(a), Plaintiffs shall file and serve their first amended complaint by August 31, 2007, consistent with the terms of the foregoing Stipulation.

    2.    Defendants shall file and serve their responsive pleadings by September 12, 2007.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2007

                                                        **HON. WAYNE D. BRAZIL**
                                                        **UNITED STATES MAGISTRATE JUDGE**

# **CERTIFICATE OF SERVICE**

I hereby certify pursuant to 28 U.S.C. § 1746 that on August 23, 2007, I electronically filed the parties Stipulation re: Filing First Amended Complaint and Responsive Pleadings with the Clerk of Court using the ECF system, which automatically sends an electronic notification to the following attorneys of record:

> Christine Helwick, Esq.
> Andrea M. Gunn, Esq.
> California State University
> Office of General Counsel
> 401 Golden Shore, Fourth Floor
> Long Beach, California 90802-4210
> (562) 951-4500
> (562) 951-4956 or 4959—facsimile
> agunn@calstate.edu
>
> Attorney for Defendants

This the 23rd day of August, 2007.

/s/David J. Hacker
DAVID J. HACKER
Attorney for Plaintiffs