# cspld student organization handbook

Student Affairs

SF State

CRSFSUvR_First_Am_Compl_Ex_A_0001

# contents



**Meet OSPLD**
- Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- Contact Us . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
- We Are Your Resource . . . . . . . . . . . . . . . . . . . . . . 3

**Get Involved!: Student Organizations at SF State**
- Join a Student Organization . . . . . . . . . . . . . . . . . . . 4
- Start a New Student Organization . . . . . . . . . . . . . . . . 4
- Registration and Benefits . . . . . . . . . . . . . . . . . . . . 5
- Changes to Organizations . . . . . . . . . . . . . . . . . . . . 5
- Guidelines for All Student Organizations . . . . . . . . . . . . 6
- Faculty/Staff Advisors . . . . . . . . . . . . . . . . . . . . . 8

**Conduct**
- **Policies** . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  - Standards for Student Conduct . . . . . . . . . . . . . . . . . 9
  - Non-Discrimination . . . . . . . . . . . . . . . . . . . . . . 9
  - Hazing . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  - Alcohol and Illegal Drugs . . . . . . . . . . . . . . . . . . 11
  - Campus Time, Place and Manner . . . . . . . . . . . . . . . . 12
- **Student Group Misconduct** . . . . . . . . . . . . . . . . . . 12
  - Collective Responsibility . . . . . . . . . . . . . . . . . . 12
  - Student Organization Hearing Panel . . . . . . . . . . . . . . 12

**Planning Events**
- Event Policies . . . . . . . . . . . . . . . . . . . . . . . . 13
- Types of Events . . . . . . . . . . . . . . . . . . . . . . . 16
  - Rallies/Demonstrations and Counter Demonstrations . . . . 17
- Reserving Space . . . . . . . . . . . . . . . . . . . . . . . 17
  - Outdoor Venues . . . . . . . . . . . . . . . . . . . . . . . 17
  - Indoor Venues . . . . . . . . . . . . . . . . . . . . . . . 19
- Publicity . . . . . . . . . . . . . . . . . . . . . . . . . . 22
- Event Planning Checklist . . . . . . . . . . . . . . . . . . 27

**Making Money: Fundraising**
- Fundraising Policies . . . . . . . . . . . . . . . . . . . . . 29
- Funding Sources . . . . . . . . . . . . . . . . . . . . . . . 29
- Banking . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**OSPLD University Partners** . . . . . . . . . . . . . . . . . 32

**Notes** . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Additional Event Planning Checklist** . . . . . . . . . . . 35

CRSFSUvR_First_Am_Compl_Ex_A_0002

# Meet OSPLD

*The staff of the Office of Student Programs and Leadership Development (OSPLD) welcomes you. Being a student leader is an incredible developmental experience and with it comes numerous responsibilities. This handbook, as well as OSPLD staff and resources, are available to support student leaders in achieving success with their student organization at San Francisco State University.*

### purpose
The Office of Student Programs and Leadership Development (OSPLD) is one of several departments within the Division of Student Affairs at San Francisco State University. Serving as the center of student organization activity, OSPLD registers all recognized SF State student organizations. OSPLD trains student leaders and advises students regarding event planning, University policy, fundraising, recruitment, and retention of members. Through collaboration with various faculty, staff and administrators, OSPLD strives to empower students to achieve academic and co-curricular success. OSPLD services facilitate experiential learning, civil discourse and commitment to social justice and equity, to develop strong leaders and conscientious citizens within SF State's diverse and global community.

### mission
OSPLD's mission is "empowering all students to succeed as academic scholars, community leaders and conscientious citizens at SF State and beyond."

## contact us:


**Joey Greenwell,**
**Director**
joey@sfsu.edu

(415) 338-3885

- Oversees Student Organizations and Greek Life Program
- Leadership Development
- Publications
- OSPLD Website
- Advises Greek, Political and Arts Organizations


**Ismael deGuzman,**
**Asst. to the Director**
ismael@sfsu.edu

(415) 338-3888

- Manages organization registration process and provides general information and policies


**Rafael Martinez**
**Advisor**
azteca@sfsu.edu

(415) 338-2034

- Coordinates: major events and outdoor events
- Advises cultural, academic and pre-professional organizations


**Alberto Olivares**
**Advisor**
beto@sfsu.edu

(415) 338-3887

- Coordinates: fundraising, Student Activities Fair and information tabling
- Advises religious, service and philosophical organizations


**Sophia Ramirez**
**Advisor**
sramirez@sfsu.edu

(415) 338-2174

- Coordinates: OSPLD workshops, publications and OSPLD Leadership Awards process and reception
- Advises social, media/publications and wellness organizations



# we are your resource

### Leadership Workshops/Trainings
OSPLD provides a variety of leadership training and informational workshops for student leaders. Workshops are provided annually, with numerous trainings occurring throughout the academic year. Workshops cover a variety of topics to best support student leaders. We recommend having several members attend and bring the information back to the organization. For a list of workshops/trainings, please visit http://www.sfsu.edu/~ospld

### Student Leader Orientations
The introductory leadership workshops educate new student leaders regarding resources, University policies and procedures, and connect groups with other departments to best assist them in their roles as student leaders. For a list of orientation dates, please visit http://www.sfsu.edu/~ospld.

### OSPLD Advisors
All student organizations have an OSPLD advisor by primary group category. Each professional staff member provides important information to student organizations through their expertise in the areas of event planning, leadership training and University policy. Student leaders are encouraged to stop by OSPLD to meet with your advisor, keeping her/him informed regarding upcoming programs and events so we can best support you in your planning.

### Drop-In Office Hours: Quick Questions/Quick Answers
Has something unexpected come up in your planning or student organization? Do you have a quick question? Every Thursday from 3-5 pm is Open Office Hours: Quick Questions/Quick Answers. This is a time all OSPLD staff have dedicated to be in the office and assist students on a drop-in basis.

### Web Resources
OSPLD is continually developing comprehensive web resources in an attempt to be available to students 24 hours a day, 7 days a week. The web includes student organization listings, online forms, funding resources, event planning checklist and much more. Please visit http://www.sfsu.edu/~ospld for information updates and student leader resources.

### Student Organization Handbook
This handbook is a guide for student leaders, providing detailed information regarding event planning, University policy and resources. The handbook is also available in PDF version online at http://www.sfsu.edu/~ospld.

### University Partners
OSPLD works in collaboration with various University departments to best support student organizations. For a list of OSPLD University Partners, please see page 32 or visit http://www.sfsu.edu/~ospld/html/resources/partner.htm.

## come visit us!



105 Student Services Building

(415) 338-2171
(415) 338-2172 fax

http://www.sfsu.edu/~ospld

**Hours:** M-F, 8 am – 5 pm
**Drop-In Office Hours:**
Thursdays, 3pm – 5 pm

## we can help you with:

**event planning**
- Event Registration and Approval
- Major Campus Events
- Rallies and Protests
- Political Activities
- High Profile Speakers

**fundraising**
- Funding Advice
- Student Organization Fundraising
- Benefit Fundraisers
- Vendor Fundraising Program
- Food Sales

**student leader resources**
- Leadership Training
- Online Student Group Directory
- Student Organization Registration
- OSPLD Advisors
- Student Leader Orientations
- Information and Training Workshops
- Student Activities Fair
- Student Activism
- Student Group Advocacy
- OSPLD University Partners

**space**
- Malcolm X Plaza Scheduling
- Main Lawn Area Scheduling
- Facilitate Classroom Scheduling
- Space Scheduling Advice