


4

# Get Involved! Student Organizations at SF State

*Student organizations are at the center of activity at San Francisco State University, providing events, educational programs and service to the campus and local community. The Office of Student Programs and Leadership Development welcomes students at SF State to get involved in student life on campus through the over 200 student organizations registered each academic year.*

### Join a Student Organization
SF State offers a wide variety of student organizations on campus. To find and participate in an existing organization, locate a current organization at http://www.sfsu.edu/~ospld/html/organization/org_list.htm and contact via email or visit the OSPLD (105 Student Services Building). If your specific interest is not represented with the current organizations listed, you may be able to establish your own student organization (see *Start a New Student Organization*).

### Start a New Student Organization
OSPLD warmly welcomes students wishing to submit a proposal for creating a new student organization at SF State. Developing and establishing a new student organization on campus assists in developing life-long leadership skills. You will want to become familiar with the OSPLD handbook (see *Steps to Create a New Student Organization*) in order to complete the process for possible University approval.

### Start a Greek Organization
San Francisco State University provides a unique fraternity/sorority system represented by the Fraternity/Sorority Council (FSC). There are approximately 30 Greek organizations representing a diversity of students and interests. These include both national and local organizations. If your interest is not currently represented within the Greek community, you may consider establishing a Greek organization. To start the process, you will need to meet with the Fraternity/Sorority Council, and provide a proposal of intent to the Director of OSPLD. For more information regarding the Fraternity/Sorority Council, email fsc@sfsu.edu. Questions regarding the University process for Greek organizations can also be directed to the Director of OSPLD, 105 SSB or ospld@sfsu.edu.

### Steps to Create a New Student Organization
1. Set up a meeting with an OSPLD advisor (see page 2 for advisor information) to discuss your proposed organization and the student organization recognition process.
2. Become familiar with University guidelines for all student organizations (see page 6).
3. Carefully complete the new student organization registration forms and return to OSPLD for review. If you have any questions about filling out the forms, please visit OSPLD and your OSPLD advisor will be happy to assist you.
4. Complete a student organization constitution to be handed in with the registration form. Constitution guidelines are available online at http://www.sfsu.edu/~ospld/html/faq/con_guideline.htm.
5. A minimum of 2 officers, the president and financial officer, will need to attend an orientation session to complete the process. For an orientation schedule, please see http://www.sfsu.edu/~ospld/html/resources/org_date.htm.
6. Submit all completed forms to OSPLD (SSB 105). If there are any corrections or changes required, you will need to make the changes and re-submit the documentation. Incomplete paperwork may delay the recognition of your student organization, so please be sure all information is complete.
7. When your paperwork is complete and the group has met all University requirements and expectations, you will be notified by OSPLD regarding your status.

    Please Note: Filling out a registration form does not guarantee the organization will automatically be recognized.

### Re-Registering Your Student Organization
All student organizations are required to re-register with the University each fall semester by September 30, in order to be recognized as a student organization at San Francisco State University. Meeting the deadline allows you to also meet the Associated Students Incorporated funding schedule. Student organizations' registration is valid for one calendar year, ending September 30. Registration is an extensive process and may require some time for forms to be processed, so please plan accordingly. For registration materials please fill out the online form at http://www.sfsu.edu/~ospld/registration, or simply visit OSPLD at SSB 105 for assistance.

Please Note: Registration does not imply that the University endorses positions or points of view espoused, privately or publicly.

### Student Organization Benefits
Besides the opportunity to develop personal leadership skills, recognized student organizations receive additional benefits:

- Use of the University facilities at low to no cost basis (see page 17).
- OSPLD professional services (see page 3).
- Participation in OSPLD leadership training initiatives (see http://www.sfsu.edu/~ospld).
- Participation in the Student Activities Fair each semester (see http://www.sfsu.edu/~ospld/fundraising/activities_fair.htm).
- Use of audio visual and technical support.
- Right to request financial subsidy and other services from Associated Students Incorporated (ASI) (see page 29).
- Utilization of publicity resources on campus (see page 22).
- SF State Web/Email account for the organization at no cost (see page 24).
- Opportunity to open an organization bank account at Cal State 9 Credit Union on campus (see page 31).
- Conduct fundraising events on campus (see page 30).
- Exposed to leadership & networking opportunities.
- Use of an on-campus mailbox (see page 25).

