14

planning events



### Copyright

All media in the SF State library including Hollywood features, foreign features, instructional programs and other similar titles may be used only in authorized SF State courses with the instructor present or by individual students and faculty members in viewing booths for regularly-scheduled class requirements. Media may not be copied by the staff of the university or "publicly performed" on the SF State campus outside of a class, even though they are owned by the University. The copyright law requires a separate license agreement to be obtained before libraries, student organziations, residence halls, and other campus groups may use these materials during non-classroom activities or events, regardless of whether admission is free or paid.

All materials in the library's catalog—videotapes, videodiscs, DVDs and 16mm films of all subjects and categories—are available to SF State faculty for SF State use only. Copying of these materials or off-campus use at another institution, even in a classroom setting, may be a violation of SF State's purchase agreement.

For more information on copyright law, please see http://www.copyright.gov/.

### Co-sponsorship

Organizations working with off-campus sponsors of events must follow a number of University policies:

- Student groups must initiate, lead and make all event decisions. Student groups cannot be used to gain access to University facilities by an off-campus organization.
- Events must directly support the group's mission.
- Events must occur during the regular academic schedule.
- All contracts and agreements must be in the name of the student organization.
- The student organization must conduct all advertising and promotion.
- Student organization representatives must be in attendance at the event.

### Event Planning/Approval

To assist in ensuring safe and successful event planning, the organization must keep in mind the following policies:

- In order to do event planning a student organization must be currently registered with OSPLD or Club Sports.
- All student organization sponsored events held in SF State facilities must be initiated, planned and implemented by SF State students.
- Student organizations are required to submit an event application to OSPLD at least ten business days prior to the event. For major events, more time may be needed so please plan accordingly and notify OSPLD in a timely manner.
- Events cannot be planned during finals period, including "dead week" (the week before final examinations).
- Organizations are responsible for informing their faculty/staff advisor regarding meetings, programs and events.
- Sponsoring student organizations are responsible for the conduct of their members, guests, speakers and performers.
- The sponsoring student organization must be accessible throughout the entire event.
- Other campus entities (i.e., Colleges, Departments, Classes, Faculty & Staff) are required to follow the OSPLD policies and procedures for all events on campus. In addition, other campus entities may also be required to obtain approval from the Office of Special Events and Conferences.
- Rained out events may not be moved indoors to the Cesar Chavez Student Center (CCSC) without CCSC permission.
- Cancelled, rained out and no show event(s) do not automatically guarantee an additional date.
- Cancelled reservation date(s) automatically revert to OSPLD.
- Exchange of dates between student organizations and other campus entities is not allowed.

### Fire

All student organization events incorporating the use of fire require the approval of the Office of Student Programs & Leadership Development (OSPLD) and Environmental Health & Occupational Safety (EHOS). In addition, events utilizing candles require a drip catch and a fire extinguisher at the site of the event.

### Fireworks

The use of fireworks is illegal in San Francisco. Unless a pyrotechnician sets up the display and is present during the event, no fireworks will be permitted. Student organizations must obtain approval from OSPLD, the Department of Public Safety, Office of Risk Management and the Office of Environmental Health & Occupational Safety (EHOS).

### Insurance

Student organizations hosting events that pose potential risks may be required to purchase insurance for such events. In some situations waivers may also be required. Potential risk situations include, but are not limited to:

- Large commercial events, such as concerts and fairs
- Events with off-campus guests
- High risk physical activities

The Office of Risk Management, at 338-2362, will assist you in obtaining event insurance after OSPLD event approval. OSPLD will send copies of the event application to the Office of Risk Management for review. Waivers are also available through Risk Management.

### Nudity/Indecent Exposure

The California Penal Code, Section 314 states: Every person who willfully and lewdly, either:

1. Exposes his/her person, or the private parts thereof, in any public place where there are present other persons to be offended or annoyed thereby; or
2. Procures, counsels or assists any person so to expose himself/herself or take part in any model art exhibition or to make any other exhibition of himself/herself to public view of any number of persons, such as is offensive to decency, or is adapted to excite to vicious or lewd thoughts or acts, is guilty of a misdemeanor.

Any student organization engaging in acts of nudity or sponsoring an event with nudity involved may be forwarded to SOHP for review.

### Sound Policy

The Division of Student Affairs (SA), the Office of Student Programs & Leadership Development (OSPLD), Student Center Governing Board (SCGB) and Environmental Health and Occupational Safety (EHOS) have worked collaboratively to establish policies and guidelines to address sound levels at Malcolm X Plaza events. EHOS measured the decibel level readings in the Malcolm X Plaza and at different locations on campus in order to determine a suitable decibel level where sound would not interfere with classroom instruction/conversation. EHOS recommended a 95 decibel level in Malcolm X Plaza (measured 25 feet from the speaker source). This decibel level would result in a decibel reading of 60–65 in neighboring classrooms (a level that would allow classroom instruction and conversation to be heard comfortably).

The sound policy includes the following:
- Amplified sound is permitted outdoors Monday through Friday between the hours of 12 PM and 2 PM in Malcolm X Plaza.
- No amplification other than the Student Center Sound System may be used for outdoor events.
- All amplifiers/speakers for amplified instruments such as electric guitars, electric bass, and keyboards on stage, should be patched directly into the Student Center Sound System (SCSS).
- If particular amplifiers or speakers cannot be directly connected into the SCSS, or have an independent volume control device, it will be the responsibility of the student organization sponsoring the group and the performers playing the music, to not exceed the 95 decibel level measurement.
- Technical services such as: sound system, turntables, microphones and speakers, etc., must be reserved through the Cesar Chavez Student Center's Production Services Office at 338-2730.
- Before the event begins, student organizations must do a sound check with OSPLD and the Student Center Sound Technicians to determine the decibel reading. The sound check will be at 11:50 am, or 10 minutes before the scheduled performance.



