


# University Partners

*Student organization events, programs and leadership needs on our campus are multifaceted. To address specific needs and concerns, OSPLD works in collaboration with various campus departments and programs to best support student organizations and students on the SF State campus.*

**Academic Resources**
http://www.sfsu.edu/~acadres/
*Ray Paton*
Academic Facilities

**Advising Center**
http://www.sfsu.edu/~advising/
338-2101

**Associated Students Inc.**
http://www.asisfsu.org/
*A.S. President*
338-3497
president@asisfsu.org
*VP of Internal Affairs*
338-2324
vpia@asisfsu.org
*VP of External Affairs*
335-0477
vpexternal@asisfsu.org
*VP of Finance*
vpfinance@asisfsu.org
338-2892
*A.S. Business Office*
338-2321
SC M102
*Peter Koo, Executive Director*
pkoo@sfsu.edu
338-2321

**Athletics**
http://athletics.sfsu.edu/
*Mike Simpson, Director*
msimpson@sfsu.edu
338-2218

**Cal State 9 Credit Union**
https://www.calstate9.com/web/
*Sonia Lopez*
Banking Services
slopez@calstate9.com
338-3019

**Career Center**
http://www.sfsu.edu/~career/
*Jack Brewer, Director*
careerct@sfsu.edu
338-1761

**C.E.A.S.E. – Prevention Education Program**
http://www.sfsu.edu/~cease/
*Michael Ritter, Coordinator*
mritter@sfsu.edu
338-7339

**Cesar Chavez Student Center (CCSC)**
http://www.sfsustudentcenter.com/
*Governing Board*
http://sfsustudentcenter.com/governingboard/
*Mary Keller, Program Services*
mkeller@sfsu.edu
338-2820
*Aimee Barnes, Program Developer Officer*
abarnes@sfsu.edu
338-1044
*Noel Morales, Production Services*
noelm@sfsu.edu
338-2730
*Room Reservations*
rooms@sfsustudentcenter.com
338-2416

**College of Business**
http://cob.sfsu.edu/cob/index.cfm
338-2509

**College of Creative Arts**
http://www.collegeofcreativearts.org/
*Ray Haddox*
haddox@sfsu.edu
338-2020

**College of Humanities**
http://www.sfsu.edu/%7Ecollhum/
*Margaret Boehm,*
*Humanities Coordinator*
mboehm@sfsu.edu
338-3291

**Counseling & Psychological Services**
http://www.sfsu.edu/~psyservs/
*Willie Mullins, Clinical Director*
wjmull@sfsu.edu
338-2208

**Department of Public Safety**
http://www.sfsu.edu/%7Edps/
*Captain Tony Duenas, Operations Commander*
aduenas@sfsu.edu
338-2623

**Disability Programs and Resource Center (DPRC)**
http://www.sfsu.edu/~dprc/welcome.html
*Gene Chelberg, Director,*
dprc@sfsu.edu
Voice/TTY: 415/338-2472

**Division of Information Technology**
http://www.sfsu.edu/~doit/
doit@sfsu.edu
338-1420

**Educational Opportunity Program (EOP)**
http://www.sfsu.edu/~eop/
*Ginger Yamamoto, Director*
ginyam@sfsu.edu
338-1085

**Environmental Health & Occupational Safety**
http://www.sfsu.edu/%7Eriskmgmt/ehos/ehosstaff.html
*Robert (Bud) Shearer*
rshearer@sfsu.edu
338-1449

**Facilities & Service Enterprises**
http://www.sfsu.edu/~plantops/
*Phil Evans, Campus Grounds*
pevans@sfsu.edu
338-1845
*Jim Cassin, Campus Grounds*
jcassin@sfsu.edu
338-1845
*Delma Munoz, Campus Support Services*
delma@sfsu.edu
338-6780
*Cristina Maristela, Campus Support Services*
crissy@sfsu.edu
338-7244

**Gymnasium Facilities**
http://chhsweb.sfsu.edu/facilties/group_facilities_use.html
*Peter Johnson,* pbjohns@sfsu.edu
338-3330

**J. Paul Leonard Library**
http://www.library.sfsu.edu/
*Tammie Huynh*
tamhuynh@sfsu.edu
338-7327
*Cydney Hill, Special Collections/Archives*
cyhill@sfsu.edu
405-0309

**Office of Public Affairs & Publications**
http://www.sfsu.edu/~news/
pubcom@sfsu.edu
338-1665

**Office of Safety & Risk Management**
http://www.sfsu.edu/~riskmgmt/
*Maria Garcia, Insurance, Waivers*
mpgarcia@sfsu.edu
338-2362

**Residence Life**
Http://www.sfsu.edu/~housing
*Kevin Kinney, Assistant Director*
kjkinney@sfsu.edu
338-2729

**S.A.F.E. Place**
http://www.sfsu.edu/~safe_plc/
*Nina Jo Smith, Coordinator*
chaya@sfsu.edu
338-2819

**Seven Hills**
http://www.sfsu.edu/%7Emeetings/index.html
*Jim Raney, Conference Services*
jraney@sfsu.edu
338-3972

**Student Health Service**
http://www.sfsu.edu/~shs/
*Dr. Alastair Smith, Medical Director*
aksmith@sfsu.edu
338-1759

**University Advancement**
*Norma Siani, Director, Special Events*
siani@sfsu.edu
338-6141

34

**Notes**

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................

