1  BENJAMIN W. BULL (AZ Bar No. 009940)
   TRAVIS C. BARHAM* (AZ Bar No. 024867)
2  Alliance Defense Fund
3  15333 N. Pima Road, Suite 165
   Scottsdale, Arizona 85260
4  (480) 444-0020
   (480) 444-0028—facsimile
5  bbull@telladf.org
   tbarham@telladf.org
6
7  DAVID A. FRENCH* (TN Bar No. 16692; KY Bar No. 86986)
   Alliance Defense Fund
8  12 Public Square
   Columbia, Tennessee 38401
9  (931) 490-0591
   (931) 490-7989—facsimile
10 dfrench@telladf.org
11
12 DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
   Alliance Defense Fund
13 101 Parkshore Drive, Suite 100
   Folsom, California 95630
14 (916) 932-2850
   (916) 932-2851—facsimile
15 dhacker@telladf.org

16 Attorneys for Plaintiffs College Republicans at San Francisco State University,
   Leigh Wolf and Trent Downes
17 * *Pro hac vice* admission

18
19 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
   **OAKLAND DIVISION**
20

21 **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al.,    | **Case No. C-07-3542-WDB**

22     Plaintiffs,    | **Hon. Wayne D. Brazil**

23 v.    | **CERTIFICATE OF SERVICE FOR PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT**

24 **CHARLES B. REED**, et al.,

25     Defendants.

26
27
28

- 1 -

CERTIFICATE OF SERVICE FOR PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT - C-07-3542-WDB

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to 28 U.S.C. § 1746 that on August 30, 2007, I electronically filed Plaintiffs' First Amended Verified Complaint with the Clerk of Court using the ECF system, which automatically sends an electronic notification to the following attorneys of record listed below. I also sent by Certified U.S. Mail a copy of the filed documents to the attorneys of record at the address below:

>Christine Helwick, Esq.
>Andrea M. Gunn, Esq.
>The California State University
>Office of General Counsel
>401 Golden Shore, Fourth Floor
>Long Beach, California 90802-4210
>(562) 951-4500
>(562) 951-4956 or 4959—facsimile
>agunn@calstate.edu
>
>Attorneys for Defendants

This the 30th day of August, 2007.

>/s/David J. Hacker
>DAVID J. HACKER
>Attorney for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE FOR PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT - C-07-3542-WDB