BENJAMIN W. BULL (AZ Bar No. 009940)
TRAVIS C. BARHAM* (AZ Bar No. 024867)
Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028—facsimile
bbull@telladf.org
tbarham@telladf.org

DAVID A. FRENCH* (TN Bar No. 16692; KY Bar No. 86986)
Alliance Defense Fund
12 Public Square
Columbia, Tennessee 38401
(931) 490-0591
(931) 490-7989—facsimile
dfrench@telladf.org

DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 932-2850
(916) 932-2851—facsimile
dhacker@telladf.org

Attorneys for Plaintiffs College Republicans at San Francisco State University,
Leigh Wolf and Trent Downes
* *Pro hac vice* admission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al., | Case No. C-07-3542-WDB |
| Plaintiffs, | Hon. Wayne D. Brazil |
| v. | **PROPOSED ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| **CHARLES B. REED**, et al., | |
| Defendants. | |

THIS MATTER coming to be heard on Plaintiffs' Motion for Preliminary Injunction, the Court being advised, it is **HEREBY ORDERED**:

1. Plaintiffs' Motion for Preliminary Injunction is **GRANTED**;
2. The Standards for Student Conduct, Cal. Code Regs. tit. 5, § 41301(a) & (b)(7) (2007) is preliminarily enjoined during the pendency of this case;
3. The Student Group Misconduct section of San Francisco State University's Student Organization Handbook is preliminarily enjoined during the pendency of this case.

**SO ORDERED**, this _____ day of _____, 2007.

_____
**Honorable Wayne D. Brazil**
**United States Magistrate Judge**