UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> REED, et al. <br><br> Defendants. <br> _____/ | No. C 07-3542 WDB <br><br> NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference originally scheduled for Monday, October 15, 2007, at 4:00 p.m. has been rescheduled to **Wednesday, October 31, 2007, at 1:30 p.m.**  Lead trial counsel for each party must participate in the case management conference and should review Judge Brazil's Standing Order, which can be found on the Court's website at www.cand.uscourts.gov. The parties also must comply with the Court's rules for submitting Case Management Conference Statements.

Dated: September 20, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats