**UNITED STATES DISTRICT COURT**

**Northern District of California**

COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY, et al.

    Plaintiff(s),

v.

CHARLES B. REED, al.

    Defendant(s).

CASE NO. C-07-3542-WDB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nathan W. Kellum, an active member in good standing of the bar of Tennessee Supreme Court, whose business address and telephone number (particular court to which applicant is admitted) is

Alliance Defense Fund
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117          901-684-5485

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff College Republicans at San Francisco State Univ.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-25-07

Wayne D. Brazil
United States Magistrate Judge