Nathan W. Kellum
Alliance Defense Fund
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY, et al.

Plaintiff(s),

v.

CHARLES B. REED, et al.

Defendant(s).

CASE NO. C-07-3542-WDB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Nathan W. Kellum, an active member in good standing of the bar of Tennessee Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   David J. Hacker, Alliance Defense Fund, Telephone: (916) 932-2850
   101 Parkshore Drive, Suite 100, Folsom, California 95630

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/21/07

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001278
Cashier ID: lenahac
Transaction Date: 09/24/2007
Payer Name: Alliance Defense Fund Inc
----------------------------------------
PRO HAC VICE
 For: Nathan W. Kellum
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 1084
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-3542-WDB for Nanthan W.
Kellum


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```