1  CALIFORNIA STATE UNIVERSITY
   OFFICE OF GENERAL COUNSEL
2  CHRISTINE HELWICK (SBN 057274)
3  ANDREA M. GUNN (SBN 212259)
   401 Golden Shore, Fourth Floor
4  Long Beach, CA  90802-4210
   Telephone:  (562) 951-4500
5  Facsimile:   (562) 951-4956 or 4959
   agunn@calstate.edu
6
7  Attorneys for Defendants CHARLES B. REED, ROBERT A. CORRIGAN, J.E. SAFFOLD,
   and JOEY GREENWELL
8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10
11 COLLEGE REPUBLICANS AT SAN           CASE NO.:  C 07 3542 WDB
   FRANCISCO STATE UNIVERSITY, et al.,
12
              Plaintiffs,               Date:    October 31, 2007
                                        Time:    1:30 p.m.
13       v.                             Dep't:   4
                                        Judge:   Honorable Wayne D. Brazil
14 CHARLES B. REED, et al.,
15            Defendants.
                                        [PROPOSED] ORDER DENYING
16                                      PLAINTIFFS' MOTION FOR
                                        PRELIMINARY INJUNCTION
17
18
19      On October 31, 2007, in Department 4 of the above-captioned court, before the Honorable
20 Wayne D. Brazil, United States Magistrate Judge, Plaintiffs' Motion for Preliminary Injunction came
21 on for hearing. Plaintiffs and Defendants appeared by and through their respective counsel of record.
22 The Court, having considered the evidence presented and the argument of counsel, as well as the
23 record herein, hereby denies Plaintiffs' motion.
24 **IT IS SO ORDERED.**
25
26
   DATED:
27                                      _____
                                        The Honorable Wayne D. Brazil
28                                      United States Magistrate Judge

                                         1
[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION – C-07-3542 (WDB)