1  BENJAMIN W. BULL (AZ Bar No. 009940)
   Alliance Defense Fund
2  15100 N. 90th Street
3  Scottsdale, Arizona 85260
   (480) 444-0020
4  (480) 444-0028—facsimile

5
   DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
6  Alliance Defense Fund
   101 Parkshore Drive, Suite 100
7  Folsom, California 95630
   (916) 932-2850
8  (916) 932-2851—facsimile

9
   DAVID A. FRENCH* (TN Bar No. 16692; KY Bar No. 86986)
10 TRAVIS C. BARHAM* (AZ Bar No. 024867)
   Alliance Defense Fund
11 12 Public Square
12 Columbia, Tennessee 38401
   (931) 490-0591
13 (931) 490-7989—facsimile

14
   NATHAN W. KELLUM* (TN Bar No. 13482; MS Bar No. 8813)
15 Alliance Defense Fund
   699 Oakleaf Office Lane, Suite 107
16 Memphis, Tennessee 38117
   (901) 684-5485
17 (901) 684-5499—facsimile

18
   Attorneys for Plaintiffs College Republicans at San Francisco State University,
19 Leigh Wolf and Trent Downes
   * *Pro hac vice* admission
20

21                     **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
22                            **OAKLAND DIVISION**

23

24 | **COLLEGE REPUBLICANS AT SAN** | **Case No. C-07-3542-WDB** |
   | **FRANCISCO STATE UNIVERSITY**, et al., | |
25 | | **Hon. Wayne D. Brazil** |
   | Plaintiffs, | |
26 | | **NOTICE OF CHANGE OF ADDRESS** |
27 | v. | |
   | | |
28 | **CHARLES B. REED**, et al., | |
   | | |
   | Defendants. | |

NOTICE OF CHANGE OF ADDRESS - C-07-3542-WDB - 1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Travis C. Barham's address has changed to:

Travis C. Barham
ALLIANCE DEFENSE FUND
12 Public Square
Columbia, TN 38401
Telephone: (931) 490-0591
Facsimile: (931) 490-7989

Mr. Barham may continue to be served electronically at tbarham@telladf.org.

Respectfully submitted this 22nd day of October, 2007.

/s/David J. Hacker
DAVID J. HACKER
California Bar No. 249272
Illinois Bar No. 6283022
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 932-2850
(916) 932-2851—facsimile
dhacker@telladf.org

NATHAN W. KELLUM*
Tennessee Bar No. 13482
Mississippi Bar No. 8813
Alliance Defense Fund
699 Oakleaf Office Lane, Suite 107
Memphis, Tennessee 38117
(901) 684-5485
(901) 684-5499—facsimile
nkellum@telladf.org

DAVID A. FRENCH*
Tennessee Bar No. 16692
Kentucky Bar No. 86986
TRAVIS C. BARHAM*
Arizona Bar No. 024867
Alliance Defense Fund
12 Public Square
Columbia, Tennessee 38401
(931) 490-0591
(931) 490-7989—facsimile
dfrench@telladf.org
tbarham@telladf.org

BENJAMIN W. BULL
Arizona Bar No. 009940
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028—facsimile
bbull@telladf.org

Attorneys for Plaintiffs

*Pro hac vice admission

NOTICE OF CHANGE OF ADDRESS - C-07-3542-WDB - 2