UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: October 31,  2007                     Start Time: 1:30 p.m.  End Time: 2:45 p.m.

DOCKET NO.        C 07-3542 WDB
TITLE OF CASE     *College Republicans, et al. v. Reed, et al.*

APPEARANCES       For Plaintiff:    David J. Hacker, Esq.; Heather Gebelin Hacker, Esq.

                  For Defendant:  Andrea M. Gunn, Esq.

COURT REPORTER:  Starr Wilson

FTR: 10/31/07, 1:30 p.m.              Hearing:     (X) In Person  () Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE             [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)              [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE               [] DISCOVERY HEARING (FORMAL)
[X] NONDISPOSITIVE MOTION                  [] EXAM. OF JUDGMENT DEBTOR
                                           [] EVIDENTIARY HEARING

[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

**NOTES**

        Court conducted a hearing on Plaintiffs' Motion for Preliminary Injunction.  Court also conducted
a Case Management Conference.  See later-filed separate order.

1