UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY., et al., <br><br> Plaintiffs <br> v. <br><br> CHARLES B. REED, et al. <br><br> Defendants._____ / | No. C 07-3542WDB <br><br> ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On October 31, 20007, the Court conducted an Initial Case Management Conference in this matter.[1]  For reasons more fully explained on the record, the Court ORDERS as follows:

1.     Counsel for both parties indicated that it might be possible to settle the case after taking discovery over the course of the next ninety days.  Accordingly, the parties shall conduct "core" discovery — discovery needed from each side in order to participate in constructive settlement discussions — during that time frame.  This is without prejudice to, and the Court specifically preserves, any rights the parties may hold with respect to full discovery and motion practice.

---

[1] The parties also appeared on October 31, 2007, for a hearing on Plaintiffs' Motion for Preliminary Injunction.  That Motion is the subject of a separate Order.

1

2. The parties also have informed the Court that they would like to receive the assistance of a court-appointed mediator to help with efforts to settle their dispute. Accordingly, the court refers this matter to the ADR Department and requests that a neutral mediator be assigned to conduct a mediation at his or her convenience between February 1, 2008 and February 29, 2008. A representative of the ADR Department will contact the parties to schedule the mediation date.

3. If the parties are unable to settle the case on their own or with the assistance of the court-appointed mediator by **Wednesday, March 12, 2008**, the parties must appear that day before the undersigned for a Further Case Management Conference **at 1:30 p.m.** By no later than Wednesday, March 5, 2008, the parties must e-file an Updated Joint Case Management Statement describing the discovery they have completed and identifying the discovery and motion practice they need to undertake to position the case for disposition. The parties also must inform the Court what dates the parties propose for trial.

4. Alternatively, if the case settles prior to March 12, 2008, the parties must immediately notify the Court by calling 510-637-3324.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: November 19, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge