# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| College Republicans at San Francisco State University, | 07-03542 WDB MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Achtenberg, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**William Bennett Turner**
Rogers Joseph O'Donnell & Phillips
311 California St 10th Flr
San Francisco, CA 94104
415-956-2828

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03542 WDB MED                       - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: December 4, 2007

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Claudia M. Forehand



                                      ADR Case Administrator
                                      415-522-2059
                                      Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**