1  BENJAMIN W. BULL (AZ Bar No. 009940)
2  NATHAN W. KELLUM* (TN Bar No. 13482; MS Bar No. 8813)
   DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
3  TRAVIS C. BARHAM* (AZ Bar No. 024867)
   Alliance Defense Fund
4  101 Parkshore Drive, Suite 100, Folsom, California 95630
5  (916) 932-2850; (916) 932-2851
   dhacker@telladf.org
6
7  Attorneys for Plaintiffs College Republicans at San Francisco State University,
   Leigh Wolf and Trent Downs
8  * *Pro hac vice* admission

9  CALIFORNIA STATE UNIVERSITY
   OFFICE OF GENERAL COUNSEL
10 CHRISTINE HELWICK (SBN 057274)
   ANDREA M. GUNN (SBN 212259)
11 401 Golden Shore, Fourth Floor
12 Long Beach, California 90802-4210
   (562) 951-4500
13 (562) 951-4956 or 4959
   agunn@calstate.edu
14
15 Attorneys for Defendants Charles B. Reed, Robert A. Corrigan, J.E. Saffold,
   and Joey Greenwell
16
17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                    **OAKLAND DIVISION**
19

| | |
|---|---|
| 20 **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al., | Case No. C-07-3542-WDB |
| 21 Plaintiffs, | Hon. Wayne D. Brazil |
| 22 vs. | **STIPULATED DISMISSAL** |
| 23 **CHARLES B. REED**, et al., | Date:  March 3, 2008 |
| 24 Defendants. | Action Filed:  July 6, 2007 |

25
26
27
28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by

2  the parties hereto that any and all claims in the above-captioned action are hereby dismissed with

3  prejudice pursuant to the attached Settlement Agreement, the terms of which are hereby incorporated

4  into this dismissal.  The Court retains jurisdiction of this matter solely to enforce the terms of the

5  Settlement Agreement.

6  WE HEREBY CONSENT TO THE FORM
   AND ENTRY OF THE ABOVE DISMISSAL:
7

8    COLLEGE REPUBLICANS AT            CHARLES B. REED; ROBERT A.
     SAN FRANCISCO STATE               CORRIGAN; J.E. SAFFOLD; and JOEY
9    UNIVERSITY; LEIGH WOLF;           GREENWELL, Defendants,
     and TRENT DOWNES, Plaintiffs,
10

11   By their Attorneys,                By their Attorneys,

12
     /s/David J. Hacker                 /s/Andrea M. Gunn
13   BENJAMIN W. BULL                   CALIFORNIA STATE UNIVERSITY
     NATHAN W. KELLUM                   OFFICE OF GENERAL COUNSEL
14   DAVID J. HACKER                    CHRISTINE HELWICK
     TRAVIS C. BARHAM                   ANDREA M. GUNN
15   Alliance Defense Fund              401 Golden Shore, Fourth Floor
     101 Parkshore Drive, Suite 100     Long Beach, California 90802-4210
16   Folsom, California 95630           (562) 951-4500
     (916) 932-2850                     (562) 951-4956 or 4959—facsimile
17   (916) 932-2851—facsimile
18

19

20

21

22

23

24

25

26

27

28

1