BENJAMIN W. BULL (AZ Bar No. 009940)
NATHAN W. KELLUM* (TN Bar No. 13482; MS Bar No. 8813)
DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
TRAVIS C. BARHAM* (AZ Bar No. 024867)
Alliance Defense Fund
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932-2850; (916) 932-2851
dhacker@telladf.org

Attorneys for Plaintiffs College Republicans at San Francisco State University,
Leigh Wolf and Trent Downs
* *Pro hac vice* admission

CALIFORNIA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
CHRISTINE HELWICK (SBN 057274)
ANDREA M. GUNN (SBN 212259)
401 Golden Shore, Fourth Floor
Long Beach, California 90802-4210
(562) 951-4500
(562) 951-4956 or 4959
agunn@calstate.edu

Attorneys for Defendants Charles B. Reed, Robert A. Corrigan, J.E. Saffold,
and Joey Greenwell

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al., <br><br> Plaintiffs, <br> vs. <br><br> **CHARLES B. REED**, et al., <br><br> Defendants. | Case No. C-07-3542-WDB <br><br> Hon. Wayne D. Brazil <br><br> **STIPULATED DISMISSAL** <br><br> Date: March 13, 2008 <br> Action Filed: July 6, 2007 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-captioned action are hereby dismissed with prejudice pursuant to the attached Settlement Agreement, the terms of which are hereby incorporated into this dismissal.  The Court retains jurisdiction of this matter solely to enforce the terms of the Settlement Agreement.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE ABOVE DISMISSAL:

| | |
|---|---|
| COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY; LEIGH WOLF; and TRENT DOWNES, Plaintiffs, | CHARLES B. REED; ROBERT A. CORRIGAN; J.E. SAFFOLD; and JOEY GREENWELL, Defendants, |
| By their Attorneys, | By their Attorneys, |
| /s/David J. Hacker<br>BENJAMIN W. BULL<br>NATHAN W. KELLUM<br>DAVID J. HACKER<br>TRAVIS C. BARHAM<br>Alliance Defense Fund<br>101 Parkshore Drive, Suite 100<br>Folsom, California 95630<br>(916) 932-2850<br>(916) 932-2851—facsimile | /s/Andrea M. Gunn<br>CALIFORNIA STATE UNIVERSITY<br>OFFICE OF GENERAL COUNSEL<br>CHRISTINE HELWICK<br>ANDREA M. GUNN<br>401 Golden Shore, Fourth Floor<br>Long Beach, California 90802-4210<br>(562) 951-4500<br>(562) 951-4956 or 4959—facsimile |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: /s/ David J. Hacker
Attorney for Plaintiffs

Good cause appearing, it is SO ORDERED.

Dated: March _____, 2008.

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

1

STIPULATED DISMISSAL – C-07-3542-WDB