BENJAMIN W. BULL (AZ Bar No. 009940)
NATHAN W. KELLUM* (TN Bar No. 13482; MS Bar No. 8813)
DAVID J. HACKER (CA Bar No. 249272; IL Bar No. 6283022)
TRAVIS C. BARHAM* (AZ Bar No. 024867)
Alliance Defense Fund
101 Parkshore Drive, Suite 100, Folsom, California 95630
(916) 932-2850; (916) 932-2851
dhacker@telladf.org

Attorneys for Plaintiffs College Republicans at San Francisco State University,
Leigh Wolf and Trent Downs
* *Pro hac vice* admission

CALIFORNIA STATE UNIVERSITY
OFFICE OF GENERAL COUNSEL
CHRISTINE HELWICK (SBN 057274)
ANDREA M. GUNN (SBN 212259)
401 Golden Shore, Fourth Floor
Long Beach, California 90802-4210
(562) 951-4500
(562) 951-4956 or 4959
agunn@calstate.edu

Attorneys for Defendants Charles B. Reed, Robert A. Corrigan, J.E. Saffold,
and Joey Greenwell

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **COLLEGE REPUBLICANS AT SAN FRANCISCO STATE UNIVERSITY**, et al.,<br><br>       Plaintiffs,<br>  vs.<br><br>**CHARLES B. REED**, et al.,<br><br>       Defendants. | Case No. C-07-3542-WDB<br><br>Hon. Wayne D. Brazil<br><br>**STIPULATED DISMISSAL**<br><br>Date:  March 13, 2008<br>Action Filed:  July 6, 2007 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by
2  the parties hereto that any and all claims in the above-captioned action are hereby dismissed with
3  prejudice pursuant to the attached Settlement Agreement, the terms of which are hereby incorporated
4  into this dismissal.  The Court retains jurisdiction of this matter solely to enforce the terms of the
5  Settlement Agreement.

6  WE HEREBY CONSENT TO THE FORM
7  AND ENTRY OF THE ABOVE DISMISSAL:

8  COLLEGE REPUBLICANS AT                CHARLES B. REED; ROBERT A.
   SAN FRANCISCO STATE                   CORRIGAN; J.E. SAFFOLD; and JOEY
9  UNIVERSITY; LEIGH WOLF;                GREENWELL, Defendants,
10 and TRENT DOWNES, Plaintiffs,

11 By their Attorneys,                    By their Attorneys,

12 /s/David J. Hacker                     /s/Andrea M. Gunn
13 BENJAMIN W. BULL                       CALIFORNIA STATE UNIVERSITY
   NATHAN W. KELLUM                       OFFICE OF GENERAL COUNSEL
14 DAVID J. HACKER                        CHRISTINE HELWICK
   TRAVIS C. BARHAM                       ANDREA M. GUNN
15 Alliance Defense Fund                  401 Golden Shore, Fourth Floor
16 101 Parkshore Drive, Suite 100         Long Beach, California 90802-4210
   Folsom, California 95630               (562) 951-4500
17 (916) 932-2850                         (562) 951-4956 or 4959—facsimile
   (916) 932-2851—facsimile
18

19

20 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
21 "conformed" signature (s/) within this efiled document.

22
                                          By: /s/ David J. Hacker
23                                        Attorney for Plaintiffs

24
25 Good cause appearing, it is SO ORDERED.

26 Dated: March __17__, 2008.
27                                        _____
                                          The Honorable Wayne D. Brazil
28                                        United States Magistrate Judge

1

STIPULATED DISMISSAL – C-07-3542-WDB