### Notify OSPLD of Organization Changes
Student organizations are required to update registration status each time new officers are elected. OSPLD requires written and signed documentation by the student organization president in order to implement the following changes:

- Change of officers' names.
- Name of the organization.
- Changes to the constitution.
- Email/Web account changes.
- Adding/Deleting organization information.



*continued on pg. 8*

5

### Avoid Common Mistakes

- Officers must have a 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The student organization is responsible for finding a faculty/staff advisor. Advisors can be part-time/full-time faculty or staff. Select an advisor who has a genuine interest in your organization and is familiar with the operation of the University.

- Each organization must have a minimum of five members, including two officers (a president and financial officer). The president and financial officer must attend a Student Leader Orientation in order to be recognized. For the Student Leader Orientation dates please visit http://www.sfsu.edu/~ospld.

# Guidelines for All Student Organizations





*OSPLD's goal is to help you enrich your University experience through student organizations, leadership development and event planning, while also ensuring the health and safety of your members and the SF State community. To assist in ensuring student organization success, the following guidelines must be followed by all student organaizations:*

- Student organizations must abide by all University policies, and local, state and federal laws.

- The organization must have a clear purpose. The purpose must fall within federal and state law, as well as University policy and Risk Management expectations.

- Title 5, section 41500 of the California Code of Regulations and SF State University policy require student organizations' voting membership be open only to registered students of San Francisco State University. SF State faculty, staff and administrators may participate in student organization activities, but are not considered voting members.

- Consult early and often with OSPLD and University partners when planning major, unusual or potentially risky events.

- The name of the University, abbreviation or logo may not be used as part of a student organization's name or logo. For exception to this policy a request must be provided in writing to the OSPLD Director's attention. Student Organizations may indicate that their respective organization resides at San Francisco State University, i.e. Culinary Club at SF State. The name should reflect the type of student organization and clearly differentiate the club as a student organization and not a University department or program. The choice of language within the name should remain reflective of the University's mission.

- Student organizations may not use the name of the University off-campus.

- Student organizations must manage organization funds wisely and ethically.

- A student organization must have a core group of five SF State students to start an organization. These individuals serve as the authorized representatives of the organization, bearing ultimate responsibility for the organization and its activities. They accept responsibility of staying informed about, following, and disseminating University policies, guidelines, and procedures.

- Organizations must have a minimum of 2 officers, a President and Financial Officer. Please note that the President and Financial Officer cannot be the same individual.

- All officers must have a minimum 2.0 GPA. Undergraduate students must also be registered in at least 6 units during their term of office. Graduate students must be enrolled in at least 3 units during term.

- The president and financial officer must attend an orientation in order for the organization to be recognized. Only officers who are listed on the form and attend an orientation will be able to do University business in the name of the organization. It is the responsibility of the student organization officers to disseminate the information to their membership. For an orientation schedule see http://www.sfsu.edu/~ospld.

- Student organizations must notify OSPLD regarding leadership transitions. Ensure smooth officer transition through training and keeping good records.

- Student organizations must provide OSPLD with a current electronic and hard copy of the organization's constitution at time of registration (see http://www.sfsu.edu/~ospld/html/faq/con_guideline.htm). Groups affiliated with a national organization must also submit the national constitution/bylaws.

- Student organizations must have a faculty/staff advisor. Advisors can be part-time/full-time faculty/staff. Select an advisor who is familiar with the operation of the University. OSPLD and auxiliary staff cannot serve as the faculty/staff advisor.

- Faculty and staff advisors must attend or complete an online orientation (http://www.sfsu.edu/~ospld/advisors/) in order for the student organization to be registered.

- Student organizations must read and agree to points 1-10 on the registration form (see http://www.sfsu.edu/~ospld/registration).

### Additional Guidelines for New Organizations

- A student organization needs to demonstrate benefit to the campus community, not duplicating services of another registered student organization and identify how they will achieve sustainability over time.

### Additional Guidelines for Greek Organizations

- All Greek organizations, including the Fraternity/Sorority Council (FSC), are to abide by the same policies, procedures and guidelines as all student organizations. All Greek organizations are to complete the following additional steps for recognition status:

- Pay membership dues to the Fraternity/Sorority Council each semester.

- Attend scheduled FSC meetings.

- Provide a constitution and bylaws to FSC and OSPLD, as well as a copy of their affiliate national organization's constitution and bylaws for approval.