- OSPLD may measure decibel levels at any time, to ensure sound is below 95 decibels. OSPLD decibel meters are the only equipment recognized for use in determining appropriate decibel levels.
- If sound is above 95 decibels, OSPLD will notify the student organization to reduce the level. If sound exceeds 95 decibels twice in a year, whether at a single event or 2 separate events, the organization may be forwarded to SOHP for review and possible corrective action.

### Summer and Winter Sessions
Due to reduced resources, the University does not approve student organization events during summer and winter sessions. However, student organizations may host regular meetings.

### Ticket Sales
If your organization is hosting an event with an admission or ticket sales charge, please follow these guidelines:

- Admission charges must be stated on your event application when requesting approval
- Give consideration for rates you will charge SF State students vs. non-students

### Waivers
Waivers should be used for any high-risk activities. They are required for the following activities:

- Off campus performers
- Physical activities including off-campus guests
- Activities including minors

## Types Of Events

### Children/Youth Programs
Student organizations sponsoring programs that include youth must notify OSPLD early in their planning process. Working with youth requires different responsibility. OSPLD will work with student organizations to provide resources to help ensure a safe and successful event. Please note that waivers may be required through the Office of Risk Management.

### Commencement Celebrations
Student organizations hosting commencement celebrations (both on and off campus) must register their event with OSPLD. Please keep in mind when starting your planning that additional insurance may be needed through the Office of Risk Management.

### Concerts
The University encourages student organizations to sponsor student concerts. However, student organizations are not allowed to sponsor nor utilize professional promoters and performers seeking individual gains. All concerts are subject to approval by the Director of Student Programs & Leadership Development and/or the Vice President of Student Affairs.

### Dances
Student organizations and campus organizations (i.e., alumni, community, department, etc.) may not reserve university facilities for dances publicized and open to the public.

### Film
Organizations sponsoring films must follow copyright law (see page 14).

### Fundraisers
Student organizations may raise money for their event and operating needs through various fundraising activities. There are specific policies and guidelines for student organizations conducting fundraising activities. Please review the complete fundraising policies and guidelines before planning your event (see page 29).

### Off-Campus Events
The University assumes no responsibility or liability for activities conducted by student organizations off-campus. However, the University has authority under Section 41 301, Student Conduct, of Title 5 of the California Code of Regulations. This section clarifies the University's authority for off-campus behavior that includes students who are members of clubs and organizations. The Student Conduct Code sets the standard of expected behavior and describes conduct that is unacceptable and subject to discipline through the university's disciplinary process (see page 9).

### Outdoor Events
All outdoor events must be registered with the Office of Student Programs and Leadership Development no less than 10 business days prior to the event.

All groups and individuals using outdoor venues must follow all outdoor event policies and procedures (see page 17–18).

### Rallies/Demonstrations & Counter Demonstrations
OSPLD recognizes and appreciates the political history of student organizations at San Francisco State University. As a means to facilitate and advise student organizations wishing to demonstrate, while providing a safe and respectful University climate, policies and guidelines have been developed to assist student organizations wishing to plan a rally/demonstration and/or counter demonstration.

For detailed information regarding policies and procedures for hosting a rally/demonstration event and counter demonstration event at SF State, see http://www.sfsu.edu/~ospld/html/resources/rallies.htm.

### Speakers
Student organizations sponsoring speakers should work closely with OSPLD prior to making any verbal or written agreements. OSPLD must be notified early in the planning stages (prior to any verbal or written agreement) of all major speakers to best support student organizations in their planning.

### Tabling
All registered student organizations and departments may set up tables in designated areas on campus to educate the campus regarding the organization and upcoming events, raise organization funds (see page 30), and recruit new members.

## Reserving Space

Student organizations have free access to various campus facilities. Reserving the appropriate facility is a critical step in planning an event/program.

### Event Approval Expectations and Procedures

- Pre-planning of your event should commence one to three months in advance. Ten working days are needed by OSPLD to assess and process your Event Planning Application, so plan accordingly.

- No advertisement can be disseminated until event is approved by OSPLD and reservation confirmed.
- Only currently registered student organization officers (officer must be named, have signed the organization registration form, and attended Student Leader Orientation) may request a reservation.
- Student organizations may not reserve space for off-campus entities.
- University colleges, departments, off-campus entities and faculty may reserve indoor facilities through the Office of Special Events and Conferences. For more information call 338-6141.
- Indoor facilities may be limited due to instructional activities.
- Additional fees (i.e. supervisory, custodial, insurance, public safety, etc.) may be required prior to approval.
- Facility reservation does not substitute for program approval by OSPLD.
- An OSPLD event planning form must be completed in addition to the tentative reservation form provided by indoor facilities.
- Athletic events may require a signed waiver of all participants (see page 16).
- Depending on the venue and size of event, OSPLD may require a series of meetings with the student organization and other University Partners to ensure a successful event.

### Cancellation Policy for Student Organizations
- Provide written documentation of the need to cancel.
- Indoor events must provide at least 3 business days notification.
- Outdoor events must provide at least 7 business days notification.
- Groups canceling events without appropriate notice to OSPLD may influence future reservation requests.
- Without appropriate cancellation notice, fees may apply for University Partners' services.
- Upon receipt of the cancellation notice, OSPLD will inform appropriate University Partners.

### Outdoor Venues
In order to accommodate the large volume of outdoor requests OSPLD encourages student organiza-

18

planning events



tions to start their event planning early due to the limited availability of dates and locations. Keep in mind that all events taking place on campus lawns require a Lawn Event Permit, and involve lawn protection costs.