.................................................................................................



# event planning checklist

**Get Ready**
- Plan Early: We suggest starting your planning at least 2-3 months in advance (some events may need more planning, depending on their scope)
- Brainstorm event ideas and goals
- Decide on target audience
- Select possible dates (keep in mind religious and cultural holidays and major campus events)

**Request Venue**
- Receive OSPLD approval
- Return OSPLD event form to venue to confirm reservation
- Publicize event (make sure event is approved and room confirmed before printing any publicity)

**Secure Funding**
- Fundraise early and make sure you do not commit any funds before you have them
- Prepare a detailed and realistic budget, projecting all anticipated income and expenses
- Consult with OSPLD advisor regarding fundraising options
- Develop an on-campus possible funding list
- Check any deadlines for funding sources
- Check your account to ensure committed funds have been received
- Ensure funding prior to any verbal or written commitment of funds

**Plan Well**
Make all arrangements early on to give yourself ample time to plan your event well. If multiple people are planning the same event, make sure one person is managing the overall coordination.

*Possible Equipment Needs:*
- Space (rooms, venue)
- Microphone and speaker
- Projector (film, LCD)
- Sound system
- Lighting
- Podium
- Tables
- Chairs
- Stage
- Fire extinguisher(s)
- Trash cans
- Recyclable containers
- Portable toilets (including accessible)
- Barricades

*Possible Supply Needs:*
- Tickets
- Directional signs
- Maps
- Flip charts
- Markers
- Adhesives (tape, stapler, etc)
- Pencils and pens
- Printed programs
- Nametags
- Cash box/change
- Decorations
- Trash bags
- Tablecloths
- Water for speakers
- Waivers for performers/speakers /participants

**Speakers and/or Performers Planning:**
- Brainstorm possible speakers and check availability
- Negotiate price (remember that verbal contracts are binding)
- Review final contract with OSPLD advisor for assistance
- Arrange possible air and ground transportation
- Arrange for lodging and meals
- Confirm arrival time in San Francisco
- Confirm arrival time at event
- Confirm all arrangements in writing
- Have outside performers/speakers sign University waiver form

**Other Details**
- Large events should work closely with OSPLD early on in the event planning process
- Disability access
- Security
- Concessions (requires food permit)
- Clean-up arranged
- Parking and Transportation
- Forms completed and delivered to appropriate offices
- Insurance (may be required for certain physical activity, events with non-SF State invited guests, etc)

planning events

CRSFSUvR_First_Am_Compl_Ex_A_0019

planning events



# event planning checklist

## Working With OSPLD University Partners

**Associated Students Incorporated**
http://www.asisfsu.org/
338-2321

**Cal State 9 Credit Union**
338-3019
Banking Services

**Campus Landscaping & Grounds**
Phil Evans
338-1845

**Cesar Chavez Student Center**
http://sfsustudentcenter.com/
Mary Keller
338-2820

*Program Services*
Noel Morales
338-2730

*Production Services*
Aimee Barnes
338-1044
Richard Oakes Multicultural Center, Program Developer Officer

**Department of Public Safety**
http://www.sfsu.edu/~dps/
Captain Tony Duenas
aduenas@sfsu.edu
338-2623
Security & Safety

**Environmental Health & Occupational Safety**
Robert (Bud) Shearer
338-1449
Health & Safety

**Risk Management**
http://www.sfsu.edu/~riskmgmt/Insurance
Maria Garcia
338-2362

## Forms
❑ Food Permit (available at OSPLD and submitted for all food sales and giveaways on campus). Signed by Environmental Health & Occupational Safety and OSPLD
❑ Tabling Permit (available at OSPLD and submitted for tabling on campus)
❑ Event Application Form
❑ Demonstration/Counter Demonstration Form
❑ Insurance (Signed by Risk Management)
❑ Liability Waiver Forms
❑ Grounds Request Form
❑ Facilities Operations Form for Tables and Chairs

## Publicize Your Event
❑ Decide your target audience, advertising budget and a detailed publicity plan at least four weeks prior to event to effectively reach your audience.
❑ Flyer/poster
❑ Press Release for Golden Gate [X]press
❑ Press Release off-campus newspaper/magazine
❑ Advertisements Golden Gate [X]press "The Week Ahead" calendar
❑ Website (your own site and links to others)
❑ Banner
❑ OSPLD Indoor Events Calendar
❑ J. Paul Leonard Library Publicity (glass case) Contact 338-7327
❑ Announcements at student organization meetings (with group's approval)
❑ Announcements in classes (with professor's approval)
❑ Distribution plan

## Final Steps
❑ Pay all bills on time
❑ Promptly negotiate any discrepancies and document in writing
❑ Obtain feedback on event
❑ Develop folder for successor with timeline, actual budget, publicity and all correspondence
❑ Send thank you notes/cards

CRSFSUvR_First_Am_Compl_Ex_A_0020





© Office of Student Programs and Leadership Development, SF State, February 2007  design: Michael Trovela

**CRSFSUvR_First_Am_Compl_Ex_A_0021**