*Reservation Procedures for All Outdoor Venues*

Due to the high demand for Malcolm X Plaza and the Quad during the academic year, the following guidelines have been established to create a fair, equitable and clear process for reserving these venues:

- OSPLD will start accepting requests from May 1—May 31 of each year for all organizations/ departments hosting historical events in the plaza and/or quad the following academic year (fall and spring dates). Historical is defined as events that have been in existence for at least 5 years. After the scheduling priority dates in May have passed, all reservations are on a first come, first served basis. (Please note no request will be accepted between June 1 and August 1.)
- All other events (non-historical) are on a semester calendar and can begin putting in requests on August 1 for the fall semester and December 1 for the spring semester.
- Only currently registered student organization officers (named on the registration form and attended a Student Leader Orientation) can submit requests for student organizations and department faculty and staff with SF State identification can submit requests for departments.
- All requests are initially made with the OSPLD through the Outdoor Event Request Form at http://www.sfsu.edu/~ospld/outdoorevent.
- All requests must be completed at least 10 business days prior to proposed event date. However, OSPLD continues to work with student groups with event planning pertaining to current world events as they develop.
- All scheduling requests are on a first come, first served basis.
- If the outdoor venue is available for the date you requested, you will be notified by email within 3 business days informing that the space has been held pending event application approval.
- The student organization officer or department representative must then complete an event application form at OSPLD (SSB 105) to confirm the space at least 7 business days prior to proposed event date.
- The OSPLD advisor may request further information and/or a meeting to learn more about the event and resources needed to provide a safe and successful program.
- Groups reserving the plaza and canceling events without appropriate notice to OSPLD (at a minimum 7 business days) will impact future reservation requests.

*Additional Outdoor Policies*

- All campus entities wishing to have amplified sound at their event must adhere to the sound policy. (Amplified sound is allowed from 12:00 to 2:00 p.m. only for registered Malcolm X Plaza eventS, see page 15).
- No vehicles are allowed in the Plaza. Equipment drop-off may be available in Lot 4 with approval from Department of Public Safety.
- Alcohol is not permitted in the Plaza.
- Outdoor venues are closed to reservation during winter and summer sessions, as well as University observed holidays and breaks.

Please Note: Any deviation from the designated locations and/or sound policy (see page 15) requires the review and approval of the Vice President of Student Affairs.

*Main Quad Tabling Reservation Guidelines*

Before setting up any table on campus, all student groups and departments must reserve a designated space by securing a tabling permit from OSPLD. Tabling permits are available starting each Thursday for the following week.

Tables are available on a first come, first served basis at either CCSC or OSPLD. The tables are secured on loan, in exchange for a valid student ID. Tables and chairs must be placed on the cement, not on the grass areas. Tables must be returned the same day to the location where they were obtained. Groups not following the tabling guidelines may lose privilege to table on campus. Additional tables for campus events may be reserved from Facilities and Services Enterprises (http://www.sfsu.edu/~plantops/). Please note a delivery charge will apply.

For additional information regarding tabling procedures, visit http://www.sfsu.edu/~ospld/eventplanning/tabling.htm.

**Indoor Venues**

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Academic Classrooms | Various | Various | Meeting Room, speakers | Reservations open the first couple weeks of each semester following academic course assignments |
| Cesar Chavez Student Center (CCSC) | Rosa Parks D | 25 | Meeting Room | 2 Standard setups available |
| | Rosa Parks E | 25 | Meeting Room | 2 Standard setups available |
| | Rosa Parks F | 25 | Meeting Room | 2 Standard setups available |
| | Rack-N-Cue | 50 | Billiards and Games | Fees may apply |
| | Jack Adams Hall | 375 | Conference Room | Fees may apply. Meeting with OSPLD partners often required. One scheduled event per day. Must be reserved at least 4 weeks in advance |
| | Rigoberta Menchu Hall | 75 | Conference and Reception | May be used maximum 3 times a semester. Only after 4 PM. |
| | Meeting Room T-143 | 32 | Meeting Room | 2 Standard setups available. White board/screen in room |
| | Rosa Park A | 35 | Meeting Room | |
| | Rosa Park B | 60 | Meeting Room | |
| | Rosa Park C | 35 | Meeting Room | |
| | Rosa Park A-C | 130 | Meeting Room | 3 standard setups |
| | Conference Room T-153 | 18 | Conference Room | Furniture cannot be moved. Drop down screen/white board in room. |
| | Conference Room T-160 | 30 | Conference Room | 2 Standard setups available. Drop down screen/white board in room. |

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Richard Oakes Multicultural Center (ROMC) | ROMC T-142 | N/A | Kitchen/Food Service Facility T-142 ; Sink and food preparation area for precooked food only. | Multicultural focused programming |
| | ROMC Adjacent Meeting Room T-143 | 30-40 | Meeting Room | Multicultural focused programming |
| | ROMC T-144 | 35-50 | | |
| Creative Arts | Coppola Theatre | 150 | Video Projection | Requires approval of the Cinema Department |
| | McKenna Theatre | 700 | Largest auditorium | Very heavily booked |
| | Knuth Hall | 322 | Second Largest Auditorium | Requires approval of the School of Music and Dance. Very heavily booked |
| | Little Theatre | 250 | Proscenium Stage | Requires approval of the Theatre Arts Department. Very heavily booked |
| | Fine Arts Gallery | 3,200 | Exhibition Space | Requires approval of the Art Gallery Director |
| | Dance Studio 203 | No seating | Dance rehearsal and performance space with retractable bleacher | Requires approval of the School of Music and Dance. No shoes are allowed in room |
| Seven Hills Conference Services | Nob Hill | 200 | Banquet, Theatre, Reception, Classroom, and Boardroom | Charges will apply |
| | 6-Breakout Rooms | 10 | Meetings | |
| | Coit Lounge | 170-350 Depending on event | Banquet, Theatre, Reception, Classroom, and Boardroom | Charges will apply |

| Facilities Most Used by Student Organizations | Room | Capacity | Description | Special Requirements |
|---|---|---|---|---|
| Gymnasium and Athletic Fields | Gym 100 | 1,000 with bleachers | Sport Activities, Graduation Ceremonies and Speaker auditorium. | Charges may apply for supervisory or tarping fee. |
| | Gym 100 (C & J) | Side Gyms | Side Gyms are primarily used as an annex to GYM 100. | |
| | Gym 147 | 400-500, no bleachers | Sports (low capacity for spectators at sporting events), Speaker auditorium. | Charges may apply for supervisory or tarping fees. |
| | Tennis Courts | 14 courts | 12 full size courts & 2 singles | |
| | Maloney Field | | Outdoor sporting events | |
| | Cox Stadium | | Outdoor sporting events | |

## Reservation Procedures for Indoor Venues

### Procedures for Reserving Academic Classrooms

1. Student Organizations can request academic classrooms (for meetings/speakers) at http://www.sfsu.edu/~ospld/classroomrequest/ or by visiting the Office of Student Programs in Student Services Building 105. The student organization will complete the classroom reservation form and submit to OSPLD.
2. Once the classroom request form is completed and approved, OSPLD will forward the event application to the Office of Academic Resources for review of room availability and final approval.
3. Within 10 days the student organization will be notified by OSPLD of the status of the request via email or phone.

### Procedures for Reserving Indoor Venues (not including Academic Classrooms)

1. Request space directly with venue to receive a reservation request form (see pages 21-22 for specific locations).
2. Bring the Tentative Reservation form to the Office of Student Programs and Leadership Development SSB 105 and fill out the event application for approval. All event applications must be submitted to OSPLD no later then 10 working days prior to proposed event date. (Please also note that an OSPLD University Partners meeting may be needed before event approval, depending on size and complexity of the event). For large events, student organizations should contact OSPLD as soon as planning begins to allow staff to best serve/support you in your planning.
3. Once the event is approved, return the approved Event Application to the venue for confirmation of facility reservation (see below for specific venue).





*Requesting Cesar Chavez Student Center Space*
1. Requesting a room in the CCSC can either be done by applying online at http://sfsustudentcenter.com/roomscheduling/ or visiting the CCSC scheduling office in T-123 or call 405-0723.
2. Once the request is made, you will need to pick up and sign for the Tentative Reservation form in the CCSC Scheduling office T-123. Drop in hours are posted.
3. Get OSPLD Approval (see Procedures for Reserving Indoor Venues on page 21)
4. Once the event is approved, return the OSPLD approved Event Application to the CCSC Scheduling office T-123 for confirmation of room reservation.

*Requesting Richard Oakes Multicultural Center Space*
1. Submit Call for programs application at http://www.sfsustudentcenter.com/ROMC/.
2. Get OSPLD Approval (see Procedures for Reserving Indoor Venues on page 21)
3. Once the event is approved, return the approved Event Application to the ROMC.

*Requesting Creative Arts Space*
1. Requesting Coppola Theatre, McKenna Theatre, Knuth Hall, Little Theatre, Fine Arts Gallery, and or Dance Studio 203 can be done through contacting the CA Facilities Manager's office CA 129B, (415) 338-2020, or email haddox@sfsu.edu.
2. Once the request is made you will be given a tentative reservation form and discuss any possible charges or fees.
3. Get OSPLD Approval (see Procedures for Reserving Indoor Venues on page 21)
4. Once the event is approved, return the approved Event Application to Creative Arts room 129B for confirmation of room reservation.

*Requesting Seven Hills Conference Center Space*
1. Requesting Nob Hill, break-out rooms, or the Coit Lounge can be done online at http://www.sfsu.edu/%7Emeetings/reservationon.htm or call 338-3972.
2. Once the request is made you will be given a contract and possible charges or fees.
3. Get OSPLD Approval (see Procedures for Reserving Indoor Venues on page 21)
4. Once the event is approved, return the approved Event Application to Seven Hills Conference Center for confirmation of room reservation.

*Requesting Gymnasium and Athletic Field Space*
1. Requesting Gym 100 (large) or Gym 147 (small) can be done through applying online at http://chh-sweb.sfsu.edu/facilties/group_facilities_use.html or calling the facilities coordinator at 338-3330
2. Once the request is made, you will have to meet with the facilities coordinator for possible fees and to pick up the tentative reservation form in HHS room 204.
3. Get OSPLD Approval (see Procedures for Reserving Indoor Venues on page 21).
4. Once the event is approved, return the approved event application to HHS 204 for confirmation of room reservation.

## Publicity

One important factor in the success of a student organization event is the marketing strategies used to publicize. Below are several publicity options available to you as recognized student organizations.

### Banners: Cesar Chavez Student Center Mezzanine Railing

Banners advertising major programs and events are popular and effective tools for advertising in the Cesar Chavez Student Center (CCSC). CCSC banner guidelines include:

- Only recognized student organizations, University departments, and programs may post banners.
- The banner must be for a specific event (e.g., meeting, reception, speaker). (One banner per event.)
- The date, time, and place of the event must be clearly marked on the banner.
- Philosophical or political statements are not permitted. General "welcome back" statements are permitted for the first 10 days of each semester.
- Banners may be hung for 5 days before the event. Each organization is responsible for removing its banner after 5 days or the student center staff will remove and recycle the banner.
- All banners must be approved and date-stamped by the Information Desk staff. Banners without the date stamp will be removed.
- Banners must remain down for at least 7 days before they can be approved again.
- Banners advertising ongoing Associated Students programs (e.g., EROS, Women's Center, Legal Resource Center, etc.) may be hung for one month at the beginning of each semester.
- Organizations wishing to post a banner publicizing an off-campus event are required to include the following statement on the banner: "This activity is NOT sponsored by San Francisco State University."
- Banners may be no longer than 10 feet and no wider than three 3 feet and should be neatly lettered and legible from the ground level.
- If a banner is in a language other than English, it must include an English translation.
- All sponsoring organizations must be listed on the banner.
- The sponsoring group is responsible for hanging the banner in an available mezzanine railing space and for removing the banner and tape from the railing when the stamped date has expired.
- Railing space is available on a first-come, first-served basis.
- The Student Center is not responsible for banners that become missing or damaged.
- Banners may not be hung on the cement columns or walls in the Student Center. They must be hung only on the railings. (The sole exception is the railing facing Malcolm X Plaza, which is reserved for use by Associated Students Performing Arts year around.)

If you have any questions about these policies, please contact the Assistant Director, Programs and Services, at 338-2820, or Room T-119 in the Cesar Chavez Student Center.

### Banners: Malcolm X Plaza Events

If a student organization has an authorized Malcolm X Plaza event, approved by OSPLD, they may hang a banner or banners on the metal scaffolding of the Malcolm X Plaza stage on the day of the event. See below for approved locations. The banner(s) must comply with the sizes listed for each location. The banner(s) may be hung 30 minutes before the event and must be removed immediately after the event. The banner must be legible, with the sponsoring organization clearly named. All tape, string, or rope used to secure the banner(s) must be removed following the event. All unauthorized banners will be removed.

For more information, please contact OSPLD at ospld@sfsu.edu or SSB 105.

Outdoor Banners May Be Displayed on the Following Locations

1. Maximum Size*: 18 ft. x 5 ft.
2. Maximum Size*: 20 ft. x 5 ft.
3. Maximum Size*: 36 ft. x 5 ft.


Malcolm X Stage


Malcolm X Plaza

* Banners may be displayed facing both the Library and the Student Center. No exceptions to size will be allowed. Banners may NOT be displayed at any other location.

**Frequently Asked Technology Questions**

*Now that I have my email/web account what is my URL?*
After receiving your email/web account, your url will be as follows: replace "account" with your new SF State internet account name: http://userwww.sfsu.edu/~account. Email: account@sfsu.edu

*How do I check my student organization email account?*
After receiving your SF State student organization email account, you can check your email at https://webmail.sfsu.edu

*What is my password for publishing my SF State student organization website?*
Your SF State student organization website password is the same as your email password.

*How can I create a list serve for my student organization members?*
Go to http://mercury.sfsu.edu/cgi-bin/lwgate/request-add.html. Have your student organization advisor fill out the information and request.

**Campus Memo**
Campus Memo is a newsletter published by the Office of Public Affairs and Publications on a weekly basis. Campus Memo is disseminated electronically for faculty and staff. Student organizations interested in publishing their event for the campus community must meet the deadline (Tuesday at 5 p.m. of the week preceding publication). For more information contact Public Affairs/Publications at 338-1665 or http://www.sfsu.edu/~news/campusmemo.htm

**Cesar Chavez Student Center (CCSC) Information Desk**
Student organizations may submit two fliers per event to post in the CCSC. CCSC will date stamp the flyers and post them for one week. Unauthorized flyers will be removed. Student organizations are strongly encouraged to familiarize themselves with the CCSC banner and posting policies/procedures. For more information contact the Information Desk of CCSC at 338-1122.

**Chalking**
Student organizations should consult with OSPLD prior to chalking on the university sidewalks or cement paths. Information for chalking must be provided at the time of the event planning process. Ground-chalking only is allowed, chalking on walls is not permitted.



**Email/Web Account**
Student organizations are required to obtain a SF State email/web account. The student organization email will be added to the OSPLD student organization listserve for important information and updates. The organization web address will also be linked to the OSPLD website to publicize the organization.

Student organizations are not allowed to use personal SF State accounts for the organization (i.e. personal sfsu, yahoo, gmail, hotmail, etc).

Student groups may set up a SF State list serve, but not send mass emails to other individual accounts, through personal addresses.

*Activate an Email/Web Account*
The president/chairperson of the student organization is the only officer that can request an email account. To activate a new account complete the following steps:

1. Go to OSPLD's office and request an email/web account.
2. Present student identification to OSPLD front desk.
3. Fill out information on OSPLD Web/Email Account Request form.
4. OSPLD Director reviews requests, making appropriate approvals.
5. Information technology updates system.
6. Email confirmation will be sent to you within 10 business days.

*Web Publishing at SF State*
One of OSPLD's community partners is the Division of Information Technology located on the web at http://www.sfsu.edu/~doit/index.htm or via phone at 338-1420. If you have any questions regarding how to publish your student organization web pages please refer to their website on publishing at http://www.sfsu.edu/training/ or via phone to their help desk at 338-1420.

The University also provides classes to assist in web design (visit http://oi.sfsu.edu/cgi-bin/student/training.month_view).

For additional information on email/web accounts, including making changes (name, password, etc) see http://www.sfsu.edu/~ospld/html/faq/email&web.htm.

**Golden Gate [X]press**
The Golden Gate [X]press is the student newspaper located in the Journalism Department. Student organizations interested in placing an article, news release or announcement should contact the Golden Gate [X]press for more information at 338-3313 or http://xpress.sfsu.edu/.

**KSFS Radio**
KSFS Radio is the campus radio station located in Creative Arts Room 125. For more details about submitting brief announcements contact 338-2428 or http://ksfs.sfsu.edu/.

**Library Display Case**
The Library Display Case is available for recognized student organizations. To reserve, an officer must complete an application including display description. The student organization must also agree to follow the policies/procedures of the library. To schedule a display, contact the Library Display Case Coordinator at 338-7327.

**Literature Distribution**
Student organizations are allowed to distribute literature under Executive Directive #89-13. Prior approval must be obtained through the Office of Student Programs & Leadership Development (OSPLD). Student organizations are to adhere to the following:

- Literature distributed at an approved event should be such that it is not likely to incite violence and must bear the name of the sponsoring organization.
- Literature may not be distributed in University buildings or residence halls.
- Pedestrian traffic may not be interrupted.
- No literature may be placed on vehicles on or surrounding the campus.
- Literature available in the Bookstore utilized for course credit may not be sold.
- Obscene/indecent literature and/or materials may not be sold and/or distributed.
- Literature may be distributed from informational tabling after obtaining a tabling permit and approval from OSPLD for a designated reserved area.
- No commercial advertising may be distributed unless it is part of a student organization's fundraising (see page 29).
- Any sale of literature must adhere to all fundraising policies (see page 29).
- Off-campus entities must obtain approval from the Director of Special Events at 338-6141 to distribute literature on campus.

**Mail Services**
All student organizations receive a mailbox with a SF State mailing address. The student organization mailroom is directly across from the Office of Student Programs & Leadership Development. Space is limited holding 220 student organization mailboxes. A counter is provided for student organizations' publicity flyers, pamphlets and brochures. Please keep the mailroom clean and accessible for all. It is the responsibility of the student organization to pick up and discard excess mail. Mailboxes are cleared out in the summer, with excess mail being held at OSPLD for 2 weeks and then returned to sender.

*Mailing address for student organizations:*
Name of Organization
OSPLD at SF State
1600 Holloway Avenue, SSB 105,
San Francisco CA 94132

*On Campus Mail*
Mail sent within University departments is free. You must have the name, department and campus mail written on each piece. It can be mailed through the OSPLD 'OUT' mailbox.

*Off Campus Mail*
Mail sent outside the University is handled as personal mail, requiring postage. The Associated Students Business Office (http://www.asisfsu.org/asbo/) can explain how to use your student organization postage funding, if applicable.

**Off-Campus Publicity**
Public Affairs and Publications is the news office and the University's designee for off-campus publicity (media, press releases, etc.) For more information contact Public Affairs/Publications at 338-1665 or pubcom@sfsu.edu.

**OSPLD Newsletter**
Student organizations may send a brief announcement regarding their on-campus events in the text

of an email to ospld@sfsu.edu to be included in the newsletter. Upon approval, the Director of the Office of Student Programs & Leadership Development will then include your email request in the weekly newsletter sent to all currently recognized student organizations that have obtained a San Francisco State University account. Email submission must be received by OSPLD the Thursday prior to the week they wish posted.

### OSPLD Web Calendar

The Office of Student Programs & Leadership Development hosts a student organization indoor event calendar. This process is completed systematically as events are approved. For more information, please visit http://www.sfsu.edu/~ospld.

### Postings

Student organizations must adhere to the following:

- Student organizations are to be cognizant to not post flyers on department or specific college bulletin boards without approval.
- No publicity may be posted on walls, doors, windows, lamp posts, plants, garbage cans, phone booths, vehicles, etc.
- Printed publicity must be written in English. Translation is required on postings/flyers that are written in a language other than English.
- The name(s) of the sponsoring student organization(s) is/are required on all postings/flyers.
- The use of banners, flags and posting of flyers on University buildings is prohibited (including the Student Center).
- Unapproved postings/flyers will be removed.

### Signs

Signs may not be mounted to sticks, poles, wires, etc. for safety reasons. Hand held signs used during events must be made of paper, cloth or cardboard. Sign supports for flags and banners shall be limited to 1/4 inch or less in thickness and 2" or less in width and have no sharpened edges. Sign supports will be confiscated if not in compliance with this standard.

### Tabling (see page 18)



# event planning checklist

### Get Ready
- ❑ Plan Early: We suggest starting your planning at least 2-3 months in advance (some events may need more planning, depending on their scope)
- ❑ Brainstorm event ideas and goals
- ❑ Decide on target audience
- ❑ Select possible dates (keep in mind religious and cultural holidays and major campus events)

### Request Venue
- ❑ Receive OSPLD approval
- ❑ Return OSPLD event form to venue to confirm reservation
- ❑ Publicize event (make sure event is approved and room confirmed before printing any publicity)

### Secure Funding
- ❑ Fundraise early and make sure you do not commit any funds before you have them
- ❑ Prepare a detailed and realistic budget, projecting all anticipated income and expenses
- ❑ Consult with OSPLD advisor regarding fundraising options
- ❑ Develop an on-campus possible funding list
- ❑ Check any deadlines for funding sources
- ❑ Check your account to ensure committed funds have been received
- ❑ Ensure funding prior to any verbal or written commitment of funds

### Plan Well
Make all arrangements early on to give yourself ample time to plan your event well. If multiple people are planning the same event, make sure one person is managing the overall coordination.

*Possible Equipment Needs:*
- ❑ Space (rooms, venue)
- ❑ Microphone and speaker
- ❑ Projector (film, LCD)
- ❑ Sound system
- ❑ Lighting
- ❑ Podium
- ❑ Tables
- ❑ Chairs
- ❑ Stage
- ❑ Fire extinguisher(s)
- ❑ Trash cans
- ❑ Recyclable containers
- ❑ Portable toilets (including accessible)
- ❑ Barricades

*Possible Supply Needs:*
- ❑ Tickets
- ❑ Directional signs
- ❑ Maps
- ❑ Flip charts
- ❑ Markers
- ❑ Adhesives (tape, stapler, etc)
- ❑ Pencils and pens
- ❑ Printed programs
- ❑ Nametags
- ❑ Cash box/change
- ❑ Decorations
- ❑ Trash bags
- ❑ Tablecloths
- ❑ Water for speakers
- ❑ Waivers for performers/speakers /participants

### Speakers and/or Performers Planning:
- ❑ Brainstorm possible speakers and check availability
- ❑ Negotiate price (remember that verbal contracts are binding)
- ❑ Review final contract with OSPLD advisor for assistance
- ❑ Arrange possible air and ground transportation
- ❑ Arrange for lodging and meals
- ❑ Confirm arrival time in San Francisco
- ❑ Confirm arrival time at event
- ❑ Confirm all arrangements in writing
- ❑ Have outside performers/speakers sign University waiver form

### Other Details
- ❑ Large events should work closely with OSPLD early on in the event planning process
- ❑ Disability access
- ❑ Security
- ❑ Concessions (requires food permit)
- ❑ Clean-up arranged
- ❑ Parking and Transportation
- ❑ Forms completed and delivered to appropriate offices
- ❑ Insurance (may be required for certain physical activity, events with non-SF State invited guests, etc)

28

planning events

# event planning checklist

**Working With OSPLD University Partners**

Associated Students Incorporated
http://www.asisfsu.org/
338-2321

Cal State 9 Credit Union
338-3019
Banking Services

Campus Landscaping & Grounds
Phil Evans
338-1845

Cesar Chavez Student Center
http://sfsustudentcenter.com/
Mary Keller
338-2820

*Program Services*
Noel Morales
338-2730

*Production Services*
Aimee Barnes
338-1044
Richard Oakes Multicultural Center, Program Developer Officer

Department of Public Safety
http://www.sfsu.edu/~dps/
Captain Tony Duenas
aduenas@sfsu.edu
338-2623
Security & Safety

Environmental Health & Occupational Safety
Robert (Bud) Shearer
338-1449
Health & Safety

Risk Management
http://www.sfsu.edu/~riskmgmt/Insurance
Maria Garcia
338-2362

**Forms**
❏ Food Permit (available at OSPLD and submitted for all food sales and giveaways on campus). Signed by Environmental Health & Occupational Safety and OSPLD
❏ Tabling Permit (available at OSPLD and submitted for tabling on campus)
❏ Event Application Form
❏ Demonstration/Counter Demonstration Form
❏ Insurance (Signed by Risk Management)
❏ Liability Waiver Forms
❏ Grounds Request Form
❏ Facilities Operations Form for Tables and Chairs

**Publicize Your Event**
❏ Decide your target audience, advertising budget and a detailed publicity plan at least four weeks prior to event to effectively reach your audience.
❏ Flyer/poster
❏ Press Release for Golden Gate [X]press
❏ Press Release off-campus newspaper/magazine
❏ Advertisements Golden Gate [X]press "The Week Ahead" calendar
❏ Website (your own site and links to others)
❏ Banner
❏ OSPLD Indoor Events Calendar
❏ J. Paul Leonard Library Publicity (glass case) Contact 338-7327
❏ Announcements at student organization meetings (with group's approval)
❏ Announcements in classes (with professor's approval)
❏ Distribution plan

**Final Steps**
❏ Pay all bills on time
❏ Promptly negotiate any discrepancies and document in writing
❏ Obtain feedback on event
❏ Develop folder for successor with timeline, actual budget, publicity and all correspondence
❏ Send thank you notes/cards

---

29

fundraising

# Fundraising

*OSPLD registered student organizations may sponsor fundraising events at SF State to support their organization's operating and event planning needs. All fundraising events are subject to University policies (including Time, Place and Manner Executive Order #89-13) and must acquire the necessary permits from OSPLD. OSPLD welcomes student leaders to come visit us to brainstorm about fundraising options and strategies.*

## Fundraising Policies

**Alcohol**
It is against the law to do the following without a liquor license through the Alcohol Beverage Control:

- Sell alcohol.
- Serve alcohol at any event with an admission charge or cash donations requested.

**Auctions**
Auctions which involve selling, bidding for, or in any way paying for a person's company or services are not allowed.

**Drawings**
Student organizations may sponsor drawings on campus under the following guidelines:

- Request a donation for an item (i.e., pen, candy etc.). The item must have an equal value to the ticket donation and the organization must provide the donor a drawing ticket.
- Anyone requesting a ticket without making a donation must receive a ticket.
- On the printed ticket, you must also disclose the beneficiary of the drawing (name of your student organization) and the fact that the tickets are available free of charge.

**Games of Chance**
Games of chance (cards, dice, dominos, bingo, etc.) where money is involved (for monetary gains) are not allowed. Games of chance may only be played with free chips, tokens and tickets.

**Non-Profit Status/Tax Identification**
Student organizations are not allowed to utilize the University's tax identification number.

**Raffles**
Student organizations may sponsor a "prize drawing" or "give-away" (see drawings) but "raffles" are not allowed on State of California property (Penal Code 330). A raffle is defined as "the sale of a chance at a prize."

## Funding Sources

**Associate Students Incorporated (ASI)**
Student organizations may obtain subsidized funding through ASI. Requisition forms for funding are available through the ASI Business Office at 338-2321, located in the Cesar Chavez Student Center. Student organizations are strongly encouraged to familiarize themselves with ASI's policies/procedures and deadlines. For more information on ASI please see http://www.asisfsu.org/



**30**

*fundraising*

### General Fundraising Policies

The following guidelines pertain to all fundraising programs sponsored by student organizations:

- Funds raised on campus shall not be used for any illegal purpose or personal gain.
- All on-campus fundraising activities, regardless of location, must be approved by OSPLD.
- The intended use of funds raised must be posted at the event and be consistent with the stated purpose of the sponsoring student organization.
- Student organizations are to inform OSPLD of the amount of funds raised within one week of the fundraising activity to best assist organizations with future fundraising events.
- All accounts are subject to audit by the university.

### Fundraising Events

Many groups hold events to raise money for their organizations. A successful fundraising event can do much more than raise money for an organization. The event can commemorate an important day or week, build unity and cohesion in the group, give event planning experience to new group members and it can add wide-range campus and community visibility to the organization.

### Fundraiser Tabling

Student organizations may set-up a fundraising table in designated areas on campus. Steps to receive approval for a fundraising table include:

- Visit OSPLD to request a tabling permit. OSPLD works only with current organization officers listed on the student organization registration form who have attended a Student Leader Orientation.
- Meet with OSPLD advisor.
- Complete the OSPLD tabling permit.
- Complete OSPLD food permit (if food is to be sold or distributed as part of fundraiser).
- Complete OSPLD fundraiser planning form outlining the following:
  – Purpose of the fundraiser.
  – Items to be sold or given away.
  – How the funds collected will be utilized.



### Food Sales

Student organizations may schedule and obtain both a tabling permit and a food sale permit through OSPLD. Only one permit per student organization will be provided. All food sales and giveaways must be in compliance with the Food Sale Sanitation Regulations available through the Environmental Health and Occupational Safety Office (http://www.sfsu.edu/%7Eriskmgmt/ehos/ehosstaff.html). Student organizations must have both permits at their table and a sign identifying the sponsoring student organization. Sales may not be set up earlier then 7:30 am each day. Student organizations selling cooked food can use only one grill per organization. The grill must be placed on the cement to avoid any damage to the campus lawn and only in Zone 3. Student organizations must adhere to sanitation requirements at all times, including:

- Food handlers are required to wear latex gloves.
- Food handlers are not to handle money at anytime.
- Access to running water.
- Proper clean up procedures.

### Vendor Sponsorship

OSPLD maintains a Vendor program as a service to SF State registered student organizations to assist in fundraising efforts. Student organizations may sponsor and conduct vendor fundraising activities during the fall and spring semester on campus, at designated areas and at specific times. The vendor program can assist student organizations in fundraising for:

- Conferences
- Commencement Celebrations
- Special Events
- Club Activities

The vending program provides assistance in matching student organizations with potential businesses or merchants to become a student group sponsored vendor on campus. Student organization leaders are responsible for all transactions and for monitoring any sponsored vendors. Find out more about the process and expectations by visiting the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/vendor_program.htm.

### Career Center Events Grant

The Career Center Events Grants were created to encourage SF State student organizations to plan or assist with career-related programs in collaboration with the Career Center. A limited number of grants are awarded during the fall and spring semesters. For additional information regarding the career grants, including selection criteria, deadlines and application process, please visit http://www.sfsu.edu/~ospld/fundraising/career_event.htm.

### Department Assistance/Co-Sponsorship

Student organizations sometimes request help from various University offices and departments. Requests should be made at least 2-4 months in advance, since a department may need three to four weeks to make a decision on a funding request. You should have all funds transferred into your account prior to any actual expenditures.

### Requesting Tips

Although each department has its own procedures for reviewing funding requests, the following tips may be helpful:

- Projects should be initiated and planned by SF State students. Although proposals must be submitted by students, it is possible (and often desirable) that ideas for projects be developed in collaboration with other student organizations, faculty and staff.
- Projects should not duplicate current programs at SF State.
- Requests to academic departments should be for programs that are academic/intellectual in nature and consistent with a field of expertise within that department. Requests of administrative departments should have a direct relationship to the role and mission of that department.
- Projects should have an impact on a sizable number of people. Contributors want to put their money where its likely to do the most good and naturally prefer projects which will benefit a large number of people.
- A significant number of students should be involved. Commitment of a group of active students demonstrates general interest in the project.
- Funding proposals should demonstrate careful pre-planning. Funders want to make sure that the project will be high quality. They should be able to examine the budget to see that all expenses have been anticipated and that the least expensive alternatives have been chosen.
- Show a well-planned budget and ask for a specific amount. Don't inflate your budget.
- Proposals should include evidence of financial commitment from other sources.

For additional planning steps please visit the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/depart_asst.htm.

### Banking

A partnership was established between Cal State 9 Credit Union and OSPLD to allow student organizations the convenience and access to financial services on campus. Cal State 9 generously provides their services, but as with all banking, the student organization is responsible for insufficient funds and additional penalty fees of poor financial management. For more details visit Cal State 9 Credit Union (located in the Village behind SSB or at https://www.calstate9.com/web/)

Banking services are provided to registered/recognized student organizations, providing you with:

- A checking account.
- Information on tax identification.
- No cost to student organization for opening the account.

*Specialized Safeguards:*

- This account prohibits the use of debit/credit cards, and in-branch cash withdrawals.
- Two officers (President and Financial Officer) are responsible for maintaining and balancing the student organizations bank account.
- Opening and changes to an account require the signature of the Faculty/Staff Advisor.



### Fundraising Planning Stages

The following planning stages are to assist student organizations in hosting a successful fundraising event:

- Start with a specific, targeted fundraising goal.
- Be creative and choose an event idea that is fun and will catch people's attention.
- When you have the particular ideas your collective group would like to pursue, develop a realistic budget of expenses and revenues to be sure that you will make enough money to justify the cost of the event. Set a date for the event and begin the planning and publicity processes. Please remember you must have OSPLD approval prior to publicizing your event.
- Be sure that you have sufficient "up-front" funds to cover costs such as facility charges, advertising, props, etc.
- Plan and execute the event, utilizing publicity to enhance your group's image on campus.

For additional fundraising planning tips and guidelines please visit the OSPLD website at http://www.sfsu.edu/~ospld/fundraising/fund_event.